Docket #0003 Date Filed: 10/18/2021

BTXN 117a (rev. 10/02)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Debtor(s)<br><br>Marc Kirschner<br>Plaintiff(s)<br><br>vs.<br>James D. Dondero et al, Mark Okada, Scott Ellington, Isaac Leventon, Grant James Scott III, Frank Waterhouse, STRAND ADVISORS, INC., NexPoint Advisors, L.P., Highland Capital Management Fund Advisors, L.P., DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST, GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST, Hunter Mountain Investment Trust, MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1, MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT #2, CLO HOLDCO, LTD; CHARITABLE DAF HOLDCO, LTD., Charitable DAF Fund, Lp, Highland Dallas Foundation, RAND PE FUND I, LP, SERIES 1, MASSAD CAPITAL, LLC, MASSAND CAPITAL, INC., SAS ASSET RECOVERY, LTD., AND CPCM, LLC<br>Defendant(s) | Case No.:   19–34054–sgj11<br>Chapter No.:  11<br><br>Adversary No.:   21–03076–sgj |

## SUMMONS IN AN ADVERSARY PROCEEDING

To the above–named defendant:

You are hereby summoned and required to serve upon **Paige Holden Montgomery**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Sidley Austin LLP 2021 McKinney Avenue, Suite 2000 Dallas, TX 75201** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED:  10/18/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court



1934054211018000000000005

by: /s/Michael Edmond, Deputy Clerk



In Re: Kirschner v. Dondero et al
Case No. 19–34054–sgj11 –11
Adv. No. 21–03076–sgj

## SUMMONS SERVICE EXECUTED

I, Chandler M. Rognes

of** Sidley Austin LLP

certify:

     If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

     That on the 1st day of November , 2021 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Dugaboy Investment Trust and Nancy Dondero as trustee of Dugaboy Investment Trust, and Get Good Trust and Grant James Scott III as trustee of Get Good Trust, including the Court's Order Regarding Adversary Proceeding Trial Setting and Alternative Scheduling Order (Docket No. 4),

the defendant in this proceeding, by *{describe here the mode of service}*

e-mail sent to Douglas Draper of Heller, Draper & Horn, LLC, legal counsel for

the said defendant at

ddraper@hellerdraper.com. By email dated November 5, 2021, Mr. Draper agreed to accept service of the complaint and summons on behalf of his clients, which were previously served via first class mail postage prepaid on October 22, 2021 on Dugaboy Investment Trust and Get Good Trust at their respective trustees' addresses.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 11/9/2021      *Chandler M. Rognes*

      *(Date)*            *(Signature)*

** 2021 McKinney Ave., Suite 2000, Dallas, TX 75201

    *State mailing address*