Michelle Hartmann
State Bar No. 24032402
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
Blaire Cahn
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
Email: debra.dandeneau@bakermckenzie.com
Email: blaire.cahn@bakermckenzie.com
(*Admitted pro hac vice*)

*Counsel for the Former Employee Defendants*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & | Adv. Pro. No. 21-03076-sgj |

SUPPLEMENTAL CERTIFICATE OF SERVICE

| |
|---|
| PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC, |
| Defendants. |

# SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that on the 19th day of January, 2022, the following documents were served via email on the parties identified on the service list attached hereto as Exhibit "A:"

- Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted Against the Former Employee Defendants [Dkt. No. 27]

- Brief in Support of Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted Against the Former Employee Defendants [Dkt. No. 28]

- Motion to Stay the Adversary Proceeding Pending Resolution of the Motion to Withdraw the Reference [Dkt. No. 30]

Dated: January 19, 2022

By: /s/ Michelle Hartmann
Michelle Hartmann
State Bar No. 24032402
**BAKER & MCKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
Blaire Cahn
**BAKER & MCKENZIE LLP**
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
Email: debra.dandeneau@bakermckenzie.com
Email: blaire.cahn@bakermckenzie.com
(*Admitted pro hac vice*)

*Counsel for the Former Employee Defendants*

**EXHIBIT "A"**

# EXHIBIT A

## SERVICE LIST

| Party Represented | Counsel | Email |
|---|---|---|
| Plaintiff, Marc. S. Kirschner | Sidley Austin LLP<br><br>Paige Holden Montgomery<br>Juliana L. Hoffman | pmontgomery@sidley.com;<br>jhoffman@sidley.com; |
| Plaintiff, Marc. S. Kirschner | QUINN EMANUEL URQUHART & SULLIVAN LLP<br><br>Susheel Kirpalani<br>Deborah J. Newman<br>Robert Loigman<br>Benjamin I. Finestone<br>Jordan Harap<br>Alexandre J. Tschumi | Susheelkirpalani@quinnemanuel.com;<br>deborahnewman@quinnemanuel.com;<br>robertloigman@quinnemanuel.com;<br>benjaminfinestone@quinnemanuel.com;<br>jordanharap@quinnemanuel.com;<br>alexandretschumi@quinnemanuel.com; |
| Defendants, James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust and The Get Good Trust | DLA Piper LLP<br><br>Amy L. Ruhland | amy.ruhland@dlapiper.com; |
| Defendant, Grant James Scott III | KANE RUSSELL COLEMAN LOGAN PC<br><br>John J. Kane<br>Brian W. Clark | jkane@krcl.com; bclark@krcl.com; |
| Defendants, CLO Holdco, Ltd., Highland Dallas Foundation, Inc., Charitable DAF Fund, LP and Charitable DAF Holdco Ltd. | KELLY HART PITRE<br><br>Louis M. Phillips<br>Amelia L. Hurt | louis.phillips@kellyhart.com;<br>amelia.hurt@kellyhart.com; |
| Defendants, CLO Holdco, Ltd., Highland Dallas Foundation, Inc., Charitable DAF Fund, LP and Charitable DAF Holdco Ltd. | KELLY HART & HALLMAN<br><br>Hugh G. Connor II<br>Michael D. Anderson<br>Katherine T. Hopkins | hugh.connor@kellyhart.com;<br>michael.anderson@kellyhart.com;<br>katherine.hopkins@kellyhart.com; |

| Party Represented | Counsel | Email |
|---|---|---|
| Defendants, The Dugaboy Investment Trust and Nancy Dondero as Trustee of Dugaboy Investment Trust, and Get Good Trust | HELLER, DRAPER & HORN, L.L.C.<br><br>Douglas S. Draper | ddraper@hellerdraper.com; |
| Defendant, Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P. | STINSON L.L.P.<br><br>Deborah Deitsch-Perez<br>Michael Aigen | deborah.deitschperez@stinson.com;<br>michael.aigen@stinson.com; |
| Defendants, Scott Ellington, Isaac Leventon, Frank Waterhouse, and CPCM, LLC | BAKER & MCKENZIE LLP<br><br>Debra A. Dandeneau<br>Michelle Hartmann<br>Blaire Cahn | Debra.dandeneau@bakermckenzie.com;<br>Michelle.hartmann@bakermckenzie.com; Blaire.cahn@bakermckenzie.com; |
| Defendants, Hunter Mountain Investment Trust and Rand PE Fund I, LP, Series I | ROCHELLE MCCULLOUGH LLP<br><br>E.P. Keiffer | PKeiffer@RoMcLaw.com; |
| Defendants, Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1, and The Mark and Pamela Okada Family Trust – Exempt Trust #2 | BROWN FOX PLLC<br><br>Cortney C. Thomas | cort@brownfoxlaw.com; |
| Defendants, Mark Okada, the Mark and Pamela Okada Family Trust – Exempt Trust #1, Lawrence Tonomura, as Trustee of Mark & Pamela Okada Family Trust – Exempt Trust #1, and the Mark and Pamela Okada Family Trust – Exempt Trust #2 and Lawrence Tonomura, as Trustee of Mark & Pamela Okada Family Trust – Exempt Trust #2 | SULLIVAN & CROMWELL LLP<br><br>Brian D. Glueckstein | gluecksteinb@sullcrom.com; |

| Party Represented | Counsel | Email |
|---|---|---|
| Defendants, Massand Capital, Inc. and Massand Capital, LLC | VANACOUR PERKINS PLLC<br><br>Jason Vanacour<br>Kevin Perkins | jvanacour@vanacourperkins.com;<br>kperkins@vanacourperkins.com; |
| Highland Capital Management Fund Advisors, L.P. | K&LGates LLP<br>c/o Stephen G. Topetzes<br>1600 K Street, NW<br>Washington, DC 20006 | stephen.topetzes@klgates.com; |