Deborah Deitsch-Perez
Michael P. Aigen
**STINSON LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Counsel for Defendants NexPoint Advisors, L.P.
and Highland Capital Management Fund Advisors, L.P.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER | Adv. Pro. No. 21-03076-sgj |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**JOINDER OF DEFENDANTS NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. TO THE FORMER EMPLOYEE DEFENDANTS' MOTION TO STAY THE ADVERSARY PROCEEDING PENDING RESOLUTION OF THE MOTION TO WITHDRAW THE REFERENCE** – Page 1
CORE/3522697.0002/172246893.4

|  |  |
|---|---|
| MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST–EXEMPT TRUST#2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST–EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC, | : : : : : : : : : : : : : : : : |
| Defendants. | : : |
|  | x |

# JOINDER OF DEFENDANTS NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. TO THE FORMER EMPLOYEE DEFENDANTS' MOTION TO STAY THE ADVERSARY PROCEEDING PENDING RESOLUTION OF THE MOTION TO WITHDRAW THE REFERENCE

NexPoint Advisors L.P. ("NPA") and Highland Capital Management Fund Advisors, L.P. ("HCMFA"), defendants in the above captioned and numbered adversary proceeding (the "Adversary Proceeding"), hereby join and adopt the points and authorities offered in the Former Employee Defendants' Motion to Stay the Adversary Proceeding Pending Resolution of the Motion to Withdraw the Reference [Adv. Dkt. No. 30] (the "Motion to Stay").

The arguments set forth in the Motion to Stay also apply with respect to the Motion to Withdraw the Reference ("NPA and HCMFA Motion") [Adv. Dkt. No. 39]. For the reasons set forth in the Motion to Stay, NPA and HCMFA respectfully request that this Court stay the Adversary Proceeding pending resolution of (i) the NPA and HCMFA Motion; (ii) Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted against the Former

Employee Defendants [Adv. Dkt. No. 27](iii) Motion of the Okada Parties to Withdraw the Reference [Adv. Dkt. No. 36]; and (iv) all other motions to withdraw the reference pending in the Adversary Proceeding at the time the Court considers the Motion to Stay.

Dated: January 24, 2022

                                            Respectfully submitted,

                                            **STINSON LLP**

                                            */s/ Deborah Deitsch-Perez*
                                            Deborah Deitsch-Perez
                                            Texas State Bar No. 24036072
                                            Michael P. Aigen
                                            Texas State Bar No. 24012196
                                            3102 Oak Lawn Avenue, Suite 777
                                            Dallas, Texas 75219-4259
                                            Telephone: (214) 560-2201
                                            Email:  deborah.deitschperez@stinson.com
                                            Email:  michael.aigen@stinson.com

                                            **ATTORNEYS FOR DEFENDANTS NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on January 24, 2022, a true and correct copy of this document was served electronically via the Court's CM/ECF system.

                                            */s/Deborah Deitsch-Perez*
                                            Deborah Deitsch-Perez