IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P. <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-34054 (SGJ) |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, <br><br> *Plaintiff* <br><br> v. <br><br> JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND | Adv. Pro. No. 21-03076-sgj <br><br> JOINDER OF THE DONDERO DEFENDANTS TO THE FORMER EMPLOYEE DEFENDANTS' MOTION TO STAY THE ADVERSARY PROCEEDING |

|  |
|---|
| DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC, <br><br>          *Defendants.* |

## JOINDER OF DONDERO DEFENDANTS TO THE FORMER EMPLOYEE DEFENDANTS' MOTION TO STAY THE ADVERSARY PROCEEDING

James Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc. (collectively, the "Dondero Defendants") hereby join and adopt the points and authorities offered in the Former Employee Defendants' Motion to Stay the Adversary Proceeding Pending Resolution of the Motion to Withdraw the Reference [Adv. Dkt. No. 30] (the "Motion to Stay"). The arguments set forth in the Motion to Stay also apply with respect to the Dondero Defendants' Motion to Withdraw the Reference [Adv. Dkt. No. 45]. For the reasons set forth in the Motion to Stay, the Dondero Defendants respectfully request that the Court stay the Adversary Proceeding pending resolution of (i) Motion of the Dondero Defendants to Withdraw the Reference [Adv. Dkt. No. 45]; (ii) Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted against the Former Employee Defendants [Adv. Dkt. No. 27], (iii) Motion of the Okada Parties to Withdraw the Reference [Adv. Dkt. No. 36]; and (iv) all other motions to withdraw the reference pending in the Adversary Proceeding at the time the Court considers the Motion to Stay.

Dated: January 26, 2022

Respectfully submitted,

DLA PIPER LLP (US)

*/s/ Amy L. Ruhland*
Amy L. Ruhland (Rudd)
Texas Bar No. 24043561
Amy.Ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701
Tele: 512.457.7000

Jason M. Hopkins
Texas Bar No.24059969
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: 214-743-4500/Fax: 214-743-4545
Email: jason.hopkins@us.dlapiper.com

*Attorneys for Defendants James Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.*