Brian D. Glueckstein (admitted *pro hac vice*)
  New York Bar No. 4227005
  gluecksteinb@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

Cortney C. Thomas
  Texas Bar No. 24075153
  cort@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone:  (214) 327-5000
Facsimile:  (214) 327-5001

*Counsel for Mark Okada and
Affiliated Parties*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

---------------------------------------------------------------------x
                                                                     :
In re:                                                               : Chapter 11
                                                                     :
HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]                                : Case No. 19-34054-sgj11
                                                                     :
        Reorganized Debtor.                                          :
                                                                     :
---------------------------------------------------------------------X
                                                                     :
MARC S. KIRSCHNER, AS LITIGATION                                     :
TRUSTEE OF THE LITIGATION SUB-TRUST,                                 :
                                                                     :
        Plaintiff,                                                   :
                                                                     : Adv. Pro. No. 21-03076-sgj
        v.                                                           :
                                                                     :
JAMES D. DONDERO; MARK A. OKADA; SCOTT                               :
ELLINGTON; ISAAC LEVENTON; GRANT                                     :
JAMES SCOTT III; FRANK WATERHOUSE;                                   :

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357).  The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

| | |
|---|---|
| STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST–EXEMPT TRUST#2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST–EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC, | : : : : : : : : : : : : : : : : : : : : : : : |
|                   Defendants. | : : |

------------------------------------------------------------------- x

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the following matters are scheduled to be heard at a status conference on **Thursday, March 17, 2022 at 9:30 a.m. (Central Time)** in the above-captioned adversary proceeding:

- *Motion of the Okada Parties to Withdraw the Reference* [Dkt. No. 36] and the *Memorandum of Law in Support of the Okada Parties' Motion to Withdraw the Reference* [Dkt. No. 37].

PLEASE TAKE FURTHER NOTICE that the status conference will be held via WebEx videoconference before the Honorable Stacey G.C. Jernigan, United States Bankruptcy

Judge. Parties wishing to participate in the status conference may do so through the following link: https://us-courts.webex.com/meet/jerniga. WebEx Hearing Instructions for the Hearing may be obtained from: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

Dated: January 28, 2022

/s/ Brian D. Glueckstein
Brian D. Glueckstein (admitted *pro hac vice*)
 New York Bar No. 4227005
 gluecksteinb@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Cortney C. Thomas
 Texas Bar No. 24075153
 cort@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

*Counsel for Defendants Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1 and Lawrence Tonomura as Trustee, and The Mark and Pamela Okada Family Trust – Exempt Trust #2 and Lawrence Tonomura as Trustee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 28, 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on the Plaintiff through its counsel of record.

*/s/ Brian D. Glueckstein*
Brian D. Glueckstein
