KELLY HART PITRE
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

KELLY HART & HALLMAN
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Counsel for the Charitable Defendants

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Case No. 19-34054-sgj11** |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT,** § | | |
| **L.P.,** § | | **Chapter 11** |
| § | | |
| **Debtor** § | | |

| | | |
|---|---|---|
| **MARC S. KIRSCHNER, AS** § | | |
| **LITIGATION TRUSTEE OF THE** § | | **Adversary No. 21-03076-sgj** |
| **LITIGATION SUB-TRUST** § | | |
| **Plaintiff,** § | | |

1

|  |  |
|---|---|
| **vs.** | § § § |
| **JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| **Defendants.** | § § |

## NOTICE OF STATUS CONFERENCE

CLO HoldCo, Ltd. ("CLO HoldCo"), Charitable DAF HoldCo, Ltd. ("DAF HoldCo"), Charitable DAF Fund, L.P. ("DAF Fund"), and Highland Dallas Foundation ("HDF," together with CLO HoldCo, DAF HoldCo, DAF Fund, and HDF, the "Charitable Defendants") file this

2

*Notice of Status Conference* ("Notice") set by that certain *Stipulation Regarding Defendants' Motions to Withdraw the Reference* [Dkt. No. 65] (the "Stipulation") related to the Charitable Defendants' *Motion to Withdraw the Reference* [Dkt. No. 59] (the "Motion to Withdraw the Reference").

**PLEASE TAKE NOTICE THAT** as set forth in the Stipulation a Status Conference pursuant to Local Bankruptcy Rule 5011-1(a) shall be held by the Bankruptcy Court on **March 17, 2022 at 9:30 a.m. central**, and will be conducted via WebEx videoconference. The WebEx video participation/attendance link for the Status Conference is: https://us-courts.webex.com/meet/jerniga. A copy of Judge Jernigan's WebEx Hearing Instructions is available at:

https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Judge%20Jernigan%27s%20WebEx%20Hearing%20Instructions%20-%20PLEASE%20READ.pdf.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Stipulation, the Litigation Trustee's responses to the various motions to withdraw the reference will be filed not later than March 4, 2022 at 12:00 p.m. central, and any reply brief shall be filed no later than March 14, 2022 at 12:00 p.m. central.

                                        **Respectfully submitted:**

                                        **KELLY HART PITRE**

                                        */s/ Louis M. Phillips*
                                        **Louis M. Phillips (#10505)**
                                        One American Place
                                        301 Main Street, Suite 1600
                                        Baton Rouge, LA 70801-1916
                                        Telephone: (225) 381-9643
                                        Facsimile: (225) 336-9763
                                        Email: louis.phillips@kellyhart.com

>Amelia L. Hurt (LA #36817, TX #24092553)
>400 Poydras Street, Suite 1812
>New Orleans, LA 70130
>Telephone: (504) 522-1812
>Facsimile: (504) 522-1813
>Email: amelia.hurt@kellyhart.com
>
>and
>
>**KELLY HART & HALLMAN**
>Hugh G. Connor II
>State Bar No. 00787272
>hugh.connor@kellyhart.com
>Michael D. Anderson
>State Bar No. 24031699
>michael.anderson@kellyhart.com
>Katherine T. Hopkins
>Texas Bar No. 24070737
>katherine.hopkins@kellyhart.com
>201 Main Street, Suite 2500
>Fort Worth, Texas 76102
>Telephone: (817) 332-2500

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served through this Court's CM/ECF Service on counsel for the Plaintiff and all Defendants on this January 31, 2022

>*/s/ Louis M. Phillips*