E. P. Keiffer
State Bar No. 11181700
ROCHELLE MCCULLOUGH, LLP
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

COUNSEL FOR DEFENDANTS,
HUNTER MOUNTAIN INVESTMENT
TRUST AND RAND PE FUND I, LP, SERIES 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **In re:** § § § **HIGHLAND CAPITAL** § **MANAGEMENT, L.P.,** § § **Reorganized Debtor.** § § | **Chapter 11** <br><br> **Case No. 19−34054−sgj11** |
| **MARC S. KIRSCHNER, AS** § **LITIGATION TRUSTEE** § **OF THE LITIGATION SUB-TRUST,** § § **Plaintiff,** § **v.** § § **JAMES D. DONDERO, et al.,** § § **Defendants.** § | **Adversary Proceeding** **No. 21-03076-sgj** |

### DEFENDANTS' HUNTER MOUNTAIN INVESTMENT TRUST
### AND RAND PE FUND I, LP, SERIES 1'S NOMINAL JOINDER IN
### MULTIPLE PENDING MOTIONS TO WITHDRAW THE REFERENCE

Defendants' Hunter Mountain Investment Trust ("**HMIT**") and Rand PE Fund I, LP, Series 1 ("**Rand**" and together with HMIT, **"HMIT Defendants"**) files this *Nominal Joinder in Multiple Pending Motions to Withdraw the Reference* and would show the Court as follows:

1.  Virtually every listed Defendant in the above referenced adversary proceeding has filed a *Motion to Withdraw the Reference* (see Docket Nos. 27/36/39/45/50/59) as to the litigation

that the underlying 134-page complaint initiated. Also being filed were multiple *Motions to Stay the Proceedings* (See Docket Nos. 29/30/38/41) while the issues relative to the *Motions to Withdraw the Reference* were addressed by both this Court and the U.S. District Court.

2. Because the setting secured on hearing certain aspects of the above was set after the previously stipulated response/answer deadline of February 21, 2022, those Defendants who filed *Motions to Withdraw the Reference* and *Motions to Stay th*e *Proceedings* and the Plaintiff were able to enter into a *Stipulation Regarding Defendants' Motion to Withdraw the Reference* [Docket No. 65] (the "**Stipulation**") and filed same on January 31, 2022 regarding addressing how certain of those matters would be taken up and further extending: a) the date by which the other Defendants may file their own *Motions to Withdraw the Reference*; b) response and briefing schedule as to the issues raised; c) status conference setting; and d) a general extension of all remaining deadlines in the *Initial Response & Briefing Schedule and the Scheduling Order* [Docket Nos. 21 and 22] for 30 days from their stated dates in those documents (the answer response date was February 21, 2022 and it is now March 23, 2022).

3. HMIT Defendants, out of an abundance of caution, generally join in the *Motions to Withdraw the Reference* identified above, since, as currently constructed, to the extent that the reference is withdrawn, it will be withdrawn for all Defendants regardless.

Dated: February 1, 2022.    Respectfully submitted,

    */s/ E. P. Keiffer*
E. P. Keiffer
State Bar No. 11181700
**ROCHELLE MCCULLOUGH, LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

**ATTORNEYS FOR DEFENDANTS HUNTER MOUNTAIN INVESTMENT TRUST AND RAND PE FUND I, LP, SERIES 1**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2022, a true and correct copy of the foregoing document was electronically filed and served via electronic mail on the parties listed in the service list attached hereto.

    */s/ E. P. Keiffer*
E. P. Keiffer

## Service List

SIDLEY AUSTIN LLP
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue, Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
pmontgomery@sidley.com
jhoffman@sidley.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Susheel Kirpalani (admitted pro hac vice)
Deborah J. Newman (admitted pro hac vice)
Robert Loigman (admitted pro hac vice)
Benjamin I. Finestone (admitted hac vice)
Jordan Harap (admitted pro hac vice)
Alexandre J. Tschumi (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
susheelkirpalani@quinnemanue_l.com
deborahnewman@quinnemanuel.com
robertloigman@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
jordanharap@quinnemanuel.com
alexandretschumi@quinnemanuel.com

*Counsel for the Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust*

KANE RUSSELL COLEMAN LOGAN PC
John J. Kane
Brian W. Clark
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Facsimile: (214) 777-4299
jkane@krcl.com
bclark@krcl.com

*Counsel for Defendant Grant James Scott III*

BONDS ELLIS EPPICH SCHAFER JONES LLP
Clay Taylor
Bryan C. Assink
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
clay.taylor@bondsellis.com
bryan.assink@bondsellis.com

*Counsel for Defendant James Dondero*

KELLY HART PITRE
Louis M. Phillips
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
louis.phillips@kellyhart.com

and

Amelia L. Hurt
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
amelia.hurt@kellyhart.com

and

KELLY HART & HALLMAN
Hugh G. Connor II
Michael D. Anderson
Katherine T. Hopkins
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
hugh.connor@kellyhart.com
michael.anderson@kellyhart.com
katherine.hopkins@kellyhart.com

*Counsel for Defendants CLO Holdco, Ltd., Highland Dallas Foundation, Inc., Charitable DAF Fund, LP, and Charitable DAF Holdco, Ltd.*

HELLER, DRAPER & HORN, L.L.C.
Douglas S. Draper
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
ddraper@hellerdraper.com

*Counsel for The Dugaboy Investment Trust and Get Good Trust*

STINSON L.L.P.
Deborah Deitsch-Perez
3102 Oak Lawn Avenue. Suite 777
Dallas, Texas 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
deborah.deitschperez@stinson.com

*Counsel for The Dugaboy Investment Trust*

DLA PIPER LLP
Amy L. Ruhland
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
amy.ruhland@dlapiper.com

*Counsel for Highland Capital Management Fund Advisors, L.P., James D. Dondero, NexPoint Advisors, L.P., Strand Advisors, Inc., The Dugaboy Investment Trust and The Get Good Trust*

BAKER & MCKENZIE LLP
Michelle Hartmann
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
michelle.hartmann@bakermckenzie.com

and

Debra A. Dandeneau
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
debra.dandeneau@bakermckenzie.com

and

ROSS & SMITH, PC
Judith W. Ross
Frances A. Smith
Eric Soderlund
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
judith.ross@judithwross.com
frances.smith@judithwross.com
eric.soderlund@judithwross.com

*Counsel for Scott Ellington, Isaac Leventon, Frank Waterhouse, and CPCM, LLC*

MUNSCH HARDT KOPF & HARR, PC
Davor Rukavina
Julian P. Vasek
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
drukavina@munsch.com
jvasek@munsch.com

*Counsel for NexPoint Advisors, LP and Highland Capital Management Fund Advisors, LP*

ROCHELLE MCCULLOUGH LLP
E.P. Keiffer
325 North St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: (214) 580-2525
Facsimile: (888) 467-5979
pkeiffer@romclaw.com

*Counsel for Hunter Mountain Investment Trust and Rand PE Fund I, LP, Series I*

BROWN FOX PLLC
Cortney C. Thomas
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001
cort@brownfoxlaw.com

and

SULLIVAN & CROMWELL LLP
Brian D. Glueckstein
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
gluecksteinb@sullcrom.com

*Counsel for Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1, and The Mark and Pamela Okada Family Trust – Exempt Trust #2*

VANACOUR PERKINS PLLC
Jason Vanacour
Kevin Perkins
5851 Legacy Circle #600
Plano, TX 75024
Telephone: (972) 865-6033
Facsimile: (972) 476-1109
jvanacour@vanacourperkins.com
kperkins@vanacourperkins.com

*Counsel for Massand Capital, Inc. and Massand Capital, LLC*