

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 6, 2022**

United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT | Adv. Pro. No. 21-03076-sgj |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANT JAMES DONDERO                                          PAGE 1

| |
|---|
| TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC, |
|             Defendants. |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JAMES DONDERO

On this date, the Court considered the *Unopposed Motion to Withdraw as Counsel for Defendant James Dondero* (the "Motion")[2] filed by Clay M. Taylor, Bryan C. Assink, and the firm of Bonds Ellis Eppich Schafer Jones LLP (collectively, "Withdrawing Attorneys"), requesting that this Court authorize the Withdrawing Attorneys to withdraw as counsel for Defendant James Dondero ("Mr. Dondero") in the above-captioned adversary proceeding. Upon consideration of the Motion and the fact that Mr. Dondero is unopposed to the Motion, the Court finds that the Motion is well taken and should be granted. Accordingly, the Court finds that just cause exists for entry of the following order. It is therefore **ORDERED** as follows:

1. The Motion is hereby **GRANTED**.

2. Withdrawing Attorneys are permitted to withdraw as counsel for Mr. Dondero in the above-captioned adversary proceeding and are deemed withdrawn effective as of the entry of this Order.

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

3. The Clerk of this Court and all parties are directed to remove Withdrawing Attorneys as attorneys for Mr. Dondero on the docket in this adversary proceeding and any applicable service list.

4. The withdrawal effectuated by this Order does not impact the firm's representation of Mr. Dondero in the main bankruptcy case or any other adversary proceeding.

### End of Order ###

Approved as to form and substance by:

*/s/ Amy. L. Ruhland*
Amy L. Ruhland
DLA Piper LLP
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
Email: amy.ruhland@dlapiper.com

*Counsel for Defendant James Dondero*

Order submitted by:

Clay M. Taylor
State Bar I.D. No. 24033261
Bryan C. Assink
State Bar I.D. No. 24089009
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: bryan.assink@bondsellis.com

**WITHDRAWING COUNSEL FOR DEFENDANT JAMES DONDERO**