

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 11, 2022

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No.: 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, | § | |
| L.P., | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| _____ | § | |
| | § | |
| MARC S. KIRSCHNER, AS LITIGATION | § | |
| TRUSTEE OF THE LITIGATION | § | |
| SUB-TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No.: 21-03076-sgj |
| | § | |
| JAMES D. DONDERO; MARK A. OKADA; | § | |
| SCOTT ELLINGTON; ISAAC | § | |
| LEVENTON; GRANT JAMES SCOTT III; | § | |
| FRANK WATERHOUSE; STRAND | § | |
| ADVISORS, INC.; NEXPOINT ADVISORS, | § | |

1

| | |
|---|---|
| **L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| **Defendants.** | § |
| _____ | § |

## ORDER RESETTING STATUS CONFERENCES

Due to a scheduling conflict, the court must reset the status conferences on the following six motions to withdraw the reference that were previously set for March 17, 2022, at 9:30 a.m.:

>Motion for Withdrawal of Reference filed by Defendants CPCM, LLC, Scott Ellington, Isaac Leventon, and Frank Waterhouse (DE # 27),

>Motion to Withdraw the Reference filed by the Okada Parties (DE # 36),

2

Motion to Withdraw the Reference filed by Defendants Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. (D.E. # 39),

Motion to Withdraw the Reference filed by the Dondero Defendants (DE # 45),

Motion to Withdraw the Reference filed by Defendant Grant James Scott III (DE # 50),

Motion to Withdraw the Reference filed by the "Charitable Defendant" (DE # 59).

Therefore,

**IT IS ORERDED** that the status conferences are **RESET** to **March 17, 2022, at 1:30 p.m.**

### ### END OF ORDER ###