# EXHIBIT 6

Schedule of Causes of Action

The Causes of Action shall include, *without limitation*, any cause of action based on the following:

breach of fiduciary duties, breach of duty of care, breach of duty of loyalty, usurpation of corporate opportunities, breach of implied covenant of good faith and fair dealing, conversion, misappropriation of assets, misappropriation of trade secrets, unfair competition, breach of contract, breach of warranty, fraud, constructive fraud, negligence, gross negligence, fraudulent conveyance, fraudulent transfer, fraudulent misrepresentation, negligent misrepresentation, fraudulent concealment, fraudulent inducement, tortious interference, *quantum meruit*, unjust enrichment, abuse of process, alter ego, substantive consolidation, recharacterization, business disparagement, indemnity, claims for recovery of distributions or dividends, claims for indemnification, promissory estoppel, quasi-contract claims, any counterclaims, equitable subordination, avoidance actions provided for under sections 544 or 547 of the Bankruptcy Code, claims brought under state law, claims brought under federal law, claims under any common-law theory of tort or law or equity, and any claims similar in nature to the foregoing claims.

The Causes of Action shall include, *without limitation*, any cause of action against the following persons and entities:

James Dondero, Mark Okada, Grant Scott, John Honis, any current or former insider of the Debtor, the Dugaboy Investment Trust, Charitable DAF Holdco, Ltd, Hunter Mountain Investment Trust, Nexbank Capital, Inc. Highland Capital Management Services, Inc., NexPoint Advisors GP, LLC, NexPoint Advisors, L.P., Strand Advisors XVI, Inc., Highland Capital Management Fund Advisors, L.P., NexAnnuity Holdings, Inc., the entities listed on the attached **Annex 1** hereto, any current or former employee of the Debtor, and any entity directly or indirectly owned, controlled, or operated for the benefit of the foregoing persons or entities.

The Causes of Action shall include, *without limitation*, any cause of action arising from the following transactions:

The transfer of ownership interests in the Debtor to Hunter Mountain Investment Trust, the creation or transfer of any notes receivable from the Debtor or from any entity related to the Debtor, the creation or transfer of assets to or from any charitable foundation or trust, the formation, performance, or breach of any contract for the Debtor to provide investment management, support services, or any other services, and the distribution of assets or cash from the Debtor to partners of the Debtor.

**Annex 1**

11 Estates Lane, LLC
1110 Waters, LLC
140 Albany, LLC
1525 Dragon, LLC
17720 Dickerson, LLC
1905 Wylie LLC
2006 Milam East Partners GP, LLC
2006 Milam East Partners, L.P.
201 Tarrant Partners, LLC
2014 Corpus Weber Road LLC
2325 Stemmons HoldCo, LLC
2325 Stemmons Hotel Partners, LLC
2325 Stemmons TRS, Inc.
300 Lamar, LLC
3409 Rosedale, LLC
3801 Maplewood, LLC
3801 Shenandoah, L.P.
3820 Goar Park LLC
400 Seaman, LLC
401 Ame, L.P.
4201 Locust, L.P.
4312 Belclaire, LLC
5833 Woodland, L.P.
5906 DeLoache, LLC
5950 DeLoache, LLC
7758 Ronnie, LLC
7759 Ronnie, LLC
AA Shotguns, LLC
Aberdeen Loan Funding, Ltd.
Acis CLO 2017-7 Ltd
Acis CLO Management GP, LLC
Acis CLO Management GP, LLC *(fka Acis CLO Opportunity Funds GP, LLC)*
Acis CLO Management Holdings, L.P.
Acis CLO Management Intermediate Holdings I, LLC
Acis CLO Management Intermediate Holdings II, LLC
Acis CLO Management, LLC *(fka Acis CLO Opportunity Funds SLP, LLC)*
Acis CLO Trust

Acis CLO Value Fund II Charitable DAF Ltd.
Acis CMOA Trust
Advisors Equity Group LLC
Alamo Manhattan Hotel I, LLC (Third Party)
Allenby, LLC
Allisonville RE Holdings, LLC
AM Uptown Hotel, LLC
Apex Care, L.P
Asbury Holdings, LLC *(fka HCSLR Camelback Investors (Delaware), LLC)*
Ascendant Advisors
Atlas IDF GP, LLC
Atlas IDF, LP
BB Votorantim Highland Infrastructure, LLC
BDC Toys Holdco, LLC
Beacon Mountain, LLC
Bedell Trust Ireland Limited (Charitable trust account)
Ben Roby (third party)
BH Equities, LLC
BH Heron Pointe, LLC
BH Hollister, LLC
BH Willowdale Manager, LLC
Big Spring Partners, LLC
Blair Investment Partners, LLC
Bloomdale, LLC
Brave Holdings III Inc.
Brentwood CLO, Ltd.
Brentwood Investors Corp.
Brian Mitts
Bristol Bay Funding Ltd.
Bristol Bay Funding, Ltd.
BVP Property, LLC
C-1 Arbors, Inc.
C-1 Cutter's Point, Inc.
C-1 Eaglecrest, Inc.
C-1 Silverbrook, Inc.
Cabi Holdco GP, LLC
Cabi Holdco I, Ltd
Cabi Holdco I, Ltd.

| | |
|---|---|
| Cabi Holdco, L.P. | David c. Hopson |
| California Public Employees' Retirement System | De Kooning, Ltd. |
| | deKooning, Ltd. |
| Camelback Residential Investors, LLC | DFA/BH Autumn Ridge, LLC |
| Camelback Residential Investors, LLC *(fka Sevilla Residential Partners, LLC)* | Dolomiti, LLC |
| | DrugCrafters, L.P. |
| Camelback Residential Partners, LLC | Dugaboy Investment Trust |
| Capital Real Estate - Latitude, LLC | Dugaboy Management, LLC |
| Castle Bio Manager, LLC | Dugaboy Project Management GP, LLC |
| Castle Bio, LLC | Eagle Equity Advisors, LLC |
| Cayco Admin Ltd. | Eames, Ltd. |
| Cayco Insolvency Ltd. | Eastland CLO, Ltd. |
| CG Works, Inc. | Eastland Investors Corp. |
| CG Works, Inc. (fka Common Grace Ventures, Inc.) | EDS Legacy Heliport, LLC |
| | EDS Legacy Partners Owner, LLC |
| Charitable DAF Fund, L.P. | EDS Legacy Partners, LLC |
| Charitable DAF GP, LLC | Empower Dallas Foundation, Inc. |
| Charitable DAF HoldCo, Ltd | ENA 41, LLC |
| Charitable DAF HoldCo, Ltd. | Entegra Strat Superholdco, LLC |
| Claymore Holdings, LLC | Entegra-FRO Holdco, LLC |
| CLO HoldCo, Ltd | Entegra-FRO Superholdco, LLC |
| CLO Holdco, Ltd. | Entegra-HOCF Holdco, LLC |
| Corbusier, Ltd. | Entegra-NHF Holdco, LLC |
| Cornerstone Healthcare Group Holding, Inc. | Entegra-NHF Superholdco, LLC |
| Corpus Weber Road Member LLC | Entegra-RCP Holdco, LLC |
| CP Equity Hotel Owner, LLC | Estates on Maryland Holdco, LLC |
| CP Equity Land Owner, LLC | Estates on Maryland Owners SM, Inc. |
| CP Equity Owner, LLC | Estates on Maryland Owners, LLC |
| CP Hotel TRS, LLC | Estates on Maryland, LLC |
| CP Land Owner, LLC | Falcon E&P Four Holdings, LLC |
| CP Tower Owner, LLC | Falcon E&P One, LLC |
| CRE - Lat, LLC | Falcon E&P Opportunities Fund, L.P. |
| Credit Suisse, Cayman Islands Branch | Falcon E&P Opportunities GP, LLC |
| Crossings 2017 LLC | Falcon E&P Royalty Holdings, LLC |
| Crown Global Insurance Company (third party) | Falcon E&P Six, LLC |
| | Falcon E&P Two, LLC |
| Dallas Cityplace MF SPE Owner LLC | Falcon Four Midstream, LLC |
| Dallas Lease and Finance, L.P. | Falcon Four Upstream, LLC |
| Dana Scott Breault | Falcon Incentive Partners GP, LLC |
| James Dondero | Falcon Incentive Partners, LP |
| Reese Avry Dondero | Falcon Six Midstream, LLC |
| Jameson Drue Dondero | |
| Dana Sprong (Third Party) | Flamingo Vegas Holdco, LLC *(fka Cabi Holdco, LLC)* |

| | |
|---|---|
| Four Rivers Co-Invest GP, LLC | GAF REIT, LLC |
| Four Rivers Co-Invest, L.P. | GAF Toys Holdco, LLC |
| FRBH Abbington SM, Inc. | Gardens of Denton II, L.P. |
| FRBH Abbington, LLC | Gardens of Denton III, L.P. |
| FRBH Arbors, LLC | Gleneagles CLO, Ltd. |
| FRBH Beechwood SM, Inc. | Goverannce RE, Ltd. |
| FRBH Beechwood, LLC | Governance Re, Ltd. |
| FRBH C1 Residential, LLC | Governance, Ltd. |
| FRBH Courtney Cove SM, Inc. | Grant Scott |
| FRBH Courtney Cove, LLC | Grant Scott, Trustee of The SLHC Trust |
| FRBH CP, LLC | Grayson CLO, Ltd. |
| FRBH Duck Creek, LLC | Grayson Investors Corp. |
| FRBH Eaglecrest, LLC | Greater Kansas City Community Foundation (third party) |
| FRBH Edgewater JV, LLC | |
| FRBH Edgewater Owner, LLC | Greenbriar CLO, Ltd. |
| FRBH Edgewater SM, Inc. | Greg Busseyt |
| FRBH JAX-TPA, LLC | Gunwale LLC |
| FRBH Nashville Residential, LLC | Gunwale, LLC |
| FRBH Regatta Bay, LLC | Hakusan, LLC |
| FRBH Sabal Park SM, Inc. | Hammark Holdings LLC |
| FRBH Sabal Park, LLC | Hampton Ridge Partners, LLC |
| FRBH Silverbrook, LLC | Harko, LLC |
| FRBH Timberglen, LLC | Harry Bookey/Pam Bookey (third party) |
| FRBH Willow Grove SM, Inc. | Haverhill Acquisition Co., LLC |
| FRBH Willow Grove, LLC | Haygood, LLC |
| FRBH Woodbridge SM, Inc. | HB 2015 Family LP (third party) |
| FRBH Woodbridge, LLC | HCBH 11611 Ferguson, LLC |
| Freedom C1 Residential, LLC | HCBH Buffalo Pointe II, LLC |
| Freedom Duck Creek, LLC | HCBH Buffalo Pointe III, LLC |
| Freedom Edgewater, LLC | HCBH Buffalo Pointe, LLC |
| Freedom JAX-TPA Residential, LLC | HCBH Hampton Woods SM, Inc. |
| Freedom La Mirage, LLC | HCBH Hampton Woods, LLC |
| Freedom LHV LLC | HCBH Overlook SM, Inc. |
| Freedom Lubbock LLC | HCBH Overlook, LLC |
| Freedom Miramar Apartments, LLC | HCBH Rent Investors, LLC |
| Freedom Sandstone, LLC | HCMS Falcon GP, LLC |
| Freedom Willowdale, LLC | HCMS Falcon, L.P. |
| Fundo de Investimento em Direitos Creditorios BB Votorantim Highland Infraestrutura | HCO Holdings, LLC |
| | HCOF Preferred Holdings, L.P. |
| G&E Apartment REIT The Heights at Olde Towne, LLC | HCOF Preferred Holdings, LP |
| | HCOF Preferred Holdings, Ltd. |
| G&E Apartment REIT The Myrtles at Olde Towne, LLC | HCRE 1775 James Ave, LLC |
| | HCRE Addison TRS, LLC |

HCRE Addison, LLC *(fka HWS Addison, LLC)*

HCRE Hotel Partner, LLC *(fka HCRE HWS Partner, LLC)*

HCRE Las Colinas TRS, LLC

HCRE Las Colinas, LLC *(fka HWS Las Colinas, LLC)*

HCRE Plano TRS, LLC

HCRE Plano, LLC *(fka HWS Plano, LLC)*

HCREF-I Holding Corp.

HCREF-II Holding Corp.

HCREF-III Holding Corp.

HCREF-IV Holding Corp.

HCREF-IX Holding Corp.

HCREF-V Holding Corp.

HCREF-VI Holding Corp.

HCREF-VII Holding Corp.

HCREF-VIII Holding Corp.

HCREF-XI Holding Corp.

HCREF-XII Holding Corp.

HCREF-XIII Holding Corp.

HCREF-XIV Holding Corp.

HCREF-XV Holding Corp.

HCSLR Camelback Investors (Cayman), Ltd.

HCSLR Camelback, LLC

HCT Holdco 2 Ltd.

HCT Holdco 2, Ltd.

HE 41, LLC

HE Capital 232 Phase I Property, LLC

HE Capital 232 Phase I, LLC

HE Capital Asante, LLC

HE Capital Fox Trails, LLC

HE Capital KR, LLC

HE Capital, LLC

HE CLO Holdco, LLC

HE Mezz Fox Trails, LLC

HE Mezz KR, LLC

HE Peoria Place Property, LLC

HE Peoria Place, LLC

Heron Pointe Investors, LLC

Hewett's Island CLO I-R, Ltd.

HFP Asset Funding II, Ltd.

HFP Asset Funding III, Ltd.

HFP CDO Construction Corp.

HFP GP, LLC

HFRO Sub, LLC

Hibiscus HoldCo, LLC

Highland - First Foundation Income Fund

Highland 401(k) Plan

Highland 401K Plan

Highland Argentina Regional Opportunity Fund GP, LLC

Highland Argentina Regional Opportunity Fund, L.P.

Highland Argentina Regional Opportunity Fund, Ltd.

Highland Argentina Regional Opportunity Master Fund, L.P.

Highland Brasil, LLC

Highland Capital Brasil Gestora de Recursos *(fka Highland Brasilinvest Gestora de Recursos, LTDA; fka HBI Consultoria Empresarial, LTDA)*

Highland Capital Management (Singapore) Pte Ltd

Highland Capital Management AG

Highland Capital Management AG (Highland Capital Management SA) (Highland Capital Management Ltd)

Highland Capital Management Fund Advisors, L.P.

Highland Capital Management Fund Advisors, L.P. *(fka Pyxis Capital, L.P.)*

Highland Capital Management Korea Limited

Highland Capital Management Latin America, L.P.

Highland Capital Management LP Retirement Plan and Trust

Highland Capital Management Multi-Strategy Insurance Dedicated Fund, L.P.

Highland Capital Management Real Estate Holdings I, LLC

Highland Capital Management Real Estate Holdings II, LLC

Highland Capital Management Services, Inc.

Highland Capital Management, L.P.

Highland Capital Management, L.P. Charitable Fund

Highland Capital Management, L.P. Retirement Plan and Trust

Highland Capital Management, L.P., as trustee of Acis CMOA Trust and nominiee for and on behalf of Highland CLO Assets Holdings Limited

Highland Capital Management, L.P., as trustee of Highland Latin America Trust and nominee for and on behalf of Highland Latin America LP, Ltd.

Highland Capital Management, L.P., as trustee of Highland Latin America Trust and nominiee for and on behalf of Highland Latin America LP, Ltd.

Highland Capital Management, LP

Highland Capital Management, LP Charitable Fund

Highland Capital Multi-Strategy Fund, LP

Highland Capital of New York, Inc.

Highland Capital Special Allocation, LLC

Highland CDO Holding Company

Highland CDO Opportunity Fund GP, L.P.

Highland CDO Opportunity Fund, L.P.

Highland CDO Opportunity Fund, Ltd.

Highland CDO Opportunity GP, LLC

Highland CDO Opportunity Master Fund, L.P.

Highland CDO Trust

Highland CLO 2018-1, Ltd.

Highland CLO Assets Holdings Limited

Highland CLO Funding, Ltd.

Highland CLO Funding, Ltd.

Highland CLO Funding, Ltd. *(fka Acis Loan Funding, Ltd.)*

Highland CLO Gaming Holdings, LLC

Highland CLO Holdings Ltd.

Highland CLO Holdings, Ltd. (as of 12.19.17)

Highland CLO Management Ltd.

Highland CLO Trust

Highland Credit Opportunities CDO Asset Holdings GP, Ltd.

Highland Credit Opportunities CDO Asset Holdings, L.P.

Highland Credit Opportunities CDO Financing, LLC

Highland Credit Opportunities CDO, Ltd.

Highland Credit Opportunities Holding Corporation

Highland Credit Opportunities Japanese Feeder Sub-Trust

Highland Credit Opportunities Japanese Unit Trust (Third Party)

Highland Credit Strategies Fund, L.P.

Highland Credit Strategies Fund, Ltd.

Highland Credit Strategies Holding Corporation

Highland Credit Strategies Holding Corporation

Highland Credit Strategies Master Fund, L.P.

Highland Dallas Foundation, Inc.

Highland Dynamic Income Fund GP, LLC

Highland Dynamic Income Fund GP, LLC *(fka Highland Capital Loan GP, LLC)*

Highland Dynamic Income Fund, L.P.

Highland Dynamic Income Fund, L.P. *(fka Highland Capital Loan Fund, L.P.)*

Highland Dynamic Income Fund, Ltd.

Highland Dynamic Income Fund, Ltd. *(fka Highland Loan Fund, Ltd.)*

Highland Dynamic Income Master Fund, L.P.

Highland Dynamic Income Master Fund, L.P. *(fka Highland Loan Master Fund, L.P.)*

Highland Employee Retention Assets LLC

Highland Energy Holdings, LLC

Highland Energy MLP Fund *(fka Highland Energy and Materials Fund)*

Highland Equity Focus Fund, L.P.

Highland ERA Management, LLC

Highland eSports Private Equity Fund

Highland Financial Corp.

Highland Financial Partners, L.P.

Highland Fixed Income Fund

Highland Flexible Income UCITS Fund

Highland Floating Rate Fund

Highland Floating Rate Opportunites Fund
Highland Floating Rate Opportunities Fund
Highland Fund Holdings, LLC
Highland Funds I
Highland Funds II
Highland Funds III
Highland GAF Chemical Holdings, LLC
Highland General Partner, LP
Highland Global Allocation Fund
Highland Global Allocation Fund *(fka Highland Global Allocation Fund II)*
Highland GP Holdings, LLC
Highland HCF Advisor Ltd.
Highland HCF Advisor, Ltd., as Trustee for and on behalf of Acis CLO Trust, as nominee for and on behalf of Highland CLO Funding, Ltd. (as of 3.29.18)
Highland Healthcare Equity Income and Growth Fund
Highland iBoxx Senior Loan ETF
Highland Income Fund
Highland Income Fund  *(fka Highland Floating Rate Opportunities Fund)*
Highland Kansas City Foundation, Inc.
Highland Latin America Consulting, Ltd.
Highland Latin America GP, Ltd.
Highland Latin America LP, Ltd.
Highland Latin America Trust
Highland Legacy Limited
Highland LF Chemical Holdings, LLC
Highland Loan Funding V, LLC
Highland Loan Funding V, Ltd.
Highland Long/Short Equity Fund
Highland Long/Short Healthcare Fund
Highland Marcal Holding, Inc.
Highland Merger Arbitrage Fund
Highland Multi Strategy Credit Fund GP, L.P.
Highland Multi Strategy Credit Fund GP, L.P. *(fka Highland Credit Opportunities CDO GP, L.P.)*
Highland Multi Strategy Credit Fund, L.P.
Highland Multi Strategy Credit Fund, L.P. *(fka Highland Credit Opportunities Fund, L.P., fka Highland Credit Opportunities CDO, L.P.)*
Highland Multi Strategy Credit Fund, Ltd.
Highland Multi Strategy Credit Fund, Ltd. *(fka Highland Credit Opportunities Fund, Ltd.)*
Highland Multi Strategy Credit GP, LLC
Highland Multi Strategy Credit GP, LLC *(fka Highland Credit Opportunities CDO GP, LLC)*
Highland Multi-Strategy Fund GP, LLC
Highland Multi-Strategy Fund GP, LP
Highland Multi-Strategy IDF GP, LLC
Highland Multi-Strategy Master Fund, L.P.
Highland Multi-Strategy Master Fund, LP
Highland Multi-Strategy Onshore Master SubFund II, LLC
Highland Multi-Strategy Onshore Master Subfund, LLC
Highland Opportunistic Credit Fund
Highland Park CDO 1, Ltd.
Highland Park CDO I, Ltd.
Highland Premier Growth Equity Fund
Highland Premium Energy & Materials Fund
Highland Prometheus Feeder Fund I, L.P.
Highland Prometheus Feeder Fund I, LP
Highland Prometheus Feeder Fund II, L.P.
Highland Prometheus Feeder Fund II, LP
Highland Prometheus Master Fund, L.P.
Highland Receivables Finance I, LLC
Highland Restoration Capital Partners GP, LLC
Highland Restoration Capital Partners Master, L.P.
Highland Restoration Capital Partners Offshore, L.P.
Highland Restoration Capital Partners, L.P.
Highland Santa Barbara Foundation, Inc.
Highland Select Equity Fund GP, L.P.
Highland Select Equity Fund, L.P.
Highland Select Equity GP, LLC
Highland Select Equity Master Fund, L.P.

Highland Small-Cap Equity Fund
Highland Socially Responsible Equity Fund
Highland Socially Responsible Equity Fund *(fka Highland Premier Growth Equity Fund)*

Highland Special Opportunities Holding Company
Highland SunBridge GP, LLC
Highland Tax-Exempt Fund
Highland TCI Holding Company, LLC
Highland Total Return Fund
Highland's Roads Land Holding Company, LLC
Hinduja Bank (Switzerland) Ltd
Hirst, Ltd.
HMCF PB Investors, LLC
HMx2 Investment Trust (Matt McGraner)
Hockney, Ltd.
HRT North Atlanta, LLC
HRT Timber Creek, LLC
HRTBH North Atlanta, LLC
HRTBH Timber Creek, LLC
Huber Funding LLC
Hunter Mountain Investment Trust
HWS Investors Holdco, LLC
Internal Investors
Intertrust
James D. Dondero
Reese Avry Dondero
Jameson Drue Dondero

James Dondero
James Dondero and Mark Okada
James Dondero
Reese Avry Dondero
Jameson Drue Dondero

Japan Trustee Services Bank, Ltd.
Jasper CLO, Ltd.
Jewelry Ventures I, LLC
JMIJM, LLC
Joanna E. Milne Irrevocable Trust dated Nov 25 1998 (third party)
John Honis

John L. Holt, Jr.
John R. Sears, Jr.
Karisopolis, LLC
Keelhaul LLC
KHM Interests, LLC (third party)
Kuilima Montalban Holdings, LLC
Kuilima Resort Holdco, LLC
KV Cameron Creek Owner, LLC
Lakes at Renaissance Park Apartments Investors, L.P.
Lakeside Lane, LLC
Landmark Battleground Park II, LLC
Lane Britain
Larry K. Anders
LAT Battleground Park, LLC
LAT Briley Parkway, LLC
Lautner, Ltd.
Leawood RE Holdings, LLC
Liberty Cayman Holdings, Ltd.
Liberty CLO Holdco, Ltd.
Liberty CLO, Ltd.
Liberty Sub, Ltd.
Long Short Equity Sub, LLC
Longhorn Credit Funding LLC
Longhorn Credit Funding LLC - A
Longhorn Credit Funding LLC - B
Longhorn Credit Funding LLC (LHB)
Longhorn Credit Funding, LLC
Lurin Real Estate Holdings V, LLC
Maple Avenue Holdings, LLC
MaplesFS Limited
Marc C. Manzo
Mark and Pam Okada Family Trust - Exempt Descendants' Trust
Mark and Pam Okada Family Trust - Exempt Trust #2
Mark and Pamela Okada Family Trust - Exempt Descendants' Trust
Mark and Pamela Okada Family Trust - Exempt Descendants' Trust #2
Mark and Pamela Okada Family Trust - Exempt Trust #2
Mark K. Okada

Mark Okada
Mark Okada and Pam Okada
Mark Okada and Pam Okada, as joint owners
Mark Okada/Pamela Okada
Markham Fine Jewelers, L.P.
Markham Fine Jewelers, LP
Matt McGraner
Meritage Residential Partners, LLC
MGM Studios HoldCo, Ltd.
Michael Rossi
ML CLO XIX Sterling (Cayman), Ltd.
N/A
Nancy Dondero
NCI Apache Trail LLC
NCI Assets Holding Company LLC
NCI Country Club LLC
NCI Fort Worth Land LLC
NCI Front Beach Road LLC
NCI Minerals LLC
NCI Royse City Land LLC
NCI Stewart Creek LLC
NCI Storage, LLC
Neil Labatte
Neutra, Ltd.
New Jersey Tissue Company Holdco, LLC *(fka Marcal Paper Mills Holding Company, LLC)*
NexAnnuity Holdings, Inc.
NexBank Capital Trust I
NexBank Capital, Inc.
NexBank Land Advisors, Inc.
NexBank Securities Inc.
NexBank Securities, Inc.

NexBank SSB
NexBank Title, Inc. (dba NexVantage Title Services)
NexBank, SSB
NexPoint Advisors GP, LLC
NexPoint Advisors, L.P.
NexPoint Capital REIT, LLC
NexPoint Capital, Inc.

NexPoint Capital, Inc. *(fka NexPoint Capital, LLC)*
NexPoint CR F/H DST, LLC
NexPoint Credit Strategies Fund
NexPoint Discount Strategies Fund *(fka NexPoint Discount Yield Fund)*
NexPoint DRIP
NexPoint Energy and Materials Opportunities Fund *(fka NexPoint Energy Opportunities Fund)*
NexPoint Event-Driven Fund *(fkaNexPoint Merger Arbitrage Fund)*
NexPoint Flamingo DST
NexPoint Flamingo Investment Co, LLC
NexPoint Flamingo Leaseco, LLC
NexPoint Flamingo Manager, LlC
NexPoint Flamingo Property Manager, LlC
NexPoint Healthcare Opportunities Fund
NexPoint Hospitality Trust
NexPoint Hospitality, Inc.
NexPoint Hospitality, LLC
NexPoint Insurance Distributors, LLC
NexPoint Insurance Solutions GP, LLC
NexPoint Insurance Solutions GP, LLC *(fka Highland Capital Insurance Solutions GP, LLC)*
NexPoint Insurance Solutions, L.P. *(fka Highland Capital Insurance Solutions, L.P.)*
NexPoint Latin American Opportunities Fund
NexPoint Legacy 22, LLC
NexPoint Lincoln Porte Equity, LLC
NexPoint Lincoln Porte Manager, LLC
NexPoint Lincoln Porte, LLC *(fka NREA Lincoln Porte, LLC)*
NexPoint Multifamily Capital Trust, Inc.
NexPoint Multifamily Capital Trust, Inc. *(fka NexPoint Multifamily Realty Trust, Inc., fka Highland Capital Realty Trust, Inc.)*
NexPoint Multifamily Operating Partnership, L.P.
NexPoint Peoria, LLC
NexPoint Polo Glen DST

NexPoint Polo Glen Holdings, LLC
NexPoint Polo Glen Investment Co, LLC
NexPoint Polo Glen Leaseco, LLC
NexPoint Polo Glen Manager, LLC
NexPoint RE Finance Advisor GP, LLC
NexPoint RE Finance Advisor, L.P.
NexPoint Real Estate Advisors GP, LLC
NexPoint Real Estate Advisors II, L.P.
NexPoint Real Estate Advisors II, L.P.
NexPoint Real Estate Advisors III, L.P.
NexPoint Real Estate Advisors IV, L.P.
NexPoint Real Estate Advisors V, L.P.
NexPoint Real Estate Advisors VI, L.P.
NexPoint Real Estate Advisors VII GP, LLC
NexPoint Real Estate Advisors VII, L.P.
NexPoint Real Estate Advisors VIII, L.P.
NexPoint Real Estate Advisors, L.P.
NexPoint Real Estate Capital, LLC
NexPoint Real Estate Capital, LLC *(fka Highland Real Estate Capital, LLC, fka Highland Multifamily Credit Fund, LLC)*
NexPoint Real Estate Finance OP GP, LLC
NexPoint Real Estate Finance Operating Partnership, L.P.
NexPoint Real Estate Finance, Inc.
NexPoint Real Estate Opportunities, LLC
NexPoint Real Estate Opportunities, LLC *(fka Freedom REIT LLC)*
NexPoint Real Estate Partners, LLC (fka HCRE Partners, LLC)
NexPoint Real Estate Partners, LLC (fka HCRE Partners, LLC)
NexPoint Real Estate Strategies Fund
NexPoint Residential Trust Inc.
NexPoint Residential Trust Operating Partnership GP, LLC
NexPoint Residential Trust Operating Partnership, L.P.
NexPoint Residential Trust Operating Partnership, L.P.
NexPoint Residential Trust, Inc.

NexPoint Securities, Inc.
*(fka Highland Capital Funds Distributor, Inc.)*
*(fka Pyxis Distributors, Inc.)*
NexPoint Strategic Income Fund
*(fka NexPoint Opportunistic Credit Fund, fka NexPoint Distressed Strategies Fund)*
NexPoint Strategic Opportunities Fund
NexPoint Strategic Opportunities Fund
*(fka NexPoint Credit Strategies Fund)*
NexPoint Texas Multifamily Portfolio DST
*(fka NREA Southeast Portfolio Two, DST)*
NexPoint WLIF I Borrower, LLC
NexPoint WLIF I, LLC
NexPoint WLIF II Borrower, LLC
NexPoint WLIF II, LLC
NexPoint WLIF III Borrower, LLC
NexPoint WLIF III, LLC
NexPoint WLIF, LLC (Series I)
NexPoint WLIF, LLC (Series II)
NexPoint WLIF, LLC (Series III)
NexStrat LLC
NexVest, LLC
NexWash LLC
NFRO REIT Sub, LLC
NFRO TRS, LLC
NHF CCD, Inc.
NHT 2325 Stemmons, LLC
NHT Beaverton TRS, LLC
*(fka NREA Hotel TRS, Inc.)*
NHT Beaverton, LLC
NHT Bend TRS, LLC
NHT Bend, LLC
NHT Destin TRS, LLC
NHT Destin, LLC
NHT DFW Portfolio, LLC
NHT Holdco, LLC
NHT Holdings, LLC
NHT Intermediary, LLC
NHT Nashville TRS, LLC
NHT Nashville, LLC
NHT Olympia TRS, LLC
NHT Olympia, LLC
NHT Operating Partnership GP, LLC

NHT Operating Partnership II, LLC
NHT Operating Partnership, LLC
NHT Salem, LLC
NHT SP Parent, LLC
NHT SP TRS, LLC
NHT SP, LLC
NHT Tigard TRS, LLC
NHT Tigard, LLC
NHT TRS, Inc.
NHT Uptown, LLC
NHT Vancouver TRS, LLC
NHT Vancouver, LLC
NLA Assets LLC
NMRT TRS, Inc.
NREA Adair DST Manager, LLC
NREA Adair Investment Co, LLC
NREA Adair Joint Venture, LLC
NREA Adair Leaseco Manager, LLC
NREA Adair Leaseco, LLC
NREA Adair Property Manager LLC
NREA Adair, DST
NREA Ashley Village Investors, LLC
NREA Cameron Creek Investors, LLC
NREA Cityplace Hue Investors, LLC
NREA Crossing Investors LLC
NREA Crossings Investors, LLC
NREA Crossings Ridgewood Coinvestment, LLC (*fka NREA Crossings Ridgewood Investors, LLC*)
NREA DST Holdings, LLC
NREA El Camino Investors, LLC
NREA Estates Inc.
NREA Estates Investment Co, LLC
NREA Estates Leaseco, LLC
NREA Estates Manager, LLC
NREA Estates Property Manager, LLC
NREA Estates, DST
NREA Gardens DST Manager LLC
NREA Gardens DST Manager, LLC
NREA Gardens Investment Co, LLC
NREA Gardens Leaseco Manager, LLC
NREA Gardens Leaseco, LLC
NREA Gardens Property Manager, LLC
NREA Gardens Springing LLC
NREA Gardens Springing Manager, LLC
NREA Gardens, DST
NREA Hidden Lake Investment Co, LLC
NREA Hue Investors, LLC
NREA Keystone Investors, LLC
NREA Meritage Inc.
NREA Meritage Investment Co, LLC
NREA Meritage Leaseco, LLC
NREA Meritage Manager, LLC
NREA Meritage Property Manager, LLC
NREA Meritage, DST
NREA Oaks Investors, LLC
NREA Retreat Investment Co, LLC
NREA Retreat Leaseco, LLC
NREA Retreat Manager, LLC
NREA Retreat Property Manager, LLC
NREA Retreat, DST
NREA SE MF Holdings LLC
NREA SE MF Holdings, LLC
NREA SE MF Investment Co, LLC
NREA SE MF Investment Co, LLC
NREA SE Multifamily LLC
NREA SE Multifamily, LLC
NREA SE One Property Manager, LLC
NREA SE Three Property Manager, LLC
NREA SE Two Property Manager, LLC
NREA SE1 Andros Isles Leaseco, LLC
NREA SE1 Andros Isles Manager, LLC
NREA SE1 Andros Isles, DST (Converted from DK Gateway Andros, LLC)
NREA SE1 Arborwalk Leaseco, LLC
NREA SE1 Arborwalk Manager, LLC
NREA SE1 Arborwalk, DST (Converted from MAR Arborwalk, LLC)
NREA SE1 Towne Crossing Leaseco, LLC
NREA SE1 Towne Crossing Manager, LLC
NREA SE1 Towne Crossing, DST (Converted from Apartment REIT Towne Crossing, LP)
NREA SE1 Walker Ranch Leaseco, LLC
NREA SE1 Walker Ranch Manager, LLC

NREA SE1 Walker Ranch, DST (Converted from SOF Walker Ranch Owner, L.P.)

NREA SE2 Hidden Lake Leaseco, LLC

NREA SE2 Hidden Lake Manager, LLC

NREA SE2 Hidden Lake, DST

NREA SE2 Hidden Lake, DST (Converted from SOF Hidden Lake SA Owner, L.P.)

NREA SE2 Vista Ridge Leaseco, LLC

NREA SE2 Vista Ridge Manager, LLC

NREA SE2 Vista Ridge, DST

NREA SE2 Vista Ridge, DST (Converted from MAR Vista Ridge, L.P.)

NREA SE2 West Place Leaseco, LLC

NREA SE2 West Place Manager, LLC

NREA SE2 West Place, DST (Converted from Landmark at West Place, LLC)

NREA SE3 Arboleda Leaseco, LLC

NREA SE3 Arboleda Manager, LLC

NREA SE3 Arboleda, DST (Converted from G&E Apartment REIT Arboleda, LLC)

NREA SE3 Fairways Leaseco, LLC

NREA SE3 Fairways Manager, LLC

NREA SE3 Fairways, DST (Converted from MAR Fairways, LLC)

NREA SE3 Grand Oasis Leaseco, LLC

NREA SE3 Grand Oasis Manager, LLC

NREA SE3 Grand Oasis, DST (Converted from Landmark at Grand Oasis, LP)

NREA Southeast Portfolio One Manager, LLC

NREA Southeast Portfolio One, DST

NREA Southeast Portfolio One, DST

NREA Southeast Portfolio Three Manager, LLC

NREA Southeast Portfolio Three, DST

NREA Southeast Portfolio Three, DST

NREA Southeast Portfolio Two Manager, LLC

NREA Southeast Portfolio Two, DST

NREA Southeast Portfolio Two, LLC

NREA SOV Investors, LLC

NREA Uptown TRS, LLC

NREA VB I LLC

NREA VB II LLC

NREA VB III LLC

NREA VB IV LLC

NREA VB Pledgor I LLC

NREA VB Pledgor I, LLC

NREA VB Pledgor II LLC

NREA VB Pledgor II, LLC

NREA VB Pledgor III LLC

NREA VB Pledgor III, LLC

NREA VB Pledgor IV LLC

NREA VB Pledgor IV, LLC

NREA VB Pledgor V LLC

NREA VB Pledgor V, LLC

NREA VB Pledgor VI LLC

NREA VB Pledgor VI, LLC

NREA VB Pledgor VII LLC

NREA VB Pledgor VII, LLC

NREA VB SM, Inc.

NREA VB V LLC

NREA VB VI LLC

NREA VB VII LLC

NREA Vista Ridge Investment Co, LLC

NREC AR Investors, LLC

NREC BM Investors, LLC

NREC BP Investors, LLC

NREC Latitude Investors, LLC

NREC REIT Sub, Inc.

NREC TRS, Inc.

NREC WW Investors, LLC

NREF OP I Holdco, LLC

NREF OP I SubHoldco, LLC

NREF OP I, L.P.

NREF OP II Holdco, LLC

NREF OP II SubHoldco, LLC

NREF OP II, L.P.

NREF OP IV REIT Sub TRS, LLC

NREF OP IV REIT Sub, LLC

NREF OP IV, L.P.

NREO NW Hospitality Mezz, LLC

NREO NW Hospitality, LLC

| | |
|---|---|
| NREO Perilune, LLC | NXRT Radbourne Lake, LLC |
| NREO SAFStor Investors, LLC | NXRT Rockledge, LLC |
| NREO TRS, Inc. | NXRT Sabal Palms, LLC |
| NRESF REIT Sub, LLC | NXRT SM, Inc. |
| NXRT Abbington, LLC | NXRT Steeplechase, LLC |
| NXRT Atera II, LLC | NXRT Stone Creek, LLC |
| NXRT Atera, LLC | NXRT Summers Landing GP, LLC |
| NXRT AZ2, LLC | NXRT Summers Landing LP, LLC |
| NXRT Barrington Mill, LLC | NXRT Torreyana, LLC |
| NXRT Bayberry, LLC | NXRT Vanderbilt, LLC |
| NXRT Bella Solara, LLC | NXRT West Place, LLC |
| NXRT Bella Vista, LLC | NXRTBH AZ2, LLC |
| NXRT Bloom, LLC | NXRTBH Barrington Mill Owner, LLC |
| NXRT Brandywine GP I, LLC | NXRTBH Barrington Mill SM, Inc. |
| NXRT Brandywine GP I, LLC | NXRTBH Barrington Mill, LLC |
| NXRT Brandywine GP II, LLC | NXRTBH Bayberry, LLC |
| NXRT Brandywine GP II, LLC | NXRTBH Cityview, LLC |
| NXRT Brandywine LP, LLC | NXRTBH Colonnade, LLC |
| NXRT Brandywine LP, LLC | NXRTBH Cornerstone Owner, LLC |
| NXRT Brentwood Owner, LLC | NXRTBH Cornerstone SM, Inc. |
| NXRT Brentwood, LLC | NXRTBH Cornerstone, LLC |
| NXRT Cedar Pointe Tenant, LLC | NXRTBH Dana Point SM, Inc. |
| NXRT Cedar Pointe, LLC | NXRTBH Dana Point, LLC |
| NXRT Cityview, LLC | NXRTBH Foothill SM, Inc. |
| NXRT Cornerstone, LLC | NXRTBH Foothill, LLC |
| NXRT Crestmont, LLC | NXRTBH Heatherstone SM, Inc. |
| NXRT Crestmont, LLC | NXRTBH Heatherstone, LLC |
| NXRT Enclave, LLC | NXRTBH Hollister Tenant, LLC |
| NXRT Glenview, LLC | NXRTBH Hollister, LLC |
| NXRT H2 TRS, LLC | NXRTBH Madera SM, Inc. |
| NXRT Heritage, LLC | NXRTBH Madera, LLC |
| NXRT Hollister TRS LLC | NXRTBH McMillan, LLC |
| NXRT Hollister, LLC | NXRTBH North Dallas 3, LLC |
| NXRT LAS 3, LLC | NXRTBH Old Farm II, LLC |
| NXRT Master Tenant, LLC | NXRTBH Old Farm Tenant, LLC |
| NXRT Nashville Residential, LLC | NXRTBH Old Farm, LLC |
| NXRT Nashville Residential, LLC *(fka Freedom Nashville Residential, LLC)* | NXRTBH Radbourne Lake, LLC |
| | NXRTBH Rockledge, LLC |
| NXRT North Dallas 3, LLC | NXRTBH Sabal Palms, LLC |
| NXRT Old Farm, LLC | NXRTBH Steeplechase, LLC (dba Southpoint Reserve at Stoney Creek)-VA |
| NXRT Pembroke Owner, LLC | |
| NXRT Pembroke, LLC | NXRTBH Stone Creek, LLC |
| NXRT PHX 3, LLC | NXRTBH Vanderbilt, LLC |

| | |
|---|---|
| NXRTBH Versailles SM, Inc. | PWM1 Holdings, LLC |
| NXRTBH Versailles, LLC | PWM1, LLC |
| Oak Holdco, LLC | RADCO - Bay Meadows, LLLP |
| Oaks CGC, LLC | RADCO - Bay Park, LLLP |
| Okada Family Revocable Trust | RADCO NREC Bay Meadows Holdings, LLC |
| Oldenburg, Ltd. | RADCO NREC Bay Park Holdings, LLC |
| Pam Capital Funding GP Co. Ltd. | Ramarim, LLC |
| Pam Capital Funding, L.P. | Rand Advisors Series I Insurance Fund |
| PamCo Cayman Ltd. | Rand Advisors Series II Insurance Fund |
| Park West 1700 Valley View Holdco, LLC | Rand Advisors, LLC |
| Park West 2021 Valley View Holdco, LLC | Rand PE Fund I, L.P. |
| Park West Holdco, LLC | Rand PE Fund I, L.P. - Series 1 |
| Park West Portfolio Holdco, LLC | Rand PE Fund Management, LLC |
| Participants of Highland 401K Plan | Rand PE Holdco, LLC |
| Patrick Willoughby-McCabe | Realdania |
| PCMG Trading Partners XXIII, L.P. | Red River CLO, Ltd. |
| PCMG Trading Partners XXIII, LP | Red River Investors Corp. |
| PDK Toys Holdco, LLC | Riverview Partners SC, LLC |
| Pear Ridge Partners, LLC | Rockwall CDO II Ltd. |
| Penant Management GP, LLC | Rockwall CDO II, Ltd. |
| Penant Management LP | Rockwall CDO, Ltd. |
| PensionDanmark Holding A/S | Rockwall Investors Corp. |
| PensionDanmark Pensionsforsikringsaktieselskab | Rothko, Ltd. |
| | RTT Bella Solara, LLC |
| Peoria Place Development, LLC (30% cash contributions - profit participation only) | RTT Bloom, LLC |
| | RTT Financial, Inc. |
| | RTT Hollister, LLC |
| Perilune Aero Equity Holdings One, LLC | RTT Rockledge, LLC |
| Perilune Aviation LLC | RTT Torreyana, LLC |
| PetroCap Incentive Holdings III. L.P. | SALI Fund Partners, LLC |
| PetroCap Incentive Partners II GP, LLC | SAS Management |
| PetroCap Incentive Partners II, L.P. | SAS Asset Recovery Ltd. |
| PetroCap Incentive Partners III GP, LLC | |
| PetroCap Incentive Partners III, LP | San Diego County Employees Retirement Association |
| PetroCap Management Company LLC | |
| PetroCap Partners II GP, LLC | Sandstone Pasadena Apartments, LLC |
| PetroCap Partners II, L.P. | Sandstone Pasadena, LLC |
| PetroCap Partners III GP, LLC | Santa Barbara Foundation (third party) |
| PetroCap Partners III, L.P. | Saturn Oil & Gas LLC |
| Pharmacy Ventures I, LLC | SBC Master Pension Trust |
| Pharmacy Ventures II, LLC | Scott Matthew Siekielski |
| Pollack, Ltd. | SE Battleground Park, LLC |
| Powderhorn, LLC | SE Battleground Park, LLC |

SE Glenview, LLC
SE Governors Green Holdings, L.L.C.
SE Governors Green Holdings, L.L.C. *(fka SCG Atlas Governors Green Holdings, L.L.C.)*
SE Governors Green I, LLC
SE Governors Green II, LLC
SE Governors Green II, LLC
SE Governors Green REIT, L.L.C.
SE Governors Green REIT, L.L.C. *(fka SCG Atlas Governors Green REIT, L.L.C.)*

SE Governors Green, LLC *(fka SCG Atlas Governors Green, L.L.C.)*
SE Gulfstream Isles GP, LLC
SE Gulfstream Isles GP, LLC
SE Gulfstream Isles LP, LLC
SE Gulfstream Isles LP, LLC
SE Heights at Olde Towne, LLC
SE Heights at Olde Towne, LLC
SE Lakes at Renaissance Park GP I, LLC
SE Lakes at Renaissance Park GP II, LLC
SE Lakes at Renaissance Park GP II, LLC
SE Lakes at Renaissance Park LP, LLC
SE Lakes at Renaissance Park LP, LLC
SE Multifamily Holdings LLC
SE Multifamily Holdings, LLC
SE Multifamily REIT Holdings LLC
SE Myrtles at Olde Towne, LLC
SE Myrtles at Olde Towne, LLC
SE Oak Mill I Holdings, LLC
SE Oak Mill I Holdings, LLC *(fka SCG Atlas Oak Mill I Holdings, L.L.C.)*
SE Oak Mill I Owner, LLC *(fka SCG Atlas Oak Mill I, L.L.C.)*
SE Oak Mill I REIT, LLC
SE Oak Mill I REIT, LLC *(fka SCG Atlas Oak Mill I REIT, L.L.C.)*
SE Oak Mill I, LLC
SE Oak Mill I, LLC
SE Oak Mill II Holdings, LLC
SE Oak Mill II Holdings, LLC *(fka SCG Atlas Oak Mill II Holdings, L.L.C.)*

SE Oak Mill II Owner, LLC *(fka SCG Atlas Oak Mill II, L.L.C.)*
SE Oak Mill II REIT, LLC
SE Oak Mill II REIT, LLC *(fka SCG Atlas Oak Mill II REIT, L.L.C.)*
SE Oak Mill II, LLC
SE Oak Mill II, LLC
SE Quail Landing, LLC
SE River Walk, LLC
SE Riverwalk, LLC
SE SM, Inc.
SE Stoney Ridge Holdings, L.L.C. *(fka SCG Atlas Stoney Ridge Holdings, L.L.C.)*
SE Stoney Ridge Holdings, LLC
SE Stoney Ridge I, LLC
SE Stoney Ridge I, LLC
SE Stoney Ridge II, LLC
SE Stoney Ridge II, LLC
SE Stoney Ridge REIT, L.L.C. *(fka SCG Atlas Stoney Ridge REIT, L.L.C.)*
SE Stoney Ridge REIT, LLC
SE Stoney Ridge, LLC *(fka SCG Atlas Stoney Ridge, L.L.C.)*
SE Victoria Park, LLC
SE Victoria Park, LLC
Sentinel Re Holdings, Ltd.
Sentinel Reinsurance Ltd.
Sentinel Reinsurance Limited
SFH1, LLC
SFR WLIF I, LLC *(fka NexPoint WLIF I, LLC)*
SFR WLIF II, LLC *(NexPoint WLIF II, LLC)*
SFR WLIF III, LLC *(NexPoint WLIF III, LLC)*
SFR WLIF Manager, LLC *(NexPoint WLIF Manager, LLC)*
SFR WLIF, LLC *(NexPoint WLIF, LLC)*
SFR WLIF, LLC Series I
SFR WLIF, LLC Series II
SFR WLIF, LLC Series III
SH Castle BioSciences, LLC

Small Cap Equity Sub, LLC
Socially Responsible Equity Sub, LLC
SOF Brandywine I Owner, L.P.
SOF Brandywine II Owner, L.P.
SOF-X GS Owner, L.P.
Southfork Cayman Holdings, Ltd.
Southfork CLO, Ltd.
Specialty Financial Products Designated Activity Company (*fka Specialty Financial Products Limited*)
Spiritus Life, Inc.
SRL Sponsor LLC
SRL Whisperwod LLC
SRL Whisperwood Member LLC
SRL Whisperwood Venture LLC
SSB Assets LLC
Starck, Ltd.
Stemmons Hospitality, LLC
Steve Shin
Stonebridge Capital, Inc.
Stonebridge-Highland Healthcare Private Equity Fund
Strand Advisors III, Inc.
Strand Advisors IV, LLC
Strand Advisors IX, LLC
Strand Advisors V, LLC
Strand Advisors XIII, LLC
Strand Advisors XVI, Inc.
Strand Advisors, Inc.
Stratford CLO, Ltd.
Summers Landing Apartment Investors, L.P.
Term Loan B
(10% cash contributions - profit participation only)
The Dallas Foundation
The Dallas Foundation (third party)
The Dondero Insurance Rabbi Trust
The Dugaboy Investment Trust
The Dugaboy Investment Trust U/T/A Dated Nov 15, 2010
The Get Good Non-Exempt Trust No. 1
The Get Good Non-Exempt Trust No. 2
The Get Good Trust
The Mark and Pamela Okada Family Trust - Exempt Descendants' Trust
The Mark and Pamela Okada Family Trust - Exempt Trust #2
The Ohio State Life Insurance Company
The Okada Family Foundation, Inc.
The Okada Insurance Rabbi Trust
The SLHC Trust
The Trustees of Columbia University in the City of New York
The Twentysix Investment Trust (Third Party Investor)
Thomas A. Neville
Thread 55, LLC
Tihany, Ltd.
Todd Travers
Tranquility Lake Apartments Investors, L.P.
Tuscany Acquisition, LLC
Uptown at Cityplace Condominium Association, Inc.
US Gaming OpCo, LLC
US Gaming SPV, LLC
US Gaming, LLC
Valhalla CLO, Ltd.
VB GP LLC
VB Holding, LLC
VB One, LLC
VB OP Holdings LLC
VBAnnex C GP, LLC
VBAnnex C Ohio, LLC
VBAnnex C, LP
Ventoux Capital, LLC
(Matt Goetz)
VineBrook Annex B, L.P.
VineBrook Annex I, L.P.
VineBrook Homes Merger Sub II LLC
VineBrook Homes Merger Sub LLC
VineBrook Homes OP GP, LLC
VineBrook Homes Operating Partnership, L.P.
VineBrook Homes Trust, Inc.
VineBrook Partners I, L.P.
VineBrook Partners II, L.P.
VineBrook Properties, LLC

Virginia Retirement System
Vizcaya Investment, LLC
Wake LV Holdings II, Ltd.
Wake LV Holdings, Ltd.
Walter Holdco GP, LLC
Walter Holdco I, Ltd.
Walter Holdco, L.P.
Warhol, Ltd.
Warren Chang
Westchester CLO, Ltd.
William L. Britain
Wright Ltd.
Wright, Ltd.
Yellow Metal Merchants, Inc.