Michelle Hartmann
State Bar No. 24032402
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (*Admitted pro hac vice*)
Blaire Cahn (*Admitted pro hac vice*)
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
debra.dandeneau@bakermckenzie.com
blaire.cahn@bakermckenzie.com

*Counsel for the Former Employee Defendants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Chapter 11 |
| Reorganized Debtor. | Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, | |
| Plaintiff, | |
| v. | |
| JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC, | Adv. Pro. No. 21-03076-sgj |
| Defendants. | |

## THE FORMER EMPLOYEE DEFENDANTS' WITNESS AND EXHIBIT LIST
## FOR STATUS CONFERENCE SCHEDULED FOR
## MARCH 17, 2022 AT 1:30 P.M. (CENTRAL TIME)

Scott Ellington, Isaac Leventon, Frank Waterhouse, and CPCM, LLC (collectively, the

"*Former Employee Defendants*") hereby file this Witness and Exhibit List for the hearing

scheduled on **Thursday, March 17, 2022 at 1:30 p.m.** on the following matters:

1. The *Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted Against the Former Employee Defendants* [Adv. Proc. Dkt. 27], the *Brief in Support of Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted Against the Former Employee Defendants* [Adv. Proc. Dkt. 28], and *The Former Employee Defendants' Reply in Support of the Motion to Withdraw the Reference* [Adv. Proc. Dkt. 108].

2. The *Motion of the Okada Parties to Withdraw the Reference* [Adv. Proc. Dkt. 36], the *Memorandum of Law in Support of the Okada Parties' Motion to Withdraw the Reference* [Adv. Proc. Dkt. 37], and the *Reply in Support of the Okada Parties' Motion to Withdraw the Reference* [Adv. Proc. Dkt. 105].

3. The *Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted Against Defendants* [Adv. Proc. Dkt. 39], the *Memorandum in Support of Defendants NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P.'s Jury Demand and Motion to Withdraw the Reference* [Adv. Proc. Dkt. 40], and the *Reply in Support of Motion to Withdraw the Reference* [Adv. Proc. Dkt. 103].

4. *Defendants James Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.'s Motion to Withdraw the Reference* [Adv. Proc. Dkt. 45], *Defendants James Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.'s Memorandum of Law in Support of Motion to Withdraw the Reference* [Adv. Proc. Dkt. 46], and *The Dondero Defendants' Reply in Support of the Motion to Withdraw the Reference* [Adv. Proc. Dkt. 106].

5. *Defendant Grant James Scott's Motion to Withdraw Reference* [Adv. Proc. Dkt. 50], and *Defendant Grant James Scott's Brief in Support of Motion to Withdraw Reference* [Adv. Proc. Dkt. 51].

6. *Motion to Withdraw the Reference* [Adv. Proc. Dkt. 59], and *Reply in Support of Motion to Withdraw the Reference* [Adv. Proc. Dkt. 104] filed by CLO Holdco, Ltd., Charitable DAF Holdco, Ltd., Charitable DAF Fund, L.P., and Highland Dallas Foundation.

7. *The Litigation Trustee's Response in Opposition to Defendants' Motions to Withdraw the Reference* [Adv. Proc. Dkt. 95].

**Former Employee Defendants' Witness List**

At the hearing, the Former Employee Defendants may call the following persons to testify as witnesses:

1. Any witness called by any other party; and

2. Rebuttal witnesses as necessary.

The Former Employee Defendants reserve the right to cross-examine any witness called by any other party.

**Former Employee Defendants' Exhibit List**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---------|------------------------|---------|-----------|----------|
| FE-1 | Proof of Claim #32 for Internal Revenue Taxes, filed in *In re Highland Capital Mgmt. L.P.*, Case No. 19-34054 (Bankr. N. D. Tex. Feb. 13, 2020) | | | |
| FE-2 | Proof of Claim #173 for Internal Revenue Taxes (Amendment No. 1 to Proof of Claim dated 02/12/2020), filed in *In re Highland Capital Mgmt. L.P.*, Case No. 19-34054 (Bankr. N. D. Tex. Apr. 14, 2020) | | | |
| FE-3 | Proof of Claim #248 for Internal Revenue Taxes (Amendment No. 3 to Proof of Claim dated 02/13/2020), filed in *In re Highland Capital Mgmt. L.P.*, Case No. 19-34054 (Bankr. N. D. Tex. July 7, 2021) | | | |
| FE-4 | Proof of Claim #252 for Internal Revenue Taxes (Amendment No. 5 to Proof of Claim dated 02/13/2020), filed in *In re Highland Capital Mgmt. L.P.*, Case No. 19-34054 (Bankr. N. D. Tex. Oct. 6, 2021) | | | |
| | Any exhibits designated by any other party | | | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---------|------------------------|---------|-----------|----------|
|         | Any exhibits necessary and appropriate as rebuttal evidence | | | |

The Former Employee Defendants reserve the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Status Conference. This Witness and Exhibit List is not intended to limit the Former Employee Defendants at the Status Conference or to imply that the Former Employee Defendants may not seek introduction of evidence that is not on this list. The Former Employee Defendants reserve the right to use any of the exhibits designated by any other party to this case.

Dated: March 14, 2022

By: */s/ Debra A. Dandeneau*
Michelle Hartmann
State Bar No. 24032402
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
Blaire Cahn
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
Email: debra.dandeneau@bakermckenzie.com
Email: blaire.cahn@bakermckenzie.com
(*Admitted pro hac vice*)

*Counsel for the Former Employee Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 14, 2022, a true and correct copy of the foregoing was served electronically via the Court's CM/ECF notice system to all counsel of record registered to receive notice.

*/s/Debra A. Dandeneau*
Debra A. Dandeneau

**EXHIBIT "FE-1"**

Claim #32 Date Filed: 2/13/2020

---

**Fill in this information to identify the case:**

Debtor 1    HIGHLAND CAPITAL MANAGEMENT L P

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN          District of TEXAS
                                                                (State)

Case number   19-34054-SGJ11

---

**Official Form 410**

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

---

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

■ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- |
| Internal Revenue Service | Internal Revenue Service |
| Name | Name |
| P.O. Box 7346 | 1100 Commerce St M/S MC5027DAL |
| Number          Street | Number          Street |
| Philadelphia          PA          19101-7346 | Dallas          TX          75242 |
| City          State          ZIP Code | City          State          ZIP Code |
| Contact phone   1-800-973-0424 | Contact phone   214 413-5327 |
| Contact email | Contact email |
| Creditor Number:  18833095 | |

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

— — — — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

■ No
☐ Yes.    Claim number on court claims registry (if known) _____          Filed on: _____
                                                                                                       MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

■ No
☐ Yes.  Who made the earlier filing?

1934054200213000000000001

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:    See Attachment

**7. How much is the claim?**

$ 91,136.11

**Does this amount include interest or other charges?**

☐ No

■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

■ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor Vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

■ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

■ Yes. Identify the property    See Attachment

**12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 5,754.79 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

*Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3: Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/12/2020
                 MM / DD / YYYY

/s/ FAYE GARRETT
(Signature)

**Print the name of the person who is completing and signing this claim:**

Name      FAYE                                                      GARRETT
          First name              Middle name                       Last name

Title     Bankruptcy Specialist

Company   Internal Revenue Service
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   1100 Commerce St M/S MC5027DAL
          Number        Street

          Dallas                                TX            75242
          City                                  State         ZIP Code

Contact Phone  214 413-5327                     Email: _____

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 410**
Attachment

| Case Number |
| --- |
| 19-34054-SGJ11 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 11 |

| Date of Petition |
| --- |
| 10/16/2019 |

**In the Matter of:** HIGHLAND CAPITAL MANAGEMENT L P
300 CRESCENT COURT
SUITE 700
DALLAS, TX 75201

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims   under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- | --- |
| XX-XXX6725 | EXCISE | 09/30/2016 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2016 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2017 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2017 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2017 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2017 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2018 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 03/31/2018 | | ESTIMATED LIABILITY * | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 06/30/2018 | 2 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | WT-FICA | 09/30/2018 | | ESTIMATED LIABILITY * | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2018 | 3 | Estimated- SEE NOTE | $599.89 | $32.58 |
| XX-XXX6725 | EXCISE | 12/31/2018 | 3 | Estimated- SEE NOTE | $599.89 | $24.15 |
| XX-XXX6725 | MISC PEN | 12/31/2018 | 2 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2019 | 3 | Estimated- SEE NOTE | $599.89 | $15.08 |
| XX-XXX6725 | MISC PEN | 03/31/2019 | 2 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 06/30/2019 | 2 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2019 | 3 | Estimated- SEE NOTE | $1,788.50 | $0.00 |
| XX-XXX6725 | MISC PEN | 09/30/2019 | 2 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | WT-FICA | 12/31/2019 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2019 | 4 | Estimated- SEE NOTE | $294.81 | $0.00 |
| XX-XXX6725 | FUTA | 12/31/2019 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 12/31/2019 | 2 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 03/31/2020 | 2 | Estimated- SEE NOTE | $100.00 | $0.00 |
| | | | | | $5,682.98 | $71.81 |

### Total Amount of Unsecured Priority Claims:   $5,754.79

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

2 ESTIMATED TRUST FUND RECOVERY PENALTY. IRC 6672

3 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

4 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **410**
Attachment

| Case Number |
| --- |
| 19-34054-SGJ11 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 11 |

| Date of Petition |
| --- |
| 10/16/2019 |

**In the Matter of:** HIGHLAND CAPITAL MANAGEMENT L P
300 CRESCENT COURT
SUITE 700
DALLAS, TX 75201

---

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- | --- |
| XX-XXX6725 | EXCISE | 12/31/2013 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2014 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2014 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2014 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2014 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2015 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2015 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2015 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2015 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2016 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2016 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 12/31/2017 | | 11/12/2018 | $0.00 | $4,742.54 |
| XX-XXX6725 | PTRSHP | 12/31/2019 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| | | | | | $1,200.00 | $4,742.54 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $79,438.78

### Total Amount of Unsecured General Claims: $85,381.32

---

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

**EXHIBIT "FE-2"**

```
┌────────────────────────────────────────────────────────────────────────┐
│ Fill in this information to identify the case:                          │
├────────────────────────────────────────────────────────────────────────┤
```

Debtor 1    HIGHLAND CAPITAL MANAGEMENT L P

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN          District of TEXAS
                                                              (State)

Case number   19-34054-SGJ11

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

■ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Internal Revenue Service | Internal Revenue Service |
| Name | Name |
| P.O. Box 7346 | 1100 Commerce St M/S MC5027DAL |
| Number          Street | Number          Street |
| Philadelphia      PA        19101-7346 | Dallas        TX        75242 |
| City        State        ZIP Code | City        State        ZIP Code |
| Contact phone  1-800-973-0424 | Contact phone  214 413-5327 |
| Contact email _____ | Contact email _____ |
| Creditor Number:  18833095 | |

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☐ No
■ Yes.  Claim number on court claims registry (if known) ____5____      Filed on:  02/13/2020
                                                                              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

■ No
☐ Yes.  Who made the earlier filing? _____

1934054200414000000000003

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** Do you have any number you use to identify the debtor?

☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  See Attachment

**7.** How much is the claim?     $ 90,736.11

**Does this amount include interest or other charges?**
☐ No
■ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples:  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9.** Is all or part of the claim secured?

■ No
☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**
☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor Vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:**     $_____

**Amount of the claim that is secured:**     $_____

**Amount of the claim that is unsecured:**     $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $_____

**Annual Interest Rate** (when case was filed)  ____%
☐ Fixed
☐ Variable

**10.** Is this claim based on a lease?

■ No
☐ Yes.  **Amount necessary to cure any default as of the date of the petition.**     $_____

**11.** Is this claim subject to a right of setoff?

☐ No
■ Yes.  Identify the property  See Attachment

**12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 5,454.79 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

*Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3: Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/13/2020
                MM / DD / YYYY

/s/ FAYE COPPLE
(Signature)

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | FAYE | COPPLE |
| | First name        Middle name | Last name |
| Title | Bankruptcy Specialist | |
| Company | Internal Revenue Service | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 1100 Commerce St M/S MC5027DAL | |
| | Number      Street | |
| | Dallas | TX          75242 |
| | City | State      ZIP Code |

Contact Phone 214 413-5327              Email: _____

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 410**
Attachment

| Case Number |
| --- |
| 19-34054-SGJ11 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 11 |

| Date of Petition |
| --- |
| 10/16/2019 |

**In the Matter of:** HIGHLAND CAPITAL MANAGEMENT L P
300 CRESCENT COURT
SUITE 700
DALLAS, TX 75201

Amendment No. 1 to Proof of Claim dated 02/12/2020.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- | --- |
| XX-XXX6725 | EXCISE | 09/30/2016 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2016 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2017 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2017 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2017 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2017 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2018 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 03/31/2018 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 06/30/2018 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2018 | I | Estimated- SEE NOTE | $599.89 | $32.58 |
| XX-XXX6725 | MISC PEN | 09/30/2018 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2018 | I | Estimated- SEE NOTE | $599.89 | $24.15 |
| XX-XXX6725 | MISC PEN | 12/31/2018 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2019 | I | Estimated- SEE NOTE | $599.89 | $15.08 |
| XX-XXX6725 | MISC PEN | 03/31/2019 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 06/30/2019 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2019 | I | Estimated- SEE NOTE | $1,788.50 | $0.00 |
| XX-XXX6725 | MISC PEN | 09/30/2019 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2019 | I | Estimated- SEE NOTE | $294.81 | $0.00 |
| XX-XXX6725 | MISC PEN | 12/31/2019 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| | | | | | $5,382.98 | $71.81 |

### Total Amount of Unsecured Priority Claims: $5,454.79

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- | --- |
| XX-XXX6725 | EXCISE | 12/31/2013 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2014 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2014 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2014 | I | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2014 | I | Estimated- SEE NOTE | $100.00 | $0.00 |

I LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**Form 410**
Attachment

| | |
|---|---|
| **Case Number** | 19-34054-SGJ11 |
| **Type of Bankruptcy Case** | CHAPTER 11 |
| **Date of Petition** | 10/16/2019 |

**In the Matter of:** HIGHLAND CAPITAL MANAGEMENT L P
300 CRESCENT COURT
SUITE 700
DALLAS, TX 75201

Amendment No. 1 to Proof of Claim dated 02/12/2020.

---

**Unsecured General Claims** (Continued from Page 1)

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XX-XXX6725 | EXCISE | 03/31/2015 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2015 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2015 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2015 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2016 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2016 | 1 | Estimated- SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 12/31/2017 | | 11/12/2018 | $0.00 | $4,742.54 |
| | | | | | $1,100.00 | $4,742.54 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $79,438.78

### Total Amount of Unsecured General Claims: $85,281.32

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

**EXHIBIT "FE-3"**

| Fill in this information to identify the case: |
|---|

Debtor 1    HIGHLAND CAPITAL MANAGEMENT L P

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN   District of   TEXAS

Case number   19-34054-SGJ11

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

[X] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name

P.O. Box 7346
Number Street

Philadelphia    PA    19101-7346
City State      ZIP Code

Contact phone   1-800-973-0424

Contact email _____

Creditor Number:   18833095

**Where should payments to the creditor be sent?** (if different)

Internal Revenue Service
Name

1100 Commerce St, M/S MC5027DAL
Number Street

Dallas    TX    75242
City State      ZIP Code

Contact phone   214 413-5327

Contact email   faye.g.garrett@irs.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

[ ] No
[X] Yes. Claim number on court claims registry (if known) _5_

Filed on   02/13/2020
     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No
[ ] Yes. Who made the earlier filing? _____

Official Form 410          **Proof of Claim**          page 1

19340542107070000000000005

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6.** **Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment ____ ____

**7.** **How much is the claim?** $_____ 92,076.39 . **Does this amount include interest or other charges?**

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9.** **Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10.** **Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11.** **Is this claim subject to a right of setoff?**

☐ No

☒ Yes. Identify the property: See Attachment _____

Official Form 410      **Proof of Claim**      page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☒ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 6,571.07 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/07/2021
  MM / DD / YYYY

/s/ FAYE COPPLE
Signature

Print the name of the person who is completing and signing this claim:

| Name | FAYE | | COPPLE |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1100 Commerce St, M/S MC5027DAL | | |
| | Number Street | | |
| | Dallas | TX | 75242 |
| | City | State | ZIP Code |
| Contact phone | 214 413-5327 | Email | faye.g.garrett@irs.gov |

# Proof of Claim for
# Internal Revenue Taxes



Department of the Treasury/Internal Revenue Service

**In the Matter of:** HIGHLAND CAPITAL MANAGEMENT L P

300 CRESCENT COURT
SUITE 700
DALLAS, TX 75201

Amendment No. 3 to Proof of Claim dated 02/13/2020

**Form 410**
Attachment

**Case Number**
19-34054-SGJ11

**Type of Bankruptcy Case**
CHAPTER 11

**Date of Petition**
10/16/2019

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims   under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX6725 | EXCISE | 06/30/2015 | 01/04/2021 | $530.40 | $123.82 |
| XX-XXX6725 | EXCISE | 09/30/2016 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2016 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2017 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2017 | 04/16/2023 | $492.68 | $69.38 |
| XX-XXX6725 | EXCISE | 09/30/2017 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2017 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2018 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 03/31/2018 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 06/30/2018 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 09/30/2018 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2018 | 1 1-ESTIMATED-SEE NOTE | $599.89 | $32.58 |
| XX-XXX6725 | EXCISE | 12/31/2018 | 1 1-ESTIMATED-SEE NOTE | $599.89 | $24.15 |
| XX-XXX6725 | MISC PEN | 12/31/2018 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 03/31/2019 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2019 | 1 1-ESTIMATED-SEE NOTE | $599.89 | $15.08 |
| XX-XXX6725 | MISC PEN | 06/30/2019 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2019 | 1 1-ESTIMATED-SEE NOTE | $1,788.50 | $0.00 |
| XX-XXX6725 | MISC PEN | 09/30/2019 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2019 | 1 1-ESTIMATED-SEE NOTE | $294.81 | $0.00 |
| XX-XXX6725 | MISC PEN | 12/31/2019 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| | | | | $6,306.06 | $265.01 |

**Total Amount of Unsecured Priority Claims:**   $6,571.07

## Unsecured General Claims

*Continued from Page 1*

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX6725 | EXCISE | 12/31/2013 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2014 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2014 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2014 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2014 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2015 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 09/30/2015 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 12/31/2015 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | EXCISE | 03/31/2016 | 04/26/2021 | $0.00 | $0.00 |
| XX-XXX6725 | EXCISE | 06/30/2016 | 1 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX6725 | MISC PEN | 12/31/2017 | 11/12/2018 | $0.00 | $4,742.54 |
| | | | | $900.00 | $4,742.54 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . .$424.00
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$79,438.78

## Total Amount of Unsecured General Claims: $85,505.32

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

**EXHIBIT "FE-4"**

Claim #252  Date Filed: 10/6/2021

**Fill in this information to identify the case:**

Debtor 1 ___HIGHLAND CAPITAL MANAGEMENT L P___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___NORTHERN___ District of ___TEXAS___

Case number ___19-34054-SGJ11___

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

___Department of Treasury - Internal Revenue Service___
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name
P.O. Box 7346
Number Street
Philadelphia                PA            19101-7346
City State                                ZIP Code

Contact phone ___1-800-973-0424___

Contact email _____

Creditor Number: ___18833095___

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**Where should payments to the creditor be sent?** (if different)

Internal Revenue Service
Name
1100 Commerce St, M/S MC5027DAL
Number Street
Dallas                      TX            75242
City State                                ZIP Code

Contact phone ___214 413-5327___

Contact email ___faye.g.garrett@irs.gov___

**4. Does this claim amend one already filed?**

☐ No
☒ Yes. Claim number on court claims registry (if known) ___5___

Filed on ___02/13/2020___
              MM / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____



1934054211006000000000002

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>See Attachment</u> ___ |

| | |
|---|---|
| 7. **How much is the claim?** | $_____86,793.98   **Does this amount include interest or other charges?**<br>☐ No<br>☒ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Taxes</u>

9. **Is all or part of the claim secured?**

☒ No
☐ Yes. The   claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe:    <u>*All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.</u>

**Basis for perfection:**    _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____
**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☐ No<br>☒ Yes. Identify the property: <u>See Attachment</u> |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☒ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____1,951.69 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

## Part 3:  Sign Below

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☒ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date  __10/06/2021__
                   MM / DD / YYYY

/s/ FAYE COPPLE
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | FAYE | | COPPLE |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1100 Commerce St, M/S MC5027DAL | | |
| | Number Street | | |
| | Dallas | TX | 75242 |
| | City | State | ZIP Code |
| Contact phone | 214 413-5327 | Email | faye.g.garrett@irs.gov |

# Proof of Claim for Internal Revenue Taxes

**Form 410**
Attachment

Department of the Treasury/Internal Revenue Service

**In the Matter of:** HIGHLAND CAPITAL MANAGEMENT L P

100 CRESCENT COURT
SUITE 1850
DALLAS, TX 75201

Amendment No. 5 to Proof of Claim dated 02/13/2020

| Case Number |
| --- |
| 19-34054-SGJ11 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 11 |

| Date of Petition |
| --- |
| 10/16/2019 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims  under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX-XXX6725 | EXCISE | 06/30/2015 | 01/04/2021 | $530.40 | $123.82 |
| XX-XXX6725 | EXCISE | 06/30/2016 | 10/11/2021 | $564.20 | $171.21 |
| XX-XXX6725 | EXCISE | 06/30/2017 | 02/08/2021 | $492.68 | $69.38 |
| | | | | $1,587.28 | $364.41 |

**Total Amount of Unsecured Priority Claims:** $1,951.69

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX-XXX6725 | MISC PEN | 12/31/2017 | 11/12/2018 | $0.00 | $4,742.54 |
| | | | | $0.00 | $4,742.54 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . .$660.97
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$79,438.78

**Total Amount of Unsecured General Claims:** $84,842.29