Brian D. Glueckstein (admitted *pro hac vice*)
  New York Bar No. 4227005
  gluecksteinb@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

Cortney C. Thomas
  Texas Bar No. 24075153
  cort@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone:  (214) 327-5000
Facsimile:  (214) 327-5001

*Counsel for Mark Okada and
Affiliated Parties*

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | : | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | : | |

---

| | | |
|---|---|---|
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, | : | |
| Plaintiff, | : | Adv. Pro. No. 21-03076-sgj |
| v. | : | Civ. Act. #3:22-CV-00229-C |
| JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY | : | |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DONDERO, AS TRUSTEE OF DUGABOY :
INVESTMENT TRUST; GET GOOD TRUST AND :
GRANT JAMES SCOTT III, AS TRUSTEE OF GET :
GOOD TRUST; HUNTER MOUNTAIN :
INVESTMENT TRUST; MARK & PAMELA :
OKADA FAMILY TRUST – EXEMPT TRUST #1 :
AND LAWRENCE TONOMURA AS TRUSTEE OF :
MARK & PAMELA OKADA FAMILY TRUST – :
EXEMPT TRUST #1; MARK & PAMELA OKADA :
FAMILY TRUST–EXEMPT TRUST#2 AND :
LAWRENCE TONOMURA IN HIS CAPACITY AS :
TRUSTEE OF MARK & PAMELA OKADA :
FAMILY TRUST–EXEMPT TRUST #2; CLO :
HOLDCO, LTD.; CHARITABLE DAF HOLDCO, :
LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND :
DALLAS FOUNDATION; RAND PE FUND I, LP, :
SERIES 1; MASSAND CAPITAL, LLC; MASSAND :
CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; :
AND CPCM, LLC, :
                                                   Defendants. :
 :
------------------------------------------------------------------------ x

# THE OKADA PARTIES' WITNESS AND EXHIBIT LIST
## FOR STATUS CONFERENCE SCHEDULED FOR
## MARCH 17, 2022 AT 1:30 P.M. (CENTRAL TIME)

Mark K. Okada, MPO Trust 1 and Lawrence Tonomura in his Capacity as Trustee, MPO Trust 2 and Lawrence Tonomura in his Capacity as Trustee (collectively, the "Okada Parties") hereby submit this Witness and Exhibit List for the status conference scheduled on Thursday, March 17, 2022 at 1:30 p.m. (the "Status Conference") on the following matters:

1. The *Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted Against the Former Employee Defendants* [Adv. Proc. Dkt. 27], the *Brief in Support of Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted Against the Former Employee Defendants* [Adv. Proc. Dkt. 28], and *The Former Employee Defendants' Reply in Support of the Motion to Withdraw the Reference* [Adv. Proc. Dkt. 108].

2. The *Motion of the Okada Parties to Withdraw the Reference* [Adv. Proc. Dkt. 36], the *Memorandum of Law in Support of the Okada Parties' Motion to Withdraw the Reference* [Adv. Proc. Dkt. 37], and the *Reply in Support of the Okada Parties' Motion to Withdraw the Reference* [Adv. Proc. Dkt. 105].

3. The *Motion to Withdraw the Reference for the Causes of Action in the Complaint Asserted Against Defendants* [Adv. Proc. Dkt. 39], the *Memorandum in Support of Defendants NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P.'s Jury Demand and Motion to Withdraw the Reference* [Adv. Proc. Dkt. 40], and the *Reply in Support of Motion to Withdraw the Reference* [Adv. Proc. Dkt. 103].

4. *Defendants James Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.'s Motion to Withdraw the Reference* [Adv. Proc. Dkt. 45], *Defendants James Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.'s Memorandum of Law in Support of Motion to Withdraw the Reference* [Adv. Proc. Dkt. 46], and *The Dondero Defendants' Reply in Support of the Motion to Withdraw the Reference* [Adv. Proc. Dkt. 106].

5. *Defendant Grant James Scott's Motion to Withdraw Reference* [Adv. Proc. Dkt. 50], and *Defendant Grant James Scott's Brief in Support of Motion to Withdraw Reference* [Adv. Proc. Dkt. 51].

6. *Motion to Withdraw the Reference* [Adv. Proc. Dkt. 59], and *Reply in Support of Motion to Withdraw the Reference* [Adv. Proc. Dkt. 104] filed by CLO Holdco, Ltd., Charitable DAF Holdco, Ltd., Charitable DAF Fund, L.P., and Highland Dallas Foundation.

7. *The Litigation Trustee's Response in Opposition to Defendants' Motions to Withdraw the Reference* [Adv. Proc. Dkt. 95].

### **The Okada Parties' Witness List**

The Okada Parties may call the following persons to testify as witnesses at the Status Conference:

1. Any witness called by any other party; and

2. Rebuttal witnesses as necessary.

The Okada Parties reserve the right to cross-examine any witness called by any other party.

### **The Okada Parties' Exhibit List**

1. Any exhibits designed by any other party, specifically including the exhibits listed in *The Former Employee Defendants' Witness and Exhibit List for Status Conference Scheduled for March 17, 2022 at 1:30 p.m. (Central Time)* [Adv. Proc. Dkt. 109].

2. Any exhibits necessary as rebuttal evidence.

The Okada Parties reserve the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Status Conference.

Dated: March 14, 2022
       New York, New York

/s/ *Brian D. Glueckstein*
Brian D. Glueckstein (admitted *pro hac vice*)
 New York Bar No. 4227005
 gluecksteinb@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Cortney C. Thomas
 Texas Bar No. 24075153
 cort@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

*Counsel for Defendants Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1 and Lawrence Tonomura as Trustee, and The Mark and Pamela Okada Family Trust – Exempt Trust #2 and Lawrence Tonomura as Trustee*