

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 21, 2022**

United States Bankruptcy Judge

---

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Highland Capital Management, L.P.

§
§
§       Case No.:    19–34054–sgj11
Debtor(s)   §       Chapter No.:   11

Marc Kirschner et al.                    §
Plaintiff(s)   §       Adversary No.:   21–03076–sgj
   vs.                                   §
James D. Dondero et al.                  §
Defendant(s)   §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Jeremy A. Root**, to represent NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P., related to document #115, **ORDERS** this application be:

☑  *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐  *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #