**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Counsel for the Charitable Defendants

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 19-34054-sgj11** |
| § | | |
| **HIGHLAND CAPITAL** § | | |
| **MANAGEMENT, L.P.,** § | | **Chapter 11** |
| § | | |
| **Debtor** § | | |

| | | |
|---|---|---|
| **MARC S. KIRSCHNER, AS** § | | |
| **LITIGATION TRUSTEE OF THE** § | | **Adversary No. 21-03076-sgj** |
| **LITIGATION SUB-TRUST** § | | |
| **Plaintiff,** § | | |
| § | | |
| **vs.** § | | |
| § | | |
| **JAMES D. DONDERO; MARK A.** § | | |
| **OKADA; SCOTT ELLINGTON; ISAAC** § | | |
| **LEVENTON; GRANT JAMES SCOTT** § | | |

| | |
|---|---|
| **III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| **Defendants.** | |

## APPENDIX IN SUPPORT OF MOTION TO DISMISS
## AND MOTION FOR MORE DEFINITE STATEMENT

CLO HoldCo, Ltd. ("CLO HoldCo"), Charitable DAF HoldCo, Ltd. ("DAF HoldCo"), Charitable DAF Fund, L.P. ("DAF Fund"), and Highland Dallas Foundation ("HDF," together with CLO HoldCo, DAF HoldCo, DAF Fund, and HDF, the "Charitable Defendants"), file this *Appendix* in support of their *Motion to Dismiss and Motion for More Definite Statement*:

| **Exhibit** | **Description** | **Pages** |
| --- | --- | --- |
| A | Declaration of Louis Phillips | 00001-00005 |
| A-1 | Relevant Excerpts from Second Amended Service Agreement | 00006-00018 |
| A-2 | Termination Notices | 00019-00020 |
| A-3 | HarbourVest Claims | 00021-00074 |
| A-4 | Settlement Motion, HarbourVest Response, and Settlement Agreement | 00075-00158 |
| A-5 | Plan and Confirmation Order | 00159-00319 |
| A-6 | Schedules of Retained Causes of Action | 00320-00387 |
| A-7 | Partial Final Award in Redeemer Arbitration | 00388-00449 |
| A-8 | Omnibus Reply in Support of Rule 2004 Exam | 00450-00462 |
| B | Dugaboy Note and Payment Schedule | 00463-00465 |

        **Respectfully submitted:**

        **KELLY HART PITRE**

        */s/ Louis M. Phillips*
        **Louis M. Phillips (#10505)**
        One American Place
        301 Main Street, Suite 1600
        Baton Rouge, LA 70801-1916
        Telephone: (225) 381-9643
        Facsimile: (225) 336-9763
        Email: louis.phillips@kellyhart.com

        Amelia L. Hurt (LA #36817, TX #24092553)
        400 Poydras Street, Suite 1812
        New Orleans, LA 70130
        Telephone: (504) 522-1812
        Facsimile: (504) 522-1813
        Email: amelia.hurt@kellyhart.com

        and

        **KELLY HART & HALLMAN**
        Hugh G. Connor II
        State Bar No. 00787272
        hugh.connor@kellyhart.com
        Michael D. Anderson
        State Bar No. 24031699
        michael.anderson@kellyhart.com
        Katherine T. Hopkins
        Texas Bar No. 24070737
        katherine.hopkins@kellyhart.com
        201 Main Street, Suite 2500
        Fort Worth, Texas 76102
        Telephone: (817) 332-2500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served through this Court's CM/ECF Service on counsel for the Plaintiff and all Defendants on this March 23, 2022.

        */s/ Louis M. Phillips*

**APPENDIX**
3505740_1.doc