E. P. Keiffer
State Bar No. 11181700
Rochelle McCullough, LLP
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

COUNSEL FOR DEFENDANTS,
HUNTER MOUNTAIN INVESTMENT
TRUST AND RAND PE FUND I, LP, SERIES 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | | Case No. 19−34054−sgj11 |
| Reorganized Debtor. | | |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, | § § § § § § § § § § § | Adversary Proceeding No. 21-03076-sgj |
| Plaintiff, | | |
| v. | | |
| JAMES D. DONDERO, et al., | | |
| Defendants. | | |

### STIPULATION EXTENDING PRIOR CLASS A HOLDERS'[1]
### DEADLINE TO RESPOND TO HMIT DEFENDANTS' CROSS-CLAIMS

**PLEASE TAKE NOTICE** that Defendants Hunter Mountain Investment Trust ("**HMIT**")

and Rand PE Fund I, LP, Series 1 ("**Rand**" and together with HMIT, the "**HMIT Defendants**"),

with the agreement of Defendants: (a) Dugaboy Investment Trust; (b) Mark & Pamela Okada

---

[1] Prior Class A Holders and HMIT Defendants are intended to identify the parties as defined in the heading of this stipulation, as well as *Defendants Hunter Mountain Investment Trust and Rand PE Fund I, LP Series 1's: (I) Answer to Plaintiff's Complaint and Objection to Claims; and (II) Cross-Claims Against Class A Limited Partners of HCMLP* [Dkt. No. 124].

Family Trust – Exempt Trust #1; (c) Mark & Pamela Okada Family Trust – Exempt Trust #2; and (d) Mark K. Okada (Defendants (a) – (d), collectively, the "**Prior Class A Holders**") file this their *Stipulation Extending Prior Class A Holders' Deadline to Answer HMIT Defendants' Cross-Claims*, hereby agreeing that the deadline for the Prior Class A Holders to respond to the HMIT Defendants' cross-claims is extended through and including June 12, 2022, and would show the Court as follows:

1. On or about March 23, 2022, the HMIT Defendants filed their *(I) Answer to Plaintiff's Complaint and Objection to Claims; and (II) Cross-Claims Against Class A Limited Partners of HCMLP* [Dkt. No. 124], asserting certain cross-claims against the Prior Class A Holders.

2. Pursuant to Federal Rule of Bankruptcy Procedure 7012(a), the Prior Class A Holders have twenty-one (21) days to file an answer to the HMIT Defendants' cross-claims, unless the court prescribes a different time. The Prior Class A Holders' current answer date April 13, 2022.

3. The HMIT Defendants and the Prior Class A Holders are in negotiations regarding HMIT's cross-claims, and to facilitate potential settlement of same, hereby agree to extend the Prior Class A Holders' answer date until June 12, 2022.

4. This stipulation is not made for purposes of delay, but only so that the parties may have a full and fair opportunity to pursue an efficient resolution of certain claims in this case prior to incurring potentially unnecessary time and expenses.

Dated: April 6, 2022.  Respectfully submitted,

   */s/ E. P. Keiffer*
E. P. Keiffer
State Bar No. 11181700
**ROCHELLE MCCULLOUGH, LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

**ATTORNEYS FOR DEFENDANTS HUNTER MOUNTAIN INVESTMENT TRUST AND RAND PE FUND I, LP, SERIES 1**

With the agreement of:

  */s/ Amy L. Ruhland*
Amy L. Ruhland (Rudd)
Texas Bar No. 24043561
**DLA PIPER**
Amy.Ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701
Tele: 512.457.7000

**ATTORNEYS FOR DEFENDANT DUGABOY INVESTMENT TRUST**

AND

*/s/ Brian D. Glueckstein*
Brian D. Glueckstein (admitted pro hac vice)
New York Bar No. 4227005
gluecksteinb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

>Cortney C. Thomas
>Texas Bar No. 24075153
>cort@brownfoxlaw.com
>**BROWN FOX PLLC**
>8111 Preston Road, Suite 300
>Dallas, Texas 75225
>Telephone: (214) 327-5000
>Facsimile: (214) 327-5001
>
>**ATTORNEYS FOR DEFENDANTS MARK K. OKADA, THE MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1, AND THE MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 6, 2022, a true and correct copy of the foregoing document was electronically filed and served via electronic mail on the parties appearing in this adversary proceeding.

>*/s/ E. P. Keiffer*
>E. P. Keiffer

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 6, 2022, a true and correct copy of the foregoing document was sent via e-mail to counsel for Defendant Dugaboy Investment Trust and counsel for Defendants Mark K. Okada, the Mark & Pamela Okada Family Trust – Exempt Trust #1 and the Mark & Pamela Okada Family Trust – Exempt Trust #2, and all of the aforementioned parties agree to the stipulation contained herein.

>*/s/ E. P. Keiffer*
>E. P. Keiffer