E. P. Keiffer
State Bar No. 11181700
Rochelle McCullough, LLP
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

COUNSEL FOR DEFENDANTS,
HUNTER MOUNTAIN INVESTMENT
TRUST AND RAND PE FUND I, LP, SERIES 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | Case No. 19−34054−sgj11 |
| Reorganized Debtor. | § § § | |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, | § § § § | Adversary Proceeding |
| Plaintiff, | § § | No. 21-03076-sgj |
| v. | § § | |
| JAMES D. DONDERO, et al., | § § § | |
| Defendants. | § | |

**SECOND STIPULATION EXTENDING
PRIOR CLASS A HOLDERS'[1] DEADLINE TO
RESPOND TO HMIT DEFENDANTS' CROSS-CLAIMS**

**PLEASE TAKE NOTICE** that Defendants Hunter Mountain Investment Trust ("**HMIT**")

and Rand PE Fund I, LP, Series 1 ("**Rand**" and together with HMIT, the "**HMIT Defendants**"),

---

[1] Prior Class A Holders and HMIT Defendants are intended to identify the parties as defined in the heading of this stipulation, as well as *Defendants Hunter Mountain Investment Trust and Rand PE Fund I, LP Series 1's: (I) Answer to Plaintiff's Complaint and Objection to Claims; and (II) Cross-Claims Against Class A Limited Partners of HCMLP* [Dkt. No. 124].

**SECOND STIPULATION EXTENDING PRIOR CLASS A HOLDERS'
DEADLINE TO RESPOND TO HMIT DEFENDANTS CROSS-CLAIMS**          Page 1 of 5

with the agreement of Defendants: (a) Dugaboy Investment Trust; (b) Mark & Pamela Okada Family Trust – Exempt Trust #1; (c) Mark & Pamela Okada Family Trust – Exempt Trust #2; and (d) Mark K. Okada (Defendants (a) – (d), collectively, the "**Prior Class A Holders**") file this their *Second Stipulation Extending Prior Class A Holders' Deadline to Answer HMIT Defendants' Cross-Claims* ("**Stipulation**"), hereby agreeing that the deadline for the Prior Class A Holders to respond to the HMIT Defendants' cross-claims is extended through and including June 22, 2022, and would show the Court as follows:

1. On or about March 23, 2022, the HMIT Defendants filed their *(I) Answer to Plaintiff's Complaint and Objection to Claims; and (II) Cross-Claims Against Class A Limited Partners of HCMLP* [Dkt. No. 124], asserting certain cross-claims against the Prior Class A Holders.

2. Pursuant to Federal Rule of Bankruptcy Procedure 7012(a), the Prior Class A Holders had twenty-one (21) days to file an answer to the HMIT Defendants' cross-claims, unless the court prescribes a different time.

3. On April 6, 2022, the HMIT Defendants and the Prior Class A Holders filed their *Stipulation Extending Prior Class A Holders Deadline to Respond to HMIT Defendants' Cross-Claims* [Dkt. No. 152], which extended the deadline for the Prior Class A Holders to respond to the HMIT Defendants' cross-claims through and including June 12, 2022.

4. Since that time, the HMIT Defendants and the Prior Class A Holders have continued their negotiations regarding HMIT's cross-claims, and to facilitate potential settlement of same, hereby agree to extend the Prior Class A Holders' answer date until June 22, 2022.

5. This Stipulation is not made for purposes of delay, but only so that the parties may have a full and fair opportunity to pursue an efficient resolution of certain claims in this case prior to incurring potentially unnecessary time and expenses.

Dated: June 8, 2022.   Respectfully submitted,

*/s/ E. P. Keiffer*
E. P. Keiffer
State Bar No. 11181700
**ROCHELLE MCCULLOUGH, LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

**ATTORNEYS FOR DEFENDANTS HUNTER MOUNTAIN INVESTMENT TRUST AND RAND PE FUND I, LP, SERIES 1**

With the agreement of:

*/s/ Amy L. Ruhland*
Amy L. Ruhland (Rudd)
Texas Bar No. 24043561
**DLA PIPER**
Amy.Ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701
Tele: 512.457.7000

**ATTORNEYS FOR DEFENDANT DUGABOY INVESTMENT TRUST**

AND

/s/ *Brian D. Glueckstein*
Brian D. Glueckstein (admitted pro hac vice)
New York Bar No. 4227005
gluecksteinb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**ATTORNEYS FOR DEFENDANTS MARK K. OKADA, THE MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1, AND THE MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2022, a true and correct copy of the foregoing document was electronically filed and served via electronic mail on the parties appearing in this adversary proceeding.

/s/ *E. P. Keiffer*
E. P. Keiffer

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on June 7, 2022, a true and correct copy of the foregoing document was sent via e-mail to counsel for Defendant Dugaboy Investment Trust and counsel for Defendants Mark K. Okada, the Mark & Pamela Okada Family Trust – Exempt Trust #1 and the Mark & Pamela Okada Family Trust – Exempt Trust #2, and all of the aforementioned parties agree to the stipulation contained herein.

/s/ E. P. Keiffer
E. P. Keiffer