E. P. Keiffer
State Bar No. 11181700
ROCHELLE MCCULLOUGH, LLP
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

COUNSEL FOR DEFENDANTS,
HUNTER MOUNTAIN INVESTMENT
TRUST AND RAND PE FUND I, LP, SERIES 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| | § | **Chapter 11** |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.,** | § | **Case No. 19−34054−sgj11** |
| | § | |
| **Reorganized Debtor.** | § | |
| | § | |
| **MARC S. KIRSCHNER,** | § | |
| **AS LITIGATION TRUSTEE** | § | |
| **OF THE LITIGATION SUB-TRUST,** | § | |
| | § | **Adversary Proceeding** |
| **Plaintiff,** | § | **No. 21-03076-sgj** |
| v. | § | |
| | § | |
| **JAMES D. DONDERO, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

### JOINT STIPULATION OF DISMISSAL OF CROSS-CLAIMS WITH PREJUDICE

Defendants Hunter Mountain Investment Trust ("**HMIT**") and Rand PE Fund I, LP, Series 1 ("**Rand**" and together with HMIT, the "**HMIT Defendants**" and/or "**Cross-Plaintiffs**"), and Defendants: (a) Dugaboy Investment Trust; (b) Mark & Pamela Okada Family Trust – Exempt Trust #1; (c) Mark & Pamela Okada Family Trust – Exempt Trust #2; and (d) Mark K. Okada (Defendants (a) – (d), collectively, the "**Prior Class A Holders**" and/or "**Cross-Defendants**"), enter into this *Joint Stipulation of Dismissal of Cross-Claims With Prejudice*

pursuant to F.R.B.P. Rule 7041 (the "**Joint Stipulation of Dismissal**") regarding the HMIT Defendants/Cross-Plaintiffs' cross-claims against the Prior Class A Holders/Cross-Defendants.

## Recitals

*Whereas,* on October 15, 2021, Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust, commenced this adversary proceeding by filing his *Complaint and Objection to Claims* [Docket No. 1] against James D. Dondero, et al.

Whereas, on March 23, 2022, the HMIT Defendants filed *Defendants Hunter Mountain Investment Trust and Rand PE Fund I, LP, Series 1's: (i) Answer to Plaintiff's Complaint and Objection to Claims; and (ii) Cross-Claims Against Class A Limited Partners of HCMLP* [Docket No. 124].

*Whereas,* on April 6, 2022, the HMIT Defendants and the Class A Limited Partners filed their *Stipulation Extending Prior Class A Holders' Deadline to Respond to HMIT Defendants' Cross-Claims* [Docket No. 152] which extended the Class A Holders/Cross-Defendants deadline to respond to the HMIT Defendants/Cross-Plaintiffs' cross-claims through and including June 12, 2022.

*Whereas,* on or about the June 21, 2022, the HMIT Defendants/Cross-Plaintiffs' and the Class A Holders/Cross-Defendants have entered into a Confidential Settlement and Release Agreement thereby resolving the HMIT Defendants/Cross-Plaintiffs' cross-claims against the Class A Holders/Cross-Defendants.

*Whereas,* the HMIT Defendants/Cross-Plaintiffs' and the Class A Holders/Cross Defendants acknowledge that this Joint Stipulation of Dismissal meets all of the requirements of F.R.B.P. Rule 7041 and case law construing the requirements for a dismissal with prejudice of the HMIT Defendants/Cross-Plaintiffs' cross-claims against the Class A Holders/Cross Defendants.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval of this Joint Stipulation of Dismissal by the Court, it shall be SO ORDERED:

1. The HMIT Defendants/Cross-Plaintiffs' cross-claims against the Prior Class A Holders/Cross-Defendants are hereby dismissed with prejudice to the refiling of same.

Dated: June 22, 2022

/s/ E. P. Keiffer
E. P. Keiffer
State Bar No. 11181700
**ROCHELLE MCCULLOUGH, LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

**ATTORNEYS FOR DEFENDANTS HUNTER MOUNTAIN INVESTMENT TRUST AND RAND PE FUND I, LP, SERIES 1**

**With the agreement of:**

/s/ Amy L. Ruhland
Amy L. Ruhland (Rudd)
Texas Bar No. 24043561
DLA PIPER
Amy.Ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701
Tele: 512.457.7000

**ATTORNEYS FOR DEFENDANT DUGABOY INVESTMENT TRUST**

AND

/s/ Brian D. Glueckstein
Brian D. Glueckstein (admitted pro hac vice)
New York Bar No. 4227005
gluecksteinb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**ATTORNEYS FOR DEFENDANTS MARK K. OKADA, THE MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1, AND THE MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served electronically on all necessary parties pursuant to this Court's CM/ECF system on the 22nd day of June, 2022.

/s/ E. P. Keiffer
E. P. Keiffer