

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 27, 2022**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| HIGHLAND CAPITAL | § | |
| MANAGEMENT, L.P., | § | Case No. 19−34054−sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| MARC S. KIRSCHNER, | § | |
| AS LITIGATION TRUSTEE | § | |
| OF THE LITIGATION SUB-TRUST, | § | |
| | § | Adversary Proceeding |
| Plaintiff, | § | No. 21-03076-sgj |
| v. | § | |
| | § | |
| JAMES D. DONDERO, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER APPROVING JOINT STIPULATION OF DISMISSAL
### OF CROSS-CLAIMS WITH PREJUDICE

The Court, having considered the Joint Stipulation of Dismissal of Cross-Claims with

Prejudice [Adv. Docket No. 163] (the "**Joint Stipulation of Dismissal**"), a copy of which is

attached hereto as Exhibit A, filed by Defendants Hunter Mountain Investment Trust ("**HMIT**")

and Rand PE Fund I, LP, Series 1 ("**Rand**" and together with HMIT, the "**HMIT Defendants**"

and/or "**Cross-Plaintiffs**"), and Defendants: (a) Dugaboy Investment Trust; (b) Mark & Pamela

Okada Family Trust - Exempt Trust #1; (c) Mark & Pamela Okada Family Trust - Exempt Trust

#2; and (d) Mark K. Okada (Defendants (a) - (d), collectively, the "**Prior Class A Holders**" and/or

"**Cross-Defendants**"),   IT IS HEREBY ORDERED THAT:

1.      The Joint Stipulation of Dismissal is APPROVED.

2.      The HMIT Defendants/Cross-Plaintiffs' cross-claims against the Prior Class A

        Holders/Cross-Defendants are hereby dismissed with prejudice to the refiling of

        same.

**###End of Order###**

Submitted by:

  */s/ E. P. Keiffer*
E. P. Keiffer
State Bar No. 11181700
**ROCHELLE MCCULLOUGH, LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

**ATTORNEYS FOR DEFENDANTS**
**HUNTER MOUNTAIN INVESTMENT**
**TRUST AND RAND PE FUND I, LP, SERIES 1**


With the agreement of:

*/s/ Amy L. Ruhland*
Amy L. Ruhland (Rudd)
Texas Bar No. 24043561
DLA PIPER
Amy.Ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701
Tele: 512.457.7000

**ATTORNEYS FOR DEFENDANT**

**Order Approving Joint Stipulation of Dismissal**
**of Cross-Claims with Prejudice**                                    **Page 2 of 3**

**DUGABOY INVESTMENT TRUST**

AND

*/s/ Brian D. Glueckstein*
Brian D. Glueckstein (admitted pro hac vice)
New York Bar No. 4227005
gluecksteinb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**ATTORNEYS FOR DEFENDANTS**
**MARK K. OKADA, THE MARK & PAMELA**
**OKADA FAMILY TRUST – EXEMPT TRUST #1,**
**AND THE MARK & PAMELA OKADA**
**FAMILY TRUST – EXEMPT TRUST #2**

E. P. Keiffer
State Bar No. 11181700
ROCHELLE MCCULLOUGH, LLP
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

COUNSEL FOR DEFENDANTS,
HUNTER MOUNTAIN INVESTMENT
TRUST AND RAND PE FUND I, LP, SERIES 1

**Exhibit "A"**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.,** | § | Case No. 19−34054−sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| **MARC S. KIRSCHNER,** | § | |
| **AS LITIGATION TRUSTEE** | § | |
| **OF THE LITIGATION SUB-TRUST,** | § | |
| | § | Adversary Proceeding |
| Plaintiff, | § | No. 21-03076-sgj |
| v. | § | |
| | § | |
| **JAMES D. DONDERO, et al.,** | § | |
| | § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL OF CROSS-CLAIMS WITH PREJUDICE

Defendants Hunter Mountain Investment Trust ("**HMIT**") and Rand PE Fund I, LP,

Series 1 ("**Rand**" and together with HMIT, the "**HMIT Defendants**" and/or "**Cross-Plaintiffs**"),

and Defendants: (a) Dugaboy Investment Trust; (b) Mark & Pamela Okada Family Trust –

Exempt Trust #1; (c) Mark & Pamela Okada Family Trust – Exempt Trust #2; and (d) Mark K.

Okada (Defendants (a) – (d), collectively, the "**Prior Class A Holders**" and/or "**Cross-**

**Defendants**"), enter into this *Joint Stipulation of Dismissal of Cross-Claims With Prejudice*

pursuant to F.R.B.P. Rule 7041 (the "**Joint Stipulation of Dismissal**") regarding the HMIT Defendants/Cross-Plaintiffs' cross-claims against the Prior Class A Holders/Cross-Defendants.

## Recitals

*Whereas,* on October 15, 2021, Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust, commenced this adversary proceeding by filing his *Complaint and Objection to Claims* [Docket No. 1] against James D. Dondero, et al.

Whereas, on March 23, 2022, the HMIT Defendants filed *Defendants Hunter Mountain Investment Trust and Rand PE Fund I, LP, Series 1's: (i) Answer to Plaintiff's Complaint and Objection to Claims; and (ii) Cross-Claims Against Class A Limited Partners of HCMLP* [Docket No. 124].

*Whereas,* on April 6, 2022, the HMIT Defendants and the Class A Limited Partners filed their *Stipulation Extending Prior Class A Holders' Deadline to Respond to HMIT Defendants' Cross-Claims* [Docket No. 152] which extended the Class A Holders/Cross-Defendants deadline to respond to the HMIT Defendants/Cross-Plaintiffs' cross-claims through and including June 12, 2022.

*Whereas,* on or about the June 21, 2022, the HMIT Defendants/Cross-Plaintiffs' and the Class A Holders/Cross-Defendants have entered into a Confidential Settlement and Release Agreement thereby resolving the HMIT Defendants/Cross-Plaintiffs' cross-claims against the Class A Holders/Cross-Defendants.

*Whereas,* the HMIT Defendants/Cross-Plaintiffs' and the Class A Holders/Cross Defendants acknowledge that this Joint Stipulation of Dismissal meets all of the requirements of F.R.B.P. Rule 7041 and case law construing the requirements for a dismissal with prejudice of the HMIT Defendants/Cross-Plaintiffs' cross-claims against the Class A Holders/Cross Defendants.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval of this Joint Stipulation of Dismissal by the Court, it shall be SO ORDERED:

1.    The HMIT Defendants/Cross-Plaintiffs' cross-claims against the Prior Class A Holders/Cross-Defendants are hereby dismissed with prejudice to the refiling of same.

Dated:  June 22, 2022

       /s/ E. P. Keiffer
E. P. Keiffer
State Bar No. 11181700
**ROCHELLE MCCULLOUGH, LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Tel: (214) 580-2525
Fax: (888) 467-5979
Email: pkeiffer@romclaw.com

**ATTORNEYS FOR DEFENDANTS
HUNTER MOUNTAIN INVESTMENT
TRUST AND RAND PE FUND I, LP,
SERIES 1**

With the agreement of:

/s/ Amy L. Ruhland
Amy L. Ruhland (Rudd)
Texas Bar No. 24043561
DLA PIPER
Amy.Ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701
Tele: 512.457.7000

**ATTORNEYS FOR DEFENDANT
DUGABOY INVESTMENT TRUST**

AND

*/s/ Brian D. Glueckstein*
Brian D. Glueckstein (admitted pro hac vice)
New York Bar No. 4227005
gluecksteinb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**ATTORNEYS FOR DEFENDANTS MARK K. OKADA, THE MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1, AND THE MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served electronically on all necessary parties pursuant to this Court's CM/ECF system on the 22nd day of June, 2022.

*/s/ E. P. Keiffer*
E. P. Keiffer

United States Bankruptcy Court
Northern District of Texas

Kirschner,

    Plaintiff                                                      Adv. Proc. No. 21-03076-sgj

Dondero,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2022 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jeremy A. Root, Stinson LLP, 230 W. McCarty Street, Jefferson City, MO 65101-1553 |
| dft | + | CPCM, LLC, c/o Ross & Smith, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| dft | + | Highland Capital Management Fund Advisors, L.P., K&LGates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| dft | + | Hunter Mountain Investment Trust, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | | Jun 27 2022 21:38:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | | |
| | | | Jun 27 2022 21:38:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crc | *+ | Hunter Mountain Investment Trust, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2022                         Signature:         /s/Gustava Winters

| District/off: 0539-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2022 | Form ID: pdf001 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian D. Glueckstein | on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Defendant Mark Okada gluecksteinb@sullcrom.com |
| Cortney C. Thomas | on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Defendant Mark Okada cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Highland Capital Management Fund Advisors L.P. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant NexPoint Advisors L.P. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Debra A Dandeneau | on behalf of Defendant CPCM LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Frank Waterhouse debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Edwin Paul Keiffer | on behalf of Cross-Claimant RAND PE FUND I LP, SERIES 1 pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Defendant RAND PE FUND I LP, SERIES 1 pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Cross-Claimant Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com |
| Jason Michael Hopkins | on behalf of Defendant James D. Dondero jason.hopkins@dlapiper.com jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant STRAND ADVISORS INC jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| John J. Kane | on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |

District/off: 0539-3                                    User: admin                                    Page 3 of 3
Date Rcvd: Jun 27, 2022                            Form ID: pdf001                            Total Noticed: 6

Juliana Hoffman
on behalf of Plaintiff Marc Kirschner jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Louis M. Phillips
on behalf of Defendant Charitable DAF Fund  LP louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Defendant CLO HOLDCO  LTD.; CHARITABLE DAF HOLDCO, LTD. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Defendant Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Margaret Michelle Hartmann
on behalf of Defendant Frank Waterhouse michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Defendant CPCM  LLC michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com

Melissa S. Hayward
on behalf of Debtor Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael P. Aigen
on behalf of Defendant Highland Capital Management Fund Advisors  L.P. michael.aigen@stinson.com,
stephanie.gratt@stinson.com

Michael P. Aigen
on behalf of Defendant NexPoint Advisors  L.P. michael.aigen@stinson.com, stephanie.gratt@stinson.com

Paige Holden Montgomery
on behalf of Plaintiff Marc Kirschner pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

Zachery Z. Annable
on behalf of Debtor Highland Capital Management  L.P. zannable@haywardfirm.com

TOTAL: 34