

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 5, 2022

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, | Adv. Pro. No. 21-03076-sgj |
| *Plaintiff* | |
| v. | |
| JAMES D. DONDERO, et al., | |
| *Defendants.* | |

## ORDER SUBSTITUTING COUNSEL

The Court, having considered the Unopposed Motion to Substitute Counsel (the "**Motion**") filed by Defendants Hunter Mountain Investment Trust ("**HMIT**") and Rand PE Fund I, LP, Series I, ("**Rand**") grants the Motion.  IT IS HEREBY ORDERED THAT Amy Ruhland and Jason Hopkins are substituted for E. P. Keiffer of Rochelle McCullough, LLP as counsel of record for HMIT and Rand; Mr. Keiffer and Rochelle McCullough, LLP are discharged as counsel with Ms. Ruhland and Mr. Hopkins of DLA Piper LLP now being HMIT and Rand's counsel in this adversary proceeding.

**###End of Order###**