Deborah Deitsch-Perez
Michael P. Aigen
**STINSON LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Counsel for Defendant NexPoint Advisors, L.P.
and Highland Capital Management Fund Advisors, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>Reorganized Debtor. | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,**<br><br>**Defendants.** | **Adv. Pro. No. 21-03076-sgj** |

### DEFENDANTS NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.'S <u>MOTION TO DISMISS</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendants NexPoint Advisors, L.P. ("NexPoint") and Highland Capital Management Fund Advisors, L.P. ("HCMFA") (collectively, "Defendants") hereby file this *Motion to Dismiss* (the "Motion"), moving to dismiss Counts 10, 11, 12, 13, 15, 16, 17, and 28 in Plaintiff's Amended Complaint and Objection to Claims (Adv. Pro. No. 21-03076-sgj, [Dkt. No. 158]) (the "Complaint") filed in the above-captioned adversary proceeding (the "Adversary Proceeding"). In support of this Motion, Defendants respectfully state as follows:

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), and for the reasons stated in the accompanying *Memorandum of Law in Support of the Motion to Dismiss*, filed contemporaneously herewith and which is incorporated herein by reference, Defendants request the Court dismiss Plaintiff's Tenth, Eleventh, Twelfth, Thirteenth, Fifteenth, Sixteenth, Seventeenth, and Twenty-Eighth Counts in its Complaint.

WHEREFORE, Defendants respectfully request that the Court grant the Motion in its entirety and grant Defendants such further and other relief to which they are entitled.

|  |  |
|---|---|
| Dated: July 11, 2022 | Respectfully submitted,<br><br>**STINSON LLP**<br><br>*/s/ Deborah Deitsch-Perez*<br>Deborah Deitsch-Perez<br>Texas State Bar No. 24036072<br>Michael P. Aigen<br>Texas State Bar No. 24012196<br>3102 Oak Lawn Avenue, Suite 777<br>Dallas, Texas 75219-4259<br>Telephone: (214) 560-2201<br>Email:  deborah.deitschperez@stinson.com<br>Email:  michael.aigen@stinson.com<br><br>**ATTORNEYS FOR DEFENDANTS NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 11, 2022, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez
