

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 8, 2022**

United States Bankruptcy Judge

---

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Highland Capital Management, L.P.
            Debtor(s)

Marc Kirschner  et al.
            Plaintiff(s)
  vs.
James D. Dondero  et al.
            Defendant(s)

Case No.:   19−34054−sgj11
Chapter No.:  11

Adversary No.:   21−03076−sgj

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Cameron A. Fine**, to represent James Dondero; Dugaboy Investment Trust; Get Good Trust; Hunter Mountain Investment Trust, Rand PE Fund I, LP; and Strand Advisors, Inc., related to document 192, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #