**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Deborah J. Newman (admitted *pro hac vice*)
Robert S. Loigman (admitted *pro hac vice*)
Benjamin I. Finestone (admitted *pro hac vice*)
Calli Ray (admitted *pro hac vice*)
Alexandre J. Tschumi (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

**SIDLEY AUSTIN LLP**
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300

*Co-Counsel for Marc S. Kirschner, as Litigation*
*Trustee of the Highland Litigation Sub-Trust*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA | Adv. Pro. No. 21-03076-sgj<br><br>DECLARATION OF PLAINTIFF'S ATTORNEY DEBORAH J. NEWMAN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MASSAND CAPITAL, LLC AND MASSAND CAPITAL, INC. PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

OKADA FAMILY TRUST – EXEMPT TRUST
#2 AND LAWRENCE TONOMURA IN HIS
CAPACITY AS TRUSTEE OF MARK &
PAMELA OKADA FAMILY TRUST –
EXEMPT TRUST #2; CLO HOLDCO, LTD.;
CHARITABLE DAF HOLDCO, LTD.;
CHARITABLE DAF FUND, LP.; HIGHLAND
DALLAS FOUNDATION; RAND PE FUND I,
LP, SERIES 1; MASSAND CAPITAL, LLC;
MASSAND CAPITAL, INC.; AND SAS ASSET
RECOVERY, LTD.,

   Defendants.

## <u>DECLARATION OF PLAINTIFF'S ATTORNEY DEBORAH J. NEWMAN</u>

I, Deborah J. Newman, declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts in the State of New York and am admitted *pro hac vice* to practice in the United States Bankruptcy Court for the Northern District of Texas.

2.      I am the attorney of record for Plaintiff Marc S. Kirschner (the "<u>Litigation Trustee</u>"), as Litigation Trustee of the Litigation Sub-Trust (the "<u>Trust</u>") established pursuant to the Fifth Amended Plan of Reorganization (the "<u>Plan</u>") of Highland Capital Management L.P. ("<u>HCMLP</u>" or the "<u>Reorganized Debtor</u>") (Bankruptcy Docket No. 1472), in the above-captioned adversary proceeding and, as such, have knowledge of the matters contained herein. What follows is true and correct based on my own personal knowledge. If called and sworn as a witness, I could and would testify competently thereto.

3.      Plaintiff filed his Complaint on October 15, 2021 (Docket No. 1). Summons was issued for the Defendants Massand Capital, LLC, and Massand Capital, Inc. (collectively, the "<u>Massand Defendants</u>") on October 18, 2021 (Docket No. 3), and service was executed pursuant to Rule 4 of the Federal Rules of Civil Procedure on November 2, 2021, as shown in the November 10, 2021 filing with this Court (Docket Nos. 14 and 15, attached hereto as Exhibits 1 and 2). The Massand Defendants  failed to answer or otherwise defend against the first Complaint.

4.      Plaintiff filed his Amended Complaint with this Court on May 19, 2022 (Docket No. 158). Service was again executed on the Massand Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure on May 20, 2022, as shown by the May 24, 2022 filing with this Court (Docket No. 160, attached hereto as Exhibit 3).

5.     Under Federal Rule of Civil Procedure 12, the time to answer or otherwise respond to the Amended Complaint is 21 days. The parties extended this deadline to July 11, 2022, by stipulation (to which the Massand Defendants were signatories) and subsequent order by this Court, entered on June 29, 2022 (Docket No. 167, attached hereto as Exhibit 4). Accordingly, the Massand Defendants were required to answer or otherwise respond to the Amended Complaint by July 11, 2022.

6.     The Massand Defendants have failed to serve or file a pleading or otherwise respond to the Amended Complaint. The applicable time limit for responding to the Amended Complaint has expired.

7.     The Massand Defendants are not minors or incompetent persons.

8.     The Massand Defendants are not currently in the military service, and therefore the Service-members Civil Relief Act is inapplicable.

9.     The Massand Defendants are therefore in default, and Plaintiff requests that the Clerk of this Court grant Plaintiff's Application for the Entry of Default.


I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

Dated: August 10, 2022
    New York, New York

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ *Deborah J. Newman*

Susheel Kirpalani (admitted *pro hac vice*)
Deborah J. Newman (admitted *pro hac vice*)
Robert S. Loigman (admitted *pro hac vice*)
Benjamin I. Finestone (admitted *pro hac vice*)
Calli Ray (admitted *pro hac vice*)
Alexander J. Tschumi (admitted *pro hac vice*)
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone: (212) 849-7000

-and-

SIDLEY AUSTIN LLP
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Counsel for the Litigation Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document was sent via electronic mail via the Court's ECF system to parties authorized to receive electronic notice in this case on August 10, 2022.

<u>*/s/ Deborah J. Newman*</u>
Deborah J. Newman

**<u>Exhibit 1</u>**

10804-00001/13506748.1

Case 21-03076-sgj Doc 9-1 Filed 11/08/22 Entered 11/08/22 21:17:03 Page 8 of 30
Case 21-03076-sgj Doc 3 Filed 10/18/21 Entered 10/18/21 17:09:30 Page 1 of 30
Docket #0003 Date Filed: 10/18/2021

BTXN 117a (rev. 10/02)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P. | § | |
| Debtor(s) | §<br>§ | Case No.: 19−34054−sgj11<br>Chapter No.: 11 |
| Marc Kirschner | § | |
| Plaintiff(s) | § | Adversary No.: 21−03076−sgj |
| vs. | § | |
| James D. Dondero et al, Mark Okada, Scott Ellington,<br>Isaac Leventon, Grant James Scott III, Frank<br>Waterhouse, STRAND ADVISORS, INC., NexPoint<br>Advisors, L.P., Highland Capital Management Fund<br>Advisors, L.P., DUGABOY INVESTMENT TRUST<br>AND NANCY DONDERO, AS TRUSTEE OF<br>DUGABOY INVESTMENT TRUST, GET GOOD<br>TRUST AND GRANT JAMES SCOTT III, AS<br>TRUSTEE OF GET GOOD TRUST, Hunter Mountain<br>Investment Trust, MARK & PAMELA OKADA<br>FAMILY TRUST EXEMPT TRUST #1 AND<br>LAWRENCE TONOMURA AS TRUSTEE OF MARK<br>& PAMELA OKADA FAMILY TRUST EXEMPT<br>TRUST #1, MARK & PAMELA OKADA FAMILY<br>TRUST EXEMPT TRUST #2 AND LAWRENCE<br>TONOMURA IN HIS CAPACITY AS TRUSTEE OF<br>MARK & PAMELA OKADA FAMILY TRUST<br>EXEMPT #2, CLO HOLDCO, LTD; CHARITABLE<br>DAF HOLDCO, LTD., Charitable DAF Fund, Lp,<br>Highland Dallas Foundation, RAND PE FUND I, LP,<br>SERIES 1, MASSAD CAPITAL, LLC, MASSAND<br>CAPITAL, INC., SAS ASSET RECOVERY, LTD.,<br>AND CPCM, LLC | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendant(s) | | |

## SUMMONS IN AN ADVERSARY PROCEEDING

To the above−named defendant:

You are hereby summoned and required to serve upon **Paige Holden Montgomery**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Sidley Austin LLP**
**2021 McKinney Avenue, Suite 2000**
**Dallas, TX 75201** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED:  10/18/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court



1934054211018000000000005

by: /s/Michael Edmond, Deputy Clerk



In Re: Kirschner v. Dondero et al
Case No. 19−34054−sgj11 −11
Adv. No. 21−03076−sgj

# SUMMONS SERVICE EXECUTED

I, Chandler M. Rognes

of** Sidley Austin LLP

certify:

     If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

     That on the __2nd__ day of __November__, __2021__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

Massand Capital, LLC and Massand Capital, Inc., including the Court's Order Regarding Adversary Proceeding Trial Setting and Alternative Scheduling Order (Docket No. 4),

the defendant in this proceeding, by *{describe here the mode of service}*
e-mail sent to Jason Vanacour of Vanacour Perkins PLLC, legal counsel for

the said defendant at
jvanacour@vanacourperkins.com.  By email dated November 1, 2021, Mr. Vanacour agreed to accept service of the complaint and summons on behalf of his clients, Massand Capital, Inc. and Massand Capital, LLC, which were previously served via first class mail postage prepaid on October 22, 2021 on Massand Capital, Inc. and Massand Capital, LLC at their respective registered agents' addresses.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __11/2/2021__     *Chandler M. Rognes*
        *(Date)*                     *(Signature)*

** 2021 McKinney Ave., Suite 2000, Dallas, TX 75201
    *State mailing address*

**Exhibit 2**

BTXN 117a (rev. 10/02)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
§
Debtor(s) §  Case No.:  19−34054−sgj11
§  Chapter No.:  11
Marc Kirschner §
Plaintiff(s) §  Adversary No.:  21−03076−sgj
§
vs. §
James D. Dondero et al, Mark Okada, Scott Ellington, §
Isaac Leventon, Grant James Scott III, Frank §
Waterhouse, STRAND ADVISORS, INC., NexPoint §
Advisors, L.P., Highland Capital Management Fund §
Advisors, L.P., DUGABOY INVESTMENT TRUST §
AND NANCY DONDERO, AS TRUSTEE OF §
DUGABOY INVESTMENT TRUST, GET GOOD
TRUST AND GRANT JAMES SCOTT III, AS
TRUSTEE OF GET GOOD TRUST, Hunter Mountain
Investment Trust, MARK & PAMELA OKADA
FAMILY TRUST EXEMPT TRUST #1 AND
LAWRENCE TONOMURA AS TRUSTEE OF MARK
& PAMELA OKADA FAMILY TRUST EXEMPT
TRUST #1, MARK & PAMELA OKADA FAMILY
TRUST EXEMPT TRUST #2 AND LAWRENCE
TONOMURA IN HIS CAPACITY AS TRUSTEE OF
MARK & PAMELA OKADA FAMILY TRUST
EXEMPT #2, CLO HOLDCO, LTD; CHARITABLE
DAF HOLDCO, LTD., Charitable DAF Fund, Lp,
Highland Dallas Foundation, RAND PE FUND I, LP,
SERIES 1, MASSAD CAPITAL, LLC, MASSAND
CAPITAL, INC., SAS ASSET RECOVERY, LTD.,
AND CPCM, LLC
Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

To the above−named defendant:

You are hereby summoned and required to serve upon **Paige Holden Montgomery**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Sidley Austin LLP**
**2021 McKinney Avenue, Suite 2000**
**Dallas, TX 75201** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED:  10/18/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court



1934054211018000000000005

by: /s/Michael Edmond, Deputy Clerk



In Re: Kirschner v. Dondero et al
Case No. 19−34054−sgj11 −11
Adv. No. 21−03076−sgj

## SUMMONS SERVICE EXECUTED

I, Chandler M. Rognes

of ** Sidley Austin LLP

certify:


     If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

     That on the 2nd day of November , 2021 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Massand Capital, LLC and Massand Capital, Inc., including the Court's Order Regarding Adversary Proceeding Trial Setting and Alternative Scheduling Order (Docket No. 4),



the defendant in this proceeding, by *{describe here the mode of service}*

e-mail sent to Jason Vanacour of Vanacour Perkins PLLC, legal counsel for



the said defendant at

jvanacour@vanacourperkins.com. By email dated November 1, 2021, Mr. Vanacour agreed to accept service of the complaint and summons on behalf of his clients, Massand Capital, Inc. and Massand Capital, LLC, which were previously served via first class mail postage prepaid on October 22, 2021 on Massand Capital, Inc. and Massand Capital, LLC at their respective registered agents' addresses.

I certify under penalty of perjury that the foregoing is true and correct.


Executed on 11/2/2021         *Chandler M. Rognes*
         *(Date)*                        *(Signature)*


** 2021 McKinney Ave., Suite 2000, Dallas, TX 75201
    *State mailing address*

**<u>Exhibit 3</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>        Reorganized Debtor.<br><br>────────────────────────────<br><br>MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>        Plaintiff,<br>vs.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC, | Chapter 11<br><br>Case No. 19-34054 (SGJ)<br><br><br><br><br>Adv. Pro. No. 21-03076 (SGJ) |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Defendants.                                    )
_____ )

## CERTIFICATE OF SERVICE

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On May 20, 2022, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Amended Complaint and Objection to Claims** [Docket No. 158]

- **Adversary Proceeding Cover Sheet** [Docket No. 159]

Dated: May 24, 2022

/s/ Aljaira Duarte
Aljaira Duarte
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**

Adversary Service List

Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Former Employee Defendants | Baker & Mckenzie LLP | Debra A. Dandeneau, Blaire Cahn | debra.dandeneau@bakermckenzie.com; blaire.cahn@bakermckenzie.com |
| Counsel for the Former Employee Defendants | Baker & Mckenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1, and The Mark and Pamela Okada Family Trust – Exempt Trust #2 | Brown Fox PLLC | Cortney C. Thomas | CORT@BROWNFOXLAW.COM |
| Counsel for Highland Capital Management Fund Advisors, L.P., James D. Dondero, NexPoint Advisors, L.P., Strand Advisors, Inc., The Dugaboy Investment Trust and The Get Good Trust | DLA PIPER LLP | Amy L. Ruhland, Jason M Hopkins | amy.ruhland@dlapiper.com; jason.hopkins@dlapiper.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for CLO Holdco, Ltd. and Grant Scott | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane, Brian W. Clark | jcoleman@krcl.com; jkane@krcl.com; bclark@krcl.com |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Hallman | Hugh G. Connor II, Michael D. Anderson, Katherine T. Hopkins | hugh.connor@kellyhart.com; michael.anderson@kellyhart.com; katherine.hopkins@kellyhart.com |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Pitre | Amelia L. Hurt | amelia.hurt@kellyhart.com |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Pitre | Louis M. Phillips | louis.phillips@kellyhart.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Julian P. Vasek, Esq. | drukavina@munsch.com; jvasek@munsch.com |
| Counsel for the Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani, Deborah J. Newman, Robert Loigman, Benjamin I. Finestone, Jordan Harap, Alexandre J. Tschumi, Leah McCallister Ray | susheelkirpalani@quinnemanuel.com; deborahnewman@quinnemanuel.com; robertloigman@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; jordanharap@quinnemanuel.com; alexandretschumi@quinnemanuel.com; calliray@quinnemanuel.com |
| Counsel for Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Isaac Leventon, Frank Waterhouse, and CPCM, LLC | Ross & Smith, PC, | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@judithwross.com; frances.smith@judithwross.com; eric.soderlund@judithwross.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors, Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |

**Exhibit A**

Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc. and HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC) | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |
| Counsel for Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1, and The Mark and Pamela Okada Family Trust – Exempt Trust #2 | Sullivan & Cromwell LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| Counsel for Massand Capital, Inc. and Massand Capital, LLC | Vanacour Perkins PLLC | Jason Vanacour, Kevin Perkins | jvanacour@vanacourperkins.com; kperkins@vanacourperkins.com |

# EXHIBIT B

**Exhibit B**

Adversary Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Massand Capital, Inc. and Massand Capital, LLC | Vanacour Perkins PLLC | Jason Vanacour, Kevin Perkins | 5851 Legacy Circle #600 | Plano | TX | 75024 |

**<u>Exhibit 4</u>**



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 28, 2022**

United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>        Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY | Adv. Pro. No. 21-03076-sgj<br><br>STIPULATION AND PROPOSED ORDER |

---

[1]  The last four digits of the Reorganized Debtor's taxpayer identification number are (8357).  The Reorganized Debtor is a Delaware limited partnership.  The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

INVESTMENT TRUST; GET GOOD TRUST AND
GRANT JAMES SCOTT III, AS TRUSTEE OF GET
GOOD TRUST; HUNTER MOUNTAIN
INVESTMENT TRUST; MARK & PAMELA OKADA
FAMILY TRUST – EXEMPT TRUST #1 AND
LAWRENCE TONOMURA AS TRUSTEE OF MARK
& PAMELA OKADA FAMILY TRUST – EXEMPT
TRUST #1; MARK & PAMELA OKADA FAMILY
TRUST – EXEMPT TRUST #2 AND LAWRENCE
TONOMURA IN HIS CAPACITY AS TRUSTEE OF
MARK & PAMELA OKADA FAMILY TRUST –
EXEMPT TRUST #2; CLO HOLDCO, LTD.;
CHARITABLE DAF HOLDCO, LTD.; CHARITABLE
DAF FUND, LP.; HIGHLAND DALLAS
FOUNDATION; RAND PE FUND I, LP, SERIES 1;
MASSAND CAPITAL, LLC; MASSAND CAPITAL,
INC.; AND SAS ASSET RECOVERY, LTD.,

Defendants.

## STIPULATION AND PROPOSED SECOND AMENDED SCHEDULING ORDER

Plaintiff Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust (the "Litigation Trustee"), and the Defendants (together with the Litigation Trustee, the "Parties"), stipulate and agree that following the Litigation Trustee's filing of his *Amended Complaint and Objection to Claims*, dated May 19, 2022 [Docket No. 158] (the "Amended Complaint"), certain modifications to the Court's *Amended Scheduling Order* [Docket No. 81] (the "Scheduling Order") are necessary and appropriate. The Parties hereby respectfully submit this *Second Amended Scheduling Order* (the "Revised Scheduling Order") that, upon entry by the Court, supersedes and replaces the deadlines set forth in the Scheduling Order. Accordingly, the parties ask it be

**HEREBY ORDERED THAT:**

1.    The Parties shall adhere to the following deadlines, which govern this Adversary

Proceeding:

| Event | Deadline |
|---|---|
| Deadline for each Defendant to answer or otherwise move against the Amended Complaint | July 11, 2022 |
| Deadline for the Litigation Trustee to file an opposition to any motion filed by the Defendant(s) in response to the Amended Complaint | September 19, 2022 |
| Deadline for each Defendant to file a reply to the Litigation Trustee's filing in opposition to any motion filed by Defendant(s) in response to the Amended Complaint | November 14, 2022 |
| Substantial completion of fact document discovery | December 5, 2022 |
| Start of fact depositions | Earlier of January 3, 2023 or decision on the last outstanding motion to dismiss |
| Completion of fact depositions | April 4, 2023 |
| Deadline to exchange names and addresses of experts and expert witness reports | May 9, 2023 |
| Deadline to exchange names and addresses of rebuttal experts and rebuttal expert witness reports | July 6, 2023 |
| Expert discovery closes | August 10, 2023 |
| Dispositive motion deadline | September 8, 2023 |
| Deadline to file a response to dispositive motions | November 3, 2023 |
| Deadline to file a reply in support of dispositive motions | December 1, 2023 |
| Last date for hearings on dispositive motions (subject to the Court's schedule) | December 22, 2023 |
| Deadline to exchange expert and witness lists | December 29, 2023 |
| Joint pretrial order deadline | February 2, 2024 |
| Written proposed findings of fact and conclusions of law deadline | February 2, 2024 |
| Docket call | February 12, 2024 at 1:30 pm CT |

2.    This Revised Scheduling Order shall only be modified in a writing signed by the

Parties or upon entry of an order of the Court entered upon notice to the Parties.

3.    The Court shall retain jurisdiction over all disputes arising out of or otherwise

concerning the interpretation and enforcement of this Revised Scheduling Order.

###End of Order###

3

**AGREED AS TO FORM AND SUBSTANCE:**

Dated: June 20, 2022

Respectfully submitted,

**SIDLEY AUSTIN LLP**

/s/ *Paige Holden Montgomery*
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue, Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

-and-

**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Deborah J. Newman (admitted *pro hac vice*)
Robert Loigman (admitted *pro hac vice*)
Benjamin I. Finestone (admitted *pro hac vice*)
Calli Ray (admitted *pro hac vice*)
Alexandre J. Tschumi (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000

*Counsel for the Marc. S. Kirschner, as
Litigation Trustee of the Highland Litigation
Sub-Trust*

**KANE RUSSELL COLEMAN LOGAN PC**

/s/ *John J. Kane*
John J. Kane
Brian W. Clark
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Facsimile: (214) 777-4299

*Counsel for Defendant Grant James Scott III*

**KELLY HART PITRE**

/s/ *Louis M. Phillips*

Louis M. Phillips
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Amelia L. Hurt
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813

and

**KELLY HART & HALLMAN**

Hugh G. Connor II
Michael D. Anderson
Katherine T. Hopkins
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

*Counsel for Defendants CLO Holdco, Ltd.,
Highland Dallas Foundation, Inc., Charitable
DAF Fund, LP, and Charitable DAF Holdco,
Ltd.*

**STINSON L.L.P.**

/s/ *Deborah Deitsch-Perez*

Deborah Deitsch-Perez
3102 Oak Lawn Avenue. Suite 777
Dallas, Texas 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Counsel for Defendants NexPoint Advisors,
L.P. and Highland Capital Management Fund
Advisors, L.P.*

**DLA PIPER LLP**

/s/ *Amy L. Ruhland*
Amy L. Ruhland
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

*Counsel for Defendants James D. Dondero,*
*Strand Advisors, Inc., The Dugaboy*
*Investment Trust, and The Get Good Trust*

**BAKER & MCKENZIE LLP**

/s/ *Michelle Hartmann*
Michelle Hartmann
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099

and

Debra A. Dandeneau
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875

*Counsel for Scott Ellington and*
*Isaac Leventon*

**ROCHELLE MCCULLOUGH LLP**

/s/ *E.P. Keiffer*
E.P. Keiffer
325 North St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: (214) 580-2525
Facsimile: (214) 953-0185

*Counsel for Hunter Mountain Investment*
*Trust and Rand PE Fund I, LP, Series I*

**SULLIVAN & CROMWELL LLP**

/s/ *Brian D. Glueckstein*

Brian D. Glueckstein
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

and

Cortney C. Thomas
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

*Counsel for Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1, and The Mark and Pamela Okada Family Trust – Exempt Trust #2*

**VANACOUR PERKINS PLLC**

/s/ *Kevin Perkins*

Jason Vanacour
Kevin Perkins
5851 Legacy Circle #600
Plano, TX 75024
Telephone: (972) 865-6033
Facsimile: (972) 476-1109

*Counsel for Massand Capital, Inc. and Massand Capital, LLC*

7