# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Highland Capital Management, L.P.

Kirschner
　　Plaintiff(s)

v. Dondero, et al.
　　Defendant(s)

Case No.: 19-34054

Adversary No.: 21-AP-3076

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Deknatel, Anna
   *Last　First　MI*

2. Firm Name: Quinn Emanuel Urquhart & Sullivan LLP

3. Address: 51 Madison Avenue, 22nd Floor
   New York, NY 10010

4. Phone: 212-849-7000　　FAX: 212-849-7100

   Email: annadeknatel@quinnemanuel.com

5. Name used to sign *all* pleadings: Anna Deknatel

6. Retained by: Litigation Trustee of Litigation Sub-Trust

7. Admitted on 07/14/2016 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 5399555.

8. Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Southern District of New York | 04/12/2017 |
| Eastern District of New York | 01/18/2017 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: Paige Holden Montgomery

14. Local counsel's address: 2021 McKinney Ave., Suite 2000
    Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Anna Deknatel                                                                   09/15/2022
_____                                                   _____
Printed Name of Applicant                                                  Date

*[signature]*
_____
Signature of Applicant