

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 19, 2022**

United States Bankruptcy Judge

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | § | |
|---|---|---|---|
| In Re: | | § | |
| Highland Capital Management, L.P. | | § | |
| | | § | Case No.:   19–34054–sgj11 |
| | Debtor(s) | § | Chapter No.:   11 |
| | | § | |
| Marc Kirschner  et al. | | § | |
| | Plaintiff(s) | § | Adversary No.:   21–03076–sgj |
| vs. | | § | |
| James D. Dondero  et al. | | § | |
| | Defendant(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Anna Deknatel**, to represent Litigation Trustee of Litigation Sub–Trust, related to document #207, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #