

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 19, 2022**

United States Bankruptcy Judge

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
 §   Case No.:   19−34054−sgj11
    Debtor(s) §   Chapter No.:   11
Marc Kirschner  et al. §
    Plaintiff(s) §   Adversary No.:   21−03076−sgj
    vs. §
James D. Dondero  et al. §
    Defendant(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

   The Court, having considered the Application for Admission *Pro Hac Vice* of **Anna Deknatel**, to represent Litigation Trustee of Litigation Sub−Trust, related to document #207, **ORDERS** this application be:

☑  *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐  *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

Kirschner,
    Plaintiff

Dondero,
    Defendant

Adv. Proc. No. 21-03076-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 3
Date Rcvd: Sep 20, 2022     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Anna Deknatel, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 20 2022 21:22:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 20 2022 21:22:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian D. Glueckstein | on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 gluecksteinb@sullcrom.com |

Case 21-03076-sgj    Doc 214    Filed 09/22/22    Entered 09/22/22 23:17:06    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0539-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: pdf001 | Total Noticed: 3 |

| | |
|---|---|
| Brian D. Glueckstein | on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Defendant Mark Okada gluecksteinb@sullcrom.com |
| Cameron A. Fine | on behalf of Defendant STRAND ADVISORS INC cameron.fine@us.dlapiper.com |
| Cameron A. Fine | on behalf of Cross-Claimant RAND PE FUND I LP, SERIES 1 cameron.fine@us.dlapiper.com |
| Cameron A. Fine | on behalf of Defendant RAND PE FUND I LP, SERIES 1 cameron.fine@us.dlapiper.com |
| Cameron A. Fine | on behalf of Defendant Hunter Mountain Investment Trust cameron.fine@us.dlapiper.com |
| Cameron A. Fine | on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST cameron.fine@us.dlapiper.com |
| Cameron A. Fine | on behalf of Cross-Claimant Hunter Mountain Investment Trust cameron.fine@us.dlapiper.com |
| Cameron A. Fine | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST cameron.fine@us.dlapiper.com |
| Cameron A. Fine | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST cameron.fine@us.dlapiper.com |
| Cameron A. Fine | on behalf of Defendant James D. Dondero cameron.fine@us.dlapiper.com |
| Cortney C. Thomas | on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Defendant Mark Okada cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Highland Capital Management Fund Advisors L.P. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant NexPoint Advisors L.P. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Debra A Dandeneau | on behalf of Defendant CPCM LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Frank Waterhouse debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Jason Michael Hopkins | on behalf of Defendant James D. Dondero jason.hopkins@dlapiper.com jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant Hunter Mountain Investment Trust jason.hopkins@dlapiper.com jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |

Case 21-03076-sgj   Doc 214   Filed 09/22/22   Entered 09/22/22 23:17:06   Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0539-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: pdf001 | Total Noticed: 3 |

Jason Michael Hopkins
    on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com

Jason Michael Hopkins
    on behalf of Defendant RAND PE FUND I LP, SERIES 1 jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com

Jason Michael Hopkins
    on behalf of Defendant STRAND ADVISORS INC jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com

John J. Kane
    on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com

Juliana Hoffman
    on behalf of Plaintiff Marc Kirschner jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Kevin Perkins
    on behalf of Defendant MASSAND CAPITAL LLC kperkins@vanacourperkins.com

Kevin Perkins
    on behalf of Defendant MASSAND CAPITAL INC. kperkins@vanacourperkins.com

Louis M. Phillips
    on behalf of Defendant Charitable DAF Fund LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
    on behalf of Defendant CLO HOLDCO LTD.; CHARITABLE DAF HOLDCO, LTD. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
    on behalf of Defendant Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Margaret Michelle Hartmann
    on behalf of Defendant Frank Waterhouse michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
    on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
    on behalf of Defendant CPCM LLC michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
    on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com

Melissa S. Hayward
    on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael P. Aigen
    on behalf of Defendant Highland Capital Management Fund Advisors L.P. michael.aigen@stinson.com, stephanie.gratt@stinson.com

Michael P. Aigen
    on behalf of Defendant NexPoint Advisors L.P. michael.aigen@stinson.com, stephanie.gratt@stinson.com

Paige Holden Montgomery
    on behalf of Plaintiff Marc Kirschner pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

Zachery Z. Annable
    on behalf of Debtor Highland Capital Management L.P. zannable@haywardfirm.com

TOTAL: 43