| | |
|---|---|
| Deborah Deitsch-Perez<br>Michael P. Aigen<br>STINSON LLP<br>2200 Ross Avenue, Suite 2900<br>Dallas, Texas 75201<br>Telephone: (214) 560-2201<br><br>*Counsel for NexPoint Advisors, L.P.*<br>*and Highland Capital Management Fund Advisors, L.P.* | Brian D. Glueckstein (admitted *pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br><br>Cortney C. Thomas<br>BROWN FOX PLLC<br>8111 Preston Road, Suite 300<br>Dallas, Texas 75225<br>Telephone: (214) 327-5000<br><br>*Counsel for Mark K. Okada and Affiliated Parties* |
| Michelle Hartmann<br>BAKER & MCKENZIE LLP<br>1900 North Pearl, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-3000<br><br>Debra A. Dandeneau (*admitted pro hac vice*)<br>Blaire Cahn (*admitted pro hac vice*)<br>BAKER & MCKENZIE LLP<br>452 Fifth Ave<br>New York, NY 10018<br>Telephone: (212) 626-4875<br><br>*Counsel for Isaac Leventon and Scott Ellington* | Louis M. Phillips<br>KELLY HART PITRE<br>One American Place<br>301 Main Street, Suite 1600<br>Baton Rouge, LA 70801-1916<br>Telephone: (225) 381-9643<br><br>Amelia L. Hurt<br>400 Poydras Street, Suite 1812<br>New Orleans, LA 70130<br>Telephone: (504) 522-1812 |
| Amy L. Ruhland (Rudd)<br>DLA PIPER LLP<br>303 Colorado Street, Suite 3000<br>Austin, Texas 78701<br>Telephone: (512) 457-7000<br><br>Jason M. Hopkins<br>DLA PIPER LLP<br>1900 N. Pearl Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: (214) 743-4500<br><br>*Attorneys for Defendants James Dondero, Dugaboy*<br>*Investment Trust, Get Good Trust, and Strand Advisors, Inc.* | Hugh G. Connor II<br>Michael D. Anderson<br>Katherine T. Hopkins<br>KELLY HART & HALLMAN<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone: (817) 332-2500<br><br>*Counsel for the CLO Charitable Defendants* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>**Reorganized Debtor.** | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |

| | |
|---|---|
| **MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,**<br><br>**Defendants.** | Adv. Pro. No. 21-03076-sgj |

# DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMITS

Defendants[1] hereby file this *Unopposed Motion for Leave to File a Reply Brief in Excess of Page Limits* (the "Motion") requesting the Court to allow Defendants to file six Reply Briefs with a 13-page limit, with any unused pages to be usable by the other Defendants, with an aggregate total not to collectively exceed 78 pages. In support of this Motion, Defendants respectfully state as follows:

---

[1] NexPoint Advisors, L.P., Highland Capital Management Fund Advisors, L.P., Isaac Leventon, Scott Ellington, CLO Holdco, Ltd., Charitable DAF Holdco, Ltd., Charitable DAF Fund, LP, Highland Dallas Foundation, Inc., Mark Okada, Mark & Pamela Okada Family Trust Exempt Trust # 1 and Lawrence Tonomura in his capacity as Trustee, and Mark & Pamela Okada Family Trust Exempt Trust # 2 and Lawrence Tonomura in his capacity as Trustee, James D. Dondero, Dugaboy Investment Trust and Nancy Dondero in her capacity as Trustee, Get Good Trust and Grant Scott in his capacity as Trustee, Hunter Mountain Investment Trust, Rand PE Fund I, L.P., Series 1, and Strand Advisors, Inc.

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMITS – Page 1**
CORE/3522697.0002/177919829.1

## I. RELEVANT FACTUAL BACKGROUND

1. On October 15, 2021, the Litigation Trustee commenced the above-captioned adversary proceeding against Defendants [Docket No. 1] (the "Complaint").

2. On May 19, 2022, the Litigation Trustee filed an amended complaint [Docket No. 158] (the "Amended Complaint").

3. On July 11, 2022, a Motion to Dismiss the Amended Complaint was filed by defendant Isaac Leventon [Docket Nos. 172 and 173] ("Leventon" and the "Leventon Motion").

4. On July 11, 2022, a Motion to Dismiss the Amended Complaint was filed by defendant Scott Ellington [Docket Nos. 175 and 176] ("Ellington" and the "Ellington Motion").

5. On July 11, 2022, a Motion to Dismiss the Amended Complaint and a Motion for a More Definite Statement was filed by defendants CLO Holdco, Ltd., Charitable DAF Holdco, Ltd., Charitable DAF Fund, LP, and Highland Dallas Foundation, Inc. [Docket Nos. 178, 179, and 191] (the "CLO Holdco Defendants" and the "CLO Holdco Defendants Motions").

6. On July 11, 2022, a Motion to Dismiss the Amended Complaint was filed by defendants Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P. [Docket Nos. 182 and 183] (the "Advisor Defendants" and the "Advisor Defendants Motion").

7. On July 11, 2022, a Motion to Dismiss the Amended Complaint was filed by defendants Mark Okada, Mark & Pamela Okada Family Trust Exempt Trust # 1 and Lawrence Tonomura in his capacity as Trustee, and Mark & Pamela Okada Family Trust Exempt Trust # 2 and Lawrence Tonomura in his capacity as Trustee [Docket Nos. 185 and 186] (the "Okada Defendants" and the "Okada Defendants Motion").

8. On July 12, 2022, a Motion to Dismiss the Amended Complaint was filed by defendants James D. Dondero, Dugaboy Investment Trust and Nancy Dondero in her capacity as

Trustee, Get Good Trust and Grant Scott in his capacity as Trustee, Hunter Mountain Investment Trust, Rand PE Fund I, L.P., Series 1, and Strand Advisors, Inc. [Docket Nos. 189 and 190] (the "Dondero Defendants" and the "Dondero Defendants Motion," and, collectively with the Leventon Motion, Ellington Motion, CLO Holdco Defendants Motions, Advisor Defendants Motion, and Okada Defendants Motion, the "Motions to Dismiss").

9. The Litigation Trustee and Defendants negotiated a briefing schedule for the Motions to Dismiss, which was approved by the Court. See Stipulation and Proposed Second Amended Scheduling Order, entered by the Court on June 29, 2022 [Docket No. 167].

10. On September 19, 2022, the Litigation Trustee filed its Response in Opposition to Defendants' Motions to Dismiss and the CLO Holdco Defendants' Motion for a More Definitive Statement (the "Opposition Brief") so the full procedure history is included in this brief.

11. On November 14, 2022, each Defendant will file a Reply to the Litigation Trustee's Opposition Brief (the "Reply Briefs").

## II. BASIS FOR RELIEF

1. Compelling reasons exist for this Motion. The Complaint asserts 36 causes of action against 21 defendants. Seventeen of those defendants have filed six separate Motions to Dismiss. The Litigation Trustee's Opposition Brief is 112 pages.

2. While the Defendants have attempted to keep their Reply Briefs as succinct as possible, they believe that their Reply Briefs will need to exceed 10 pages in order to adequately address the arguments raised in the Opposition Brief.

3. Counsel for Defendants and counsel for the Litigation Trustee have reached an agreement wherein Defendants can submit six Reply Briefs with each brief having a 13-page limit,

with any unused pages to be usable by the other Defendants, with an aggregate total not to collectively exceed 78 pages, to be divided between the six Reply Briefs as Defendants see fit.

4. Counsel for Defendants conferred with counsel for the Litigation Trustee who filed the Opposition Brief to Defendants' Motions and counsel for the Litigation Trustee consents to the relief requested herein.

5. For these reasons, Defendants respectfully requests the Court's leave to file six Reply Briefs with a 13-page limit, with any unused pages to be usable by the other Defendants, not to collectively exceed 78 pages in length.

## REQUEST FOR RELIEF

WHEREFORE, Defendants respectfully request that the Court grant the Motion in its entirety, allow Defendants to file six Reply Briefs with a 13-page limit, with any unused pages to be usable by the other Defendants, not to collectively exceed 78 pages in length as described herein, and grant Defendants such further and other relief to which they are entitled.

Dated: October 31, 2022

Respectfully submitted,

**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com
***Attorneys for Defendants NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P.***

Michelle Hartmann
Texas Bar No. 24032402
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (*admitted pro hac vice*)
Blaire Cahn (*admitted pro hac vice*)
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: (212) 626-4875
Email: debra.dandeneau@bakermckenzie.com
Email: blaire.cahn@bakermckenzie.com
***Counsel for Isaac Leventon and Scott Ellington***

Amy L. Ruhland (Rudd)
Texas Bar No. 24043561
DLA PIPER LLP
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7000
Email: Amy.Ruhland@us.dlapiper.com

Jason M. Hopkins
Texas Bar No. 24059969
DLA PIPER LLP
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: jason.hopkins@us.dlapiper.com
***Attorneys for Defendants James Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.***

        Brian D. Glueckstein (admitted *pro hac vice*)
        New York Bar No. 4227005
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY 10004
        Telephone: (212) 558-4000
        Facsimile: (212) 558-3588
        Email: gluecksteinb@sullcrom.com

        Cortney C. Thomas
        Texas Bar No. 24075153
        BROWN FOX PLLC
        8111 Preston Road, Suite 300
        Dallas, Texas 75225
        Telephone: (214) 327-5000
        Facsimile: (214) 327-5001
        Email: cort@brownfoxlaw.com
        **Counsel for Mark K. Okada and Affiliated Parties**

        Louis M. Phillips (#10505)
        KELLY HART PITRE
        One American Place
        301 Main Street, Suite 1600
        Baton Rouge, LA 70801-1916
        Telephone: (225) 381-9643
        Facsimile: (225) 336-9763
        Email: louis.phillips@kellyhart.com

        Amelia L. Hurt
        Texas Bar No. 24092553
        400 Poydras Street, Suite 1812
        New Orleans, LA 70130
        Telephone: (504) 522-1812
        Facsimile: (504) 522-1813
        Email: amelia.hurt@kellyhart.com

        Hugh G. Connor II
        Texas Bar No. 00787272
        Michael D. Anderson
        Texas Bar No. 24031699
        Katherine T. Hopkins
        Texas Bar No. 24070737
        KELLY HART & HALLMAN
        201 Main Street, Suite 2500
        Fort Worth, Texas 76102
        Telephone: (817) 332-2500
        Email: hugh.connor@kellyhart.com
        Email: michael.anderson@kellyhart.com
        Email: katherine.hopkins@kellyhart.com
        ***Counsel for the CLO Charitable Defendants***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 27, 2022, the undersigned counsel conferred on behalf of the Defendants with counsel for the Litigation Trustee regarding the substance of the foregoing Motion. The Litigation Trustee consents to the relief requested herein.

        */s/Michael P. Aigen*
        Michael P. Aigen

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 31, 2022, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                                                       */s/Deborah Deitsch-Perez*
                                                       Deborah Deitsch-Perez