**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO *et al.*,<br><br>Defendants. | Adv. Pro. No. 21-03076-sgj |

**[PROPOSED] ORDER GRANTING THE LITIGATION TRUSTEE'S UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Having considered The Trustee's Unopposed Motion for Leave to File Notice of Supplemental Authority (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. The Trustee is granted leave to file his Notice of Supplemental Authority to the Court.

IT IS SO ORDERED.

Dated: _____

                                                              _____
                                                              Honorable Stacey Jernigan
                                                              United States Bankrtupcy Judge