## UNITED STATES BANKRUPTCY COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

#289864

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | |
| Plaintiff(s), | § | |
| v. | § § | Civil Action No. <u>19-34054-sgj</u> |
| JAMES D. DONDERO, et al., | § § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Monday, January 9, 2023 at 10:39 AM,**
Executed at: **1425 4TH ST SW, APT. A602, WASHINGTON, DC 20024**
at **9:15 PM,** on **Tuesday, January 24, 2023,**
by delivering to the within named:

**DEBEVOISE & PLIMPTON LLC**

by personally delivering to its **Registered Agent, RENE B BERSAMIN**
a true copy of this

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES TO DEBEVOISE & PLIMPTON LLC. and EXHIBIT "A"- SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) with ATTACHMENT A**

**BEFORE ME,** the undersigned authority, on this day personally appeared TERRYLL KENNEDY who after being duly sworn on oath states: "My name is TERRYLL KENNEDY. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of District of Columbia. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**TERRYLL KENNEDY – Process Server**

Subscribed and Sworn to by TERRYLL KENNEDY, Before Me, the undersigned authority, on this <u>25TH</u> day of January, 2023.

_____
Notary Public in and for the State of District of Columbia

Cora Heishman
Notary Public, District of Columbia
My Commission Expires 3/14/2026