#290158

# UNITED STATES BANKRUPTCY COURT
## for the
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | |
| Plaintiff(s), | § § | |
| vs. | § § | Civil Action No. <u>19-34054-sgj</u> |
| JAMES D. DONDERO, et al., | § § | |
| Defendant(s). | § § | |

## RETURN OF SERVICE

Came to my hand on **Thursday, January 12, 2023 at 5:01 PM**,
Executed at: **1090 VERMONT AVE. NW, WASHINGTON, DC 20005**
at **1:32 PM**, on **Friday, January 13, 2023**,
by delivering to the within named:

**GROSVENOR CAPITAL MANAGEMENT, L.P.**

by delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**
by personally delivering to its **Authorized Employee, RIKIA SMITH**
a true copy of this

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES TO GROSVENOR CAPITAL MANAGEMENT, L.P. and EXHIBIT "A"- SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) with ATTACHMENT A**

BEFORE ME, the undersigned authority, on this day personally appeared SYDNEY HOLTZAPPLE who after being duly sworn on oath states: "My name is SYDNEY HOLTZAPPLE. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of District of Columbia. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
SYDNEY HOLTZAPPLE – Process Server

Subscribed and Sworn to by SYDNEY HOLTZAPPLE, Before Me, the undersigned authority, on this __13th__ day of January, 2023.

_____
Notary Public in and for the State of District of Columbia

Cora Heishman
Notary Public, District of Columbia
My Commission Expires 3/14/2026