## UNITED STATES BANKRUPTCY COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff(s), <br> vs. <br><br><br> Defendant(s). | § § § § § § § § § § Civil Action No. <u>19-34054-sgi</u> |

### RETURN OF SERVICE

Came to my hand on **Monday, January 23, 2023 at 12:49 PM**,
Executed at: **1 FINANCIAL CENTER, 44TH FLOOR, BOSTON, MA 02111**
at **2:57 PM**, on **Tuesday, January 24, 2023**,
by delivering to the within named:

**HARBOURVEST PARTNERS, L.P.**

by delivering to its **Registered Agent, JUSTIN M. LANE**
by personally delivering to **Authorized Employee, KURT RONAN**
a true copy of this

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES TO HARBOURVEST PARTNERS, L.P. and EXHIBIT "A"- SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) with ATTACHMENT A**

BEFORE ME, the undersigned authority, on this day personally appeared JOHN ROBERTO who after being duly sworn on oath states: "My name is JOHN ROBERTO. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Massachusetts. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
JOHN ROBERTO – Process Server

Subscribed and Sworn to by JOHN ROBERTO, Before Me, the undersigned authority, on this
27th day of January, 2023.

_____
Notary Public in and for the State of Massachusetts