IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br>Plaintiff,<br>v.<br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,<br>Defendants. | Adv. Pro. No. 21-03076-sgj |

## RETURN OF SERVICE

Came to my hand on **Friday, February 3, 2023 at 8:50 AM**,
Executed at: **300 DESCHUTES WAY SW, SUITE 208, OLYMPIA, WA 98501**
at **11:11 AM**, on **Friday, February 3, 2023,** by delivering to the within named:

**AMAZON INC**

Care of its **Registered Agent, CORPORATION SERVICE COMPANY**
by personally delivering to **Authorized Employee, CYNTHIA**
a true copy of this

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES TO AMAZON INC. with EXHIBIT A - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) with ATTACHMENT A with EXHIBIT 1**

BEFORE ME, the undersigned authority, on this day personally appeared **JOSHUA MORGAN** who after being duly sworn on oath states: "My name is **JOSHUA MORGAN**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Washington. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
JOSHUA MORGAN - Process Server of Washington

Subscribed and Sworn to by JOSHUA MORGAN, Before Me, the undersigned authority, on this 10TH day of February, 2023.

_____
Notary Public in and for the State of Washington
KATIYA COFFEE