# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, | Adv. Pro. No. 21-03076-sgj |
| *Plaintiff* | |
| v. | |
| JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET | |

RECOVERY, LTD.,

        *Defendants.*

### HCMFA'S MOTION TO RECUSE PURSUANT TO 18 U.S.C. §§ 144 AND 455

Defendant Highland Capital Management Fund Advisors, L.P. ("HCMFA") files this Motion to Recuse (the "Motion") pursuant to 28 U.S.C. §§ 144 and 455.

For the reasons set forth in the Memorandum of Law in Support of this Motion and the exhibits referenced therein, and in consideration of the Affidavit of James D. Dondero filed simultaneously therewith, all of which are incorporated by reference as if fully set forth in this Motion, HCMFA respectfully requests that the Court recuse itself from the above-captioned Adversary Proceeding and any future contested matters involving HCMFA and grant HCMFA all other further relief, at law or equity, to which it is justly entitled.

Dated: February 27, 2023

        Respectfully submitted,

        **STINSON LLP**

        */s/ Deborah Deitsch-Perez*
        Deborah Deitsch-Perez
        Texas Bar No. 24036072
        2200 Ross Avenue, Suite 2900
        Dallas, Texas 75201
        Telephone: (214) 560-2201
        Facsimile: (214) 560-2203
        Email: deborah.deitschperez@stinson.com

        *Counsel for Highland Capital Management Fund Advisors, L.P.*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 27, 2023, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                */s/ Deborah Deitsch-Perez*
                Deborah Deitsch-Perez