

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 19, 2023

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND | Adv. Pro. No. 21-03076-sgj |

| |
|---|
| LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD., |
| Defendants. |

## ORDER APPROVING STIPULATION TO EXTEND PLAINTIFF'S RESPONSE DATE AND DEFENDANT HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.'S REPLY DATE WITH RESPECT TO MOTION TO RECUSE

Upon consideration of the *Stipulation to Extend Plaintiff"s Response Date and Defendant Highland Capital Management Fund Advisors, L.P.'s Reply Date with Respect to Motion to Recuse* [Docket No. 314] (the "Stipulation") by and among Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust (the "Litigation Trustee" or "Plaintiff"), and Defendant Highland Capital Management Fund Advisors, L.P. ("Defendant" and together with the Litigation Trustee, the "Parties"), it is **HEREBY ORDERED THAT:**

(1)   The Response Deadline is extended to **Monday, April 3, 2023 at 5:00 p.m. (Central Time)**.

(2)   The Reply Deadline is extended to **Monday, April 17, 2023 at 5:00 p.m. (Central Time)**.

(3)   The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

### ###END OF ORDER###

**STINSON LLP**

By:/s/ Michael P. Aigen
Deborah Deitsch-Perez
Michael P. Aigen
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email:  deborah.deitschperez@stinson.com
Email:  michael.aigen@stinson.com
***Attorneys for Defendants Highland Capital
Management Fund Advisors, L.P.***

**SIDLEY AUSTIN LLP**

By: /s/Robert S. Loigman
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Deborah J. Newman (admitted *pro hac vice*)
Robert S. Loigman (admitted *pro hac vice*)
Calli Ray (admitted *pro hac vice*)
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone (212) 849-7000

*Counsel for the Litigation Trustee*