

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed March 19, 2023**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND | Adv. Pro. No. 21-03076-sgj |

**ORDER APPROVING STIPULATION TO EXTEND PLAINTIFF'S RESPONSE DATE AND DEFENDANT HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.'S REPLY DATE WITH RESPECT TO MOTION TO RECUSE**     Page 1

CORE/3522697.0002/180690976.1

| |
|---|
| LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD., |

Defendants.

## ORDER APPROVING STIPULATION TO EXTEND PLAINTIFF'S RESPONSE DATE AND DEFENDANT HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.'S REPLY DATE WITH RESPECT TO MOTION TO RECUSE

Upon consideration of the *Stipulation to Extend Plaintiff''s Response Date and Defendant Highland Capital Management Fund Advisors, L.P.'s Reply Date with Respect to Motion to Recuse* [Docket No. 314] (the "Stipulation") by and among Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust (the "Litigation Trustee" or "Plaintiff"), and Defendant Highland Capital Management Fund Advisors, L.P. ("Defendant" and together with the Litigation Trustee, the "Parties"), it is **HEREBY ORDERED THAT:**

(1) The Response Deadline is extended to **Monday, April 3, 2023 at 5:00 p.m. (Central Time)**.

(2) The Reply Deadline is extended to **Monday, April 17, 2023 at 5:00 p.m. (Central Time)**.

(3) The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

###END OF ORDER###

STINSON LLP

By: /s/ Michael P. Aigen
Deborah Deitsch-Perez
Michael P. Aigen
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email:  deborah.deitschperez@stinson.com
Email:  michael.aigen@stinson.com
***Attorneys for Defendants Highland Capital Management Fund Advisors, L.P.***

**SIDLEY AUSTIN LLP**

By: /s/Robert S. Loigman
    Paige Holden Montgomery
    Juliana L. Hoffman
    2021 McKinney Avenue
    Suite 2000
    Dallas, Texas 75201
    Telephone: (214) 981-3300
    Facsimile: (214) 981-3400

    -and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Deborah J. Newman (admitted *pro hac vice*)
Robert S. Loigman (admitted *pro hac vice*)
Calli Ray (admitted *pro hac vice*)
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone (212) 849-7000

*Counsel for the Litigation Trustee*

United States Bankruptcy Court

Northern District of Texas

Kirschner,
    Plaintiff

Dondero,
    Defendant

Adv. Proc. No. 21-03076-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 4
Date Rcvd: Mar 21, 2023      Form ID: pdf001      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Aaron M. Lawrence, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| aty | + | Amy L. Ruhland, DLA Piper LLP (US), 303 Colorado Street, Ste. 300, Austin, TX 78701-4654 |
| aty | + | Amy L. Ruhland, 303 Colorado Street, Ste. 300, Austin, TX 78701-4653 |
| aty | + | Anna Deknatel, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| aty | + | Jason M. Hopkins, DLA Piper LLP (US), 1900 N. Pearl Street., Ste. 2200, Dallas, TX 75201-2482 |
| aty | + | Jeremy A. Root, Stinson LLP, 230 W. McCarty Street, Jefferson City, MO 65101-1553 |
| dft | + | Highland Capital Management Fund Advisors, L.P., K&LGates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| dft | + | Hunter Mountain Investment Trust, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| dft | + | NexPoint Advisors, L.P., K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 21 2023 21:57:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 21 2023 21:57:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| dft | + | Email/Text: neil.orleans@judithwross.com | Mar 21 2023 21:56:00 | CPCM, LLC, c/o Ross & Smith, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | SAS ASSET RECOVERY, LTD |
| crc | *+ | Hunter Mountain Investment Trust, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 21, 2023 | Form ID: pdf001 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:**

**Name**   **Email Address**

Brian D. Glueckstein
on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Defendant Mark Okada gluecksteinb@sullcrom.com

Cameron A. Fine
on behalf of Cross-Claimant Hunter Mountain Investment Trust cameron.fine@us.dlapiper.com

Cameron A. Fine
on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY INVESTMENT TRUST cameron.fine@us.dlapiper.com

Cameron A. Fine
on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST cameron.fine@us.dlapiper.com

Cameron A. Fine
on behalf of Defendant James D. Dondero cameron.fine@us.dlapiper.com

Cameron A. Fine
on behalf of Cross-Claimant RAND PE FUND I  LP, SERIES 1 cameron.fine@us.dlapiper.com

Cameron A. Fine
on behalf of Defendant STRAND ADVISORS  INC cameron.fine@us.dlapiper.com

Cameron A. Fine
on behalf of Defendant RAND PE FUND I  LP, SERIES 1 cameron.fine@us.dlapiper.com

Cameron A. Fine
on behalf of Defendant Hunter Mountain Investment Trust cameron.fine@us.dlapiper.com

Cameron A. Fine
on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY INVESTMENT TRUST cameron.fine@us.dlapiper.com

Christopher J. Akin
on behalf of Defendant Isaac Leventon cakin@lynnllp.com  cbaker@lynnllp.com

Christopher J. Akin
on behalf of Defendant Scott Ellington cakin@lynnllp.com  cbaker@lynnllp.com

Cortney C. Thomas
on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #1 cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Cortney C. Thomas
on behalf of Defendant Mark Okada cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Cortney C. Thomas
on behalf of Defendant MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST EXEMPT TRUST #2 cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Deborah Rose Deitsch-Perez
on behalf of Defendant Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com

Case 21-03076-sgj    Doc 320    Filed 03/23/23    Entered 03/23/23 23:18:49    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0539-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: pdf001 | Total Noticed: 12 |

| | |
|---|---|
| Deborah Rose Deitsch-Perez | on behalf of Defendant NexPoint Advisors L.P. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Debra A Dandeneau | on behalf of Defendant CPCM LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Frank Waterhouse debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Jason Michael Hopkins | on behalf of Defendant James D. Dondero jason.hopkins@dlapiper.com jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant Hunter Mountain Investment Trust jason.hopkins@dlapiper.com jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant RAND PE FUND I LP, SERIES 1 jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| Jason Michael Hopkins | on behalf of Defendant STRAND ADVISORS INC jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com |
| John J. Kane | on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| Juliana Hoffman | on behalf of Plaintiff Marc Kirschner jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Kevin Perkins | on behalf of Defendant MASSAND CAPITAL INC. kperkins@vanacourperkins.com |
| Kevin Perkins | on behalf of Defendant MASSAND CAPITAL LLC kperkins@vanacourperkins.com |
| Louis M. Phillips | on behalf of Defendant Charitable DAF Fund LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Defendant CLO HOLDCO LTD.; CHARITABLE DAF HOLDCO, LTD. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Defendant Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Margaret Michelle Hartmann | on behalf of Defendant Frank Waterhouse michelle.hartmann@bakermckenzie.com |
| Margaret Michelle Hartmann | on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com |
| Margaret Michelle Hartmann | on behalf of Defendant CPCM LLC michelle.hartmann@bakermckenzie.com |
| Margaret Michelle Hartmann | on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com |
| Melissa S. Hayward | on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael P. Aigen | on behalf of Defendant Highland Capital Management Fund Advisors L.P. michael.aigen@stinson.com |

District/off: 0539-3 | User: admin | Page 4 of 4
Date Rcvd: Mar 21, 2023 | Form ID: pdf001 | Total Noticed: 12

Michael P. Aigen
       on behalf of Defendant NexPoint Advisors L.P. michael.aigen@stinson.com

Paige Holden Montgomery
       on behalf of Plaintiff Marc Kirschner pmontgomery@sidley.com
       txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

Zachery Z. Annable
       on behalf of Debtor Highland Capital Management L.P. zannable@haywardfirm.com

TOTAL: 45