Deborah Deitsch-Perez
Michael P. Aigen
**STINSON LLP**
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Counsel for Defendants NexPoint Advisors, L.P.
and Highland Capital Management Fund Advisors, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, | Adv. Pro. No. 21-03076-sgj |
| *Plaintiff* | |
| v. | |
| JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS | |

| |
|---|
| TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC, |
| *Defendants.* |

## JOINDER OF DEFENDANTS NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. TO DEFENDANTS JAMES D. DONDERO, DUGABOY INVESTMENT TRUST, GET GOOD TRUST, AND STRAND ADVISORS, INC.'S CROSS-MOTION TO STAY AND RESPONSE TO PLAINTIFF'S MOTION TO STAY

NexPoint Advisors L.P. ("NPA") and Highland Capital Management Fund Advisors, L.P. ("HCMFA"), defendants in the above captioned and numbered adversary proceeding (the "Adversary Proceeding"), hereby join and adopt the points and authorities offered by James D. Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.'s Cross-Motion to Stay and Response to Plaintiff's Motion to Stay [Adv. Dkt. No. 329] (the "Motion to Stay").

The arguments set forth in the Cross-Motion to Stay and Response also apply with respect to NPA and HCMFA. NPA and HCMFA respectfully request that this Court stay the Adversary Proceeding consistent with the relief sought in the Cross-Motion to Stay and Response.

Dated: March 29, 2023

        Respectfully submitted,

        **STINSON LLP**

        */s/ Deborah Deitsch-Perez*
        Deborah Deitsch-Perez
        Texas Bar No. 24036072
        Michael P. Aigen
        Texas Bar No. 24012196
        2200 Ross Avenue, Suite 2900
        Dallas, Texas 75201
        Telephone: (214) 560-2201
        Facsimile: (214) 560-2203
        Email: deborah.deitschperez@stinson.com
        Email: michael.aigen@stinson.com

        **COUNSEL FOR DEFENDANTS NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 29, 2023, a true and correct copy of this document was served electronically via the Court's CM/ECF system.

        */s/ Deborah Deitsch-Perez*
        Deborah Deitsch-Perez

CORE/3524885.0002/181135160.1