# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARC KIRSCHNER | § | |
| | § | |
| v. | § | |
| | § | |
| MARK OKADA, SCOTT ELLINGTON, ISAAC LEVENTON, FRANK WATERHOUSE, CPCM, LLC, GRANT JAMES SCOTT III, JAMES D DONDERO, STRAND ADVISORS, INC., NEXPOINT ADVISORS, LP, HUNTER MOUNTAIN INVESTMENT TRUST, CLO HOLDCO LTD, CHARITABLE DAF HOLDCO LTD, CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., RAND PE FUND I LP SERIES 1, MASSAND CAPITAL, LLC, MASSAND CAPITAL, INC., SAS ASSET RECOVERY LTD, HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, LP, DUGABOY INVESTMENT TRUST AND NANCY DONDERO, GET GOOD TRUST AND GRANT JAMES SCOTT III, MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 and MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:22-CV-203-S<br><br>BANKRUPTCY CASE<br>No. 19-34054-SGJ11<br><br>Chapter 11 |
| IN RE: | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § | |

## ORDER

At the August 14, 2023, status conference in Civil Action No. 3:22-cv-2170, *NexPoint Advisors LP v. Highland Capital Management LP*, counsel advised the Court that this appeal is subject to an agreed stay in the underlying bankruptcy case. *See* Bankruptcy Case No. 19-34054-

SGJ11. Accordingly, the above-styled appeal is hereby **ABATED** and **ADMINISTRATIVELY CLOSED** without prejudice to it being reopened upon a motion by any party or to enter a judgment.

**SO ORDERED.**

SIGNED August 15, 2023.

*[signature]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**