

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 15, 2025**

_____
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND | Adv. Pro. No. 21-03076-sgj |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

| |
|---|
| CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD. |
|          Defendants. |

**ORDER GRANTING UNOPPOSED MOTION TO**
**<u>WITHDRAW AS ATTORNEY</u>**

On this date, the Court considered the Unopposed Motion to Withdraw as Attorney (the "Motion") by Aaron Lawrence of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), requesting that this Court authorize him to withdraw as counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust (the "Litigation Trustee") in the above-captioned adversary proceeding. Upon consideration of the Motion and the fact that this Motion is unopposed, the Court finds that the Motion is well taken and should be granted. Accordingly, the Court finds that just cause exists for entry of the following order. It is therefore **ORDERED** as follows:

1. The Motion is hereby **GRANTED**.

2. Mr. Lawrence is permitted to withdraw as counsel for the Litigation Trustee in the above-captioned adversary proceeding and is deemed withdrawn effective as of the entry of this Order.

3. The Clerk of this Court and all parties are directed to remove Mr. Lawrence as an attorney of record for the Litigation Trustee on the docket in this adversary proceeding and any applicable service list.

4. The withdrawal effectuated by this Order does not impact Quinn Emanuel or Sidley Austin LLP's representation of the Litigation Trustee in the main bankruptcy case or any other adversary proceeding.

### End of Order ###