| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP** | **SIDLEY AUSTIN LLP** |
| Deborah J. Newman (admitted *pro hac vice*) | Paige Holden Montgomery |
| Robert S. Loigman (admitted *pro hac vice*) | 2021 McKinney Avenue |
| 295 Fifth Avenue, 9th Floor | Suite 2000 |
| New York, NY 10016 | Dallas, Texas 75201 |
| Telephone: (212) 849-7000 | Telephone: (214) 981-3300 |

*Co-Counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & | Adv. Pro. No. 21-03076-sgj |

---

[1]  The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

1

| |
|---|
| PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD., <br><br>        Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust established pursuant to the *Fifth Amended Plan of Reorganization of Highland Capital Management L.P. (As Modified)* [Bankruptcy Dkt. No. 1808] (the "Plan") and Plaintiff in the above-captioned action, hereby gives notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Counts I, II, III, and XXIV, as pled in the Amended Complaint [Adversary Dkt. No. 158], are hereby voluntarily dismissed with prejudice as against Hunter Mountain Investment Trust and Rand PE Fund I, LP, Series 1 (together, the "HMIT Parties"), pursuant to a settlement reached between the Highland Parties and the HMIT Parties (each as defined in that agreement) dated May 19, 2025 [Bankruptcy Dkt. No. 4217 (Exhibit 1)]. The HMIT Parties are therefore dismissed as Defendants from the above-captioned action. This dismissal shall apply only to the HMIT Parties and shall not apply to or affect any other defendant in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, neither of the HMIT Parties has filed or served an answer or a motion for summary judgment with respect to the Amended Complaint.

Dated: July 2, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ *Robert S. Loigman*

Deborah J. Newman (admitted *pro hac vice*)
Robert S. Loigman (admitted *pro hac vice*)
295 Fifth Avenue
Floor 9
New York, NY 10016
Telephone: (212) 849-7000

-and-

**SIDLEY AUSTIN LLP**

Paige Holden Montgomery
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Counsel for the Litigation Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent via electronic mail via the Court's ECF system to parties authorized to receive electronic notice in this case on July 2, 2025.

                                                   */s/ Robert S. Loigman*
                                                   Robert S. Loigman