# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |
| MARK S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST | |
| Plaintiff, | |
| v. | Adv. Pro. No. 21-03076-sgj |
| JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD. | |
| Defendants. | |

1

## HUNTER MOUNTAIN INVESTMENT TRUST'S SUPPLEMENTAL CERTIFICATE OF CONFERENCE REGARDING OPPOSED MOTION TO SUBSTITUTE

Hunter Mountain Investment Trust ("HMIT"), files this Supplemental Certificate of Conference Regarding the Motion to Substitute [Doc. 357] ("Motion") filed by HMIT and Mark S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust. This supplemental certificate is submitted at the request of an opposing counsel, and HMIT is doing so without agreeing that the original certificate requires any supplementation. Subject to the foregoing, HMIT provides the following:

### Supplemental Certificate of Conference

I hereby certify that on July 23, 2025, I sent an email to all counsel of record for defendants requesting defendants state whether they were opposed or unopposed to the relief requested in the Motion and advising that if a response was not received by 5:00 p.m. Central time on July 23, "we will assume you are opposed." Movants filed their Motion on July 25, 2025. HMIT did not receive any responses within the designated time on July 23, 2025 or at any time before the Motion was filed.

On July 28, 2025, Ms. Deborah Deitsch-Perez contacted HMIT's counsel. Through communications on July 28, 2025, Ms. Deitsch-Perez advised HMIT's counsel that she did object to the Motion. Based upon the email communication on July 23, 2025, and Ms. Deitsch-Perez's subsequent communications, the Motion is opposed.

*/s/ Ian B. Salzer*
Ian B. Salzer

Respectfully Submitted,

**PARSONS MCENTIRE MCCLEARY PLLC**

*/s/ Ian B. Salzer*
Sawnie A. McEntire
Texas Bar No. 13590100
smcentire@pmmlaw.com
Ian B. Salzer
Texas Bar No. 24110325
isalzer@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Tel. (214) 237-4300
Fax (214) 237-4340

**ATTORNEYS FOR HUNTER MOUNTAIN INVESTMENT TRUST**

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2025, a true and correct copy of the foregoing Supplemental Certificate of Conference was served on all counsel of record via the Court's CM/ECF system.

*/s/ Ian B. Salzer*
Ian B. Salzer

3198027