# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>        Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>        Plaintiff,<br>   v.<br><br>JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNDER MOUNTAIN INVESTMENT TRUST; CLO HOLDOCO, LTD.; CHARITABLE DAF HOLDCO, LTG.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD.<br><br>        Defendants. | Adv. Pro. No. 21-03076-sgj |

# ORDER GRANTING UNOPPOSED MOTION TO
# <u>WITHDRAW AS COUNSEL</u>

On this date, the Court considered the Unopposed Motion to Withdraw as Counsel (the "Motion") by Jason M. Hopkins and Cameron A. Fine, requesting that this Court authorize them to withdraw as counsel for Defendants James D. Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc. ("Defendants"), in the above-captioned adversary proceeding. Upon consideration of the Motion and the fact that this Motion is unopposed, the Court finds that the Motion is well taken and should be granted. Accordingly, the Court finds that just cause exists for entry of the following order. It is therefore **ORDERED** as follows:

1. The Motion is hereby **GRANTED**.

2. Mr. Hopkins and Mr. Fine are permitted to withdraw as counsel for Defendants James D. Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc. in the above-captioned adversary proceeding and is deemed withdrawn effective as of the entry of this Order.

3. The Clerk of this Court and all parties are directed to remove Mr. Hopkins and Mr. Fine as attorneys of record for Defendants James D. Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc., on the docket in this adversary proceeding and any applicable service list.

4. The withdrawal effectuated by this Order does not impact Amy L. Ruhland's representation of Defendants James D. Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc., in the main bankruptcy case or any other adversary proceeding.

### End of Order ###