Amy L. Ruhland
**PILLSBURY WINTHROP SHAW PITTMAN**
401 W 4th Street, Suite 3200
Telephone: (512) 580-9600
Amy.ruhland@pillsburylaw.com

*Counsel for Defendant James Dondero, The Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>**Reorganized Debtor.** | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>**Plaintiff,**<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,<br><br>**Defendants.** | Adv. Pro. No. 21-03076-sgj |

# JOINDER TO OBJECTION OF NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. TO MOTION TO SUBSTITUTE

Defendants James Dondero, The Dugaboy Investment Trust, Get Good Trust and Strand Advisors, Inc. hereby joins in the *Objection of NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. to Motion to Substitute* filed by Mark S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust ("Litigation Trustee"), and Hunter Mountain Investment Trust ("HMIT"), requesting that the Court substitute HMIT as the Plaintiff of record in place of the Litigation Trustee in the above-captioned adversary proceeding pursuant to Federal Rule of Civil Procedure 25(c).

Date: August 15, 2025

Respectfully submitted,

*/s/ Amy L. Ruhland*

Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
401 W 4th Street, Suite 3200
Austin, TX 78701

(512) 580-9600
*Attorneys for James Dondero, The Dugaboy Investment Trust, Get Good Trust, and The Strand Advisors, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that, on August 15, 2025, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

                                         */s/ Amy L. Ruhland*
                                         Amy L. Ruhland