**PILLSBURY WINTHROP SHAW PITTMAN**
Amy L. Ruhland
Amy.ruhland@pillsburylaw.com
Ryan Sullivan
Ryan.sullivan@pillsburylaw.com
401 W 4th Street, Suite 3200
Telephone: (512) 580-9600

*Counsel for Defendant James Dondero, The Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>Reorganized Debtor. | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,**<br><br>Defendants. | **Adv. Pro. No. 21-03076-sgj** |

## NOTICE OF APPEARANCE

The following firm and counsel submits this *Notice of Appearance* for Defendants James Dondero, The Dugaboy Investment Trust, Get Good Trust and Strand Advisors, Inc. in this matter:

**Ryan Sullivan**
Texas State Bar No. 24102548
ryan.sullivan@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 W 4th Street, Suite 3200
Austin, TX 78701
Telephone: (512) 580-9600

The above counsel request copies of all notices, pleadings, and other matters in this case be served upon them electronically and through the Court's CM/ECF filing system.

| | |
|---|---|
| Date: August 25, 2025 | Respectfully submitted, |
| | /s/ *Amy L. Ruhland* |
| | Amy L. Ruhland |
| | Texas Bar No. 24043561 |
| | amy.ruhland@pillsburylaw.com |
| | Ryan Sullivan |
| | Texas Bar No. 24102548 |
| | ryan.sullivan@pillsburylaw.com |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 401 W 4th Street, Suite 3200 |
| | Austin, TX 78701 |
| | (512) 580-9600 |
| | |
| | *Attorneys for James Dondero, The Dugaboy Investment Trust, Get Good Trust, and The Strand Advisors, Inc.* |

## CERTIFICATE OF SERVICE

  The undersigned certifies that, on August 25, 2025, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

*/s/ Amy L. Ruhland*
Amy L. Ruhland
