**PILLSBURY WINTHROP SHAW PITTMAN**
Ryan Sullivan
Ryan.sullivan@pillsburylaw.com
401 W 4th Street, Suite 3200
Austin, TX 78701
Telephone: (512) 580-9600

*Counsel for Defendant James Dondero, The Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:**<br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br>**Reorganized Debtor.** | **Chapter 11**<br>**Case No. 19-34054-sgj11** |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>**Plaintiff,**<br><br>v.<br><br>JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,<br><br>**Defendants.** | **Adv. Pro. No. 21-03076-sgj** |

4939-0445-8594.v1

## AMENDED NOTICE OF APPEARANCE

The following firm and counsel submits this *Amended Notice of Appearance* for Defendants James Dondero, The Dugaboy Investment Trust, Get Good Trust and Strand Advisors, Inc. in this matter:

**Ryan Sullivan**
Texas State Bar No. 24102548
ryan.sullivan@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 W 4th Street, Suite 3200
Austin, TX 78701
Telephone: (512) 580-9600

The above counsel request copies of all notices, pleadings, and other matters in this case be served upon them electronically and through the Court's CM/ECF filing system.

Date: August 25, 2025                           Respectfully submitted,

                                                      */s/ Ryan Sullivan*
                                                      Ryan Sullivan
                                                      Texas Bar No. 24102548
                                                      ryan.sullivan@pillsburylaw.com
                                                      PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                      401 W 4th Street, Suite 3200
                                                      Austin, TX 78701
                                                      (512) 580-9600

*Attorneys for James Dondero, The Dugaboy Investment Trust, Get Good Trust, and The Strand Advisors, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that, on August 25, 2025, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

                                           */s/ Ryan Sullivan*
                                           Ryan Sullivan