UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| **MARK S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST** <br><br> **Plaintiff,** <br><br> v. <br><br> JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD. <br><br> **Defendants.** | Adv. Pro. No. 21-03076-sgj |

## MOVANTS' WITNESS AND EXHIBIT LIST

Mark S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust ("Litigation Trustee"), and Hunter Mountain Investment Trust ("HMIT") ("collectively, Movants"), submit the following witness and exhibit lists with respect to the *Motion to*

*Substitute Plaintiff* [Doc. 357], which has been set for hearing at 11:00 a.m. (Central Time) on September 3, 2025:

    **A.    Witnesses**

        1. Any witness identified or called by any other party; and

        2. Any witness necessary for rebuttal.

    **B.    Exhibits**

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | *Declaration of Gregory V. Demo in Support of Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement Agreement with the HMIT Entities and Authorizing Actions Consistent Therewith* [HCM Bk. Doc. No. 4217] | | |
| 2. | *Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement between the Highland Entities and the HMIT Entities and Authorizing Actions Consistent Therewith* [HCM Bk. Doc. No. 4297] | | |
| 3. | *Motion for an Order Extending Duration of the Trusts* [HCM Bk. Doc. No. 4213] | | |
| 4. | *Order Extending Duration of the Trusts* [HCM Bk. Doc. No. 4298] | | |
| 5. | *Report and Recommendation to the District Court Proposing That It: (A) Grant Defendants' Motions to Withdraw the Reference at Such Time as the Bankruptcy Court Certifies That Action Is Trial Ready; but (B) Defer Pre-Trial Matters to the Bankruptcy Court* [Doc. 151] | | |
| 6. | *Order* [Case No. 22-cv-00203, Dkt. 30] | | |
| 7. | Any document entered or filed in the main bankruptcy case. | | |
| 8. | All exhibits identified or offered by any other party at the Hearing. | | |

Respectfully submitted,

/s/ Robert S. Loigman
Penny P. Reid
Paige Holden Montgomery
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Deborah J. Newman (admitted *pro hac vice*)
Robert S. Loigman (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

**ATTORNEYS FOR MARK S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE HIGHLAND LITIGATION SUB-TRUST**

/s/ Sawnie A. McEntire
Sawnie A. McEntire
Texas Bar No. 13590100
smcentire@pmmlaw.com
Ian B. Salzer
Texas Bar No. 24110325
isalzer@pmmlaw.com
PARSONS MCENTIRE MCCLEARY PLLC
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Tel. (214) 237-4300
Fax (214) 237-4340

**ATTORNEYS FOR HUNTER MOUNTAIN INVESTMENT TRUST**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2025, a true and correct copy of the foregoing document was served on all parties of record via the Court's ECF system.

                                      */s/ Ian B. Salzer*
                                      Ian B. Salzer

3203051