# EXHIBIT 6

# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MARC KIRSCHNER § <br> § <br> v. § <br> § <br> MARK OKADA, SCOTT ELLINGTON, § <br> ISAAC LEVENTON, FRANK § <br> WATERHOUSE, CPCM, LLC, GRANT § <br> JAMES SCOTT III, JAMES D § <br> DONDERO, STRAND ADVISORS, INC., § <br> NEXPOINT ADVISORS, LP, HUNTER § <br> MOUNTAIN INVESTMENT TRUST, § <br> CLO HOLDCO LTD, CHARITABLE § <br> DAF HOLDCO LTD, CHARITABLE § <br> DAF FUND, LP, HIGHLAND DALLAS § <br> FOUNDATION, INC., RAND PE FUND I § <br> LP SERIES 1, MASSAND CAPITAL, § <br> LLC, MASSAND CAPITAL, INC., SAS § <br> ASSET RECOVERY LTD, HIGHLAND § <br> CAPITAL MANAGEMENT FUND § <br> ADVISORS, LP, DUGABOY § <br> INVESTMENT TRUST AND NANCY § <br> DONDERO, GET GOOD TRUST AND § <br> GRANT JAMES SCOTT III, MARK & § <br> PAMELA OKADA FAMILY TRUST – § <br> EXEMPT TRUST #1 and MARK & § <br> PAMELA OKADA FAMILY TRUST – § <br> EXEMPT TRUST #2 § <br> § <br> § <br> IN RE: § <br> § <br> HIGHLAND CAPITAL MANAGEMENT, § <br> L.P. § | CIVIL ACTION NO. 3:22-CV-203-S <br><br> BANKRUPTCY CASE <br> No. 19-34054-SGJ11 <br><br> Chapter 11 |

## ORDER

At the August 14, 2023, status conference in Civil Action No. 3:22-cv-2170, *NexPoint Advisors LP v. Highland Capital Management LP*, counsel advised the Court that this appeal is subject to an agreed stay in the underlying bankruptcy case. *See* Bankruptcy Case No. 19-34054-



SGJ11. Accordingly, the above-styled appeal is hereby **ABATED** and **ADMINISTRATIVELY CLOSED** without prejudice to it being reopened upon a motion by any party or to enter a judgment.

**SO ORDERED.**

SIGNED August 15, 2023.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE