# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ DUPLICATE OF AUDIO CD Recordings Only ☒ TRANSCRIPT | 2. DATE OF ORDER: 9/3/2025 | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| 3. NAME: Melanie Holmes | 4. PHONE NUMBER: 972-755-7105 | 5. EMAIL ADDRESS: mholmes@haywardfirm.com |
| 6. MAILING ADDRESS: 10501 N. Central Expy., Ste. 106 | 7. CITY: Dallas | 8. STATE: TX  9. ZIP CODE: 75231 |
| 10. CASE NUMBER: 21-3076 | 11. CASE NAME: Kirschner v. Dondero et al. | 12. JUDICIAL OFFICIAL: Jernigan | 13. DATE OF PROCEEDING: FROM: 09/03/2025 |

14. ORDER FOR: ☐ APPEAL   ☐ BANKRUPTCY   ☒ OTHER Adv. Proceeding

15. ORDER:
A. ☐ ORDINARY   ☐ 7 DAY EXPEDITED   ☐ DAILY   ☒ HOURLY
☐ 14 DAY EXPEDITED   ☐ 3 DAY EXPEDITED

16. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | PORTION(S) |
|---|---|
| ☒ ENTIRE HEARING | ☐ TESTIMONY (SPECIFY WITNESS) |
| ☐ OPENING STATEMENT (PLAINTIFF) | |
| ☐ OPENING STATEMENT (DEFENDANT) | |
| ☐ CLOSING ARGUMENT (PLAINTIFF) | ☐ VOIR DIRE |
| ☐ CLOSING ARGUMENT (DEFENDANT) | ☐ OTHER (SPECIFY) |
| ☐ COURT RULING ONLY | |

CERTIFICATION
By signing 17. & 18, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

17. SIGNATURE: /s/ Melanie Holmes
18. DATE: 9/3/2025

## COURT USE ONLY

| A. PROCESSED BY: | B. TRANSCRIPT TO BE PREPARED BY: |
|---|---|
| PHONE NUMBER: | ADDRESS: |
| EMAIL ADDRESS: | TELEPHONE: EMAIL ADDRESS: |
| C. PARTY RECEIVED AUDIO:    DATE: | BY:    $31 FEE PAID: |

**DISTRIBUTION:**        COURT COPY        ORDER RECEIPT        ORDER COPY