

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 4, 2025

_____
United States Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL<br>MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARK S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; | Adv. Pro. No. 21-03076-sgj |

1

| | |
|---|---|
| **HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD.** | |
| **Defendants.** | |

## ORDER GRANTING MOTION TO SUBSTITUTE

On this day, the Court considered Mark S. Kirschner's, as Litigation Trustee of the Highland Litigation Sub-Trust's ("Litigation Trustee") and Hunter Mountain Investment Trust's ("HMIT") (collectively "Movants") Motion to Substitute, requesting the Court permit HMIT to substitute as plaintiff in place of the Litigation Trustee. The Court, having considered the Motion, any objection, reply, and arguments of counsel, finds that the Motion is well taken and should be **GRANTED**.

It is, therefore, **ORDERED** that HMIT is hereby substituted as plaintiff in place of the Litigation Trustee.

### ### END OF ORDER ###