UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| MARK S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST <br><br> Plaintiff, <br><br> v. <br><br> JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD. <br><br> Defendants. | Adv. Pro. No. 21-03076-sgj |

### NOTICE OF HEARING

PLEASE TAKE NOTICE, that a status conference will take place on **Friday, October 17, 2025, at 9:30 a.m. Central Time** in the above-captioned adversary proceeding. In addition, a hearing on the following matters filed by Plaintiff Hunter Mountain Investment Trust ("HMIT") will be conducted:

1. *Emergency Verified Motion for Temporary Restraining Order* [Doc. 379];[1] and

2. *Emergency Motion for Expedited Discovery* [Doc. 380].

The status conference/hearing will be held in-person before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge for the Northern District of Texas, Courtroom #1, 1100 Commerce Street, Room 1421, Dallas, TX 75242.

Respectfully submitted,

*/s/ Ian B. Salzer*
**Sawnie A. McEntire**
Texas Bar No. 13590100
smcentire@pmmlaw.com
**Ian B. Salzer**
Texas Bar No. 24110325
isalzer@pmmlaw.com
**PARSONS MCENTIRE MCCLEARY PLLC**
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Tel. (214) 237-4300
Fax (214) 237-4340

**ATTORNEYS FOR HUNTER MOUNTAIN INVESTMENT TRUST**

---

[1] It is HMIT's understanding that the requests for preliminary injunction and appointment of a receiver will be scheduled for a later date to be determined at the hearing.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 23, 2025, a true and correct copy of the foregoing document was served on all parties of record via the Court's ECF system.

                                                  */s/ Ian B. Salzer*
                                                  Ian B. Salzer