Deborah Deitsch-Perez
Michael P. Aigen
**STINSON LLP**
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
deborah,deitschperez@stinson.com
michael.aigen@stinson.com

*Counsel for Defendant NexPoint Advisors, L.P.
and NexPoint Asset Management, L.P.
f/k/a Highland Capital Management Fund
Advisors, L.P.*

Debra A. Dandeneau (Admitted pro hac vice)
Blaire Cahn (Admitted pro hac vice)
**BAKER & MCKENZIE LLP**
452 Fifth Ave New York, NY 10018
Telephone: 212-626-4100
debra.dandeneau@bakermckenzie.com
blaire.cahn@bakermckenzie.com

*Counsel for Scott Ellington and Isaac Leventon*

Amy L. Ruhland
Ryan J. Sullivan
**PILLSBURY WINTHROP SHAW
PITTMAN LLP**
401 W 4th Street, Suite 3200
Telephone: (512) 580-9600
amy.ruhland@pillsburylaw.com
ryan.sullivan@pillsburylaw.com

*Counsel for Defendant James Dondero, The
Dugaboy Investment Trust, Get Good Trust,
and Strand Advisors, Inc.*

Michelle Hartmann
State Bar No. 24032402
**BAKER & MCKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
michelle.hartmann@bakermckenzie.com

*Counsel for Scott Ellington and Isaac
Leventon*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>Reorganized Debtor. | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY** | **Adv. Pro. No. 21-03076-sgj** |

INVESTMENT TRUST; GET GOOD TRUST AND
GRANT JAMES SCOTT III, AS TRUSTEE OF GET
GOOD TRUST; HUNTER MOUNTAIN INVESTMENT
TRUST; MARK & PAMELA OKADA FAMILY TRUST –
EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS
TRUSTEE OF MARK & PAMELA OKADA FAMILY
TRUST – EXEMPT TRUST #1; MARK & PAMELA
OKADA FAMILY TRUST – EXEMPT TRUST #2 AND
LAWRENCE TONOMURA IN HIS CAPACITY AS
TRUSTEE OF MARK & PAMELA OKADA FAMILY
TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.;
CHARITABLE DAF HOLDCO, LTD.; CHARITABLE
DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION;
RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL,
LLC; MASSAND CAPITAL, INC.; SAS ASSET
RECOVERY, LTD.; AND CPCM, LLC,

**Defendants.**

**DEFENDANTS' WITNESS AND EXHIBIT LIST FOR OCTOBER 17, 2025
AT 9:30 A.M. (CENTRAL TIME)**

Defendants NexPoint Advisors, L.P., NexPoint Asset Management, L.P. f/k/a Highland

Capital Management Fund Advisors, L.P., James Dondero, The Dugaboy Investment Trust, Get

Good Trust, Strand Advisors, Inc., Scott Ellington, and Isaac Leventon (collectively, the

"Defendants") submit this Witness and Exhibit List for the hearing scheduled on Friday, October

17, 2025 at 9:30 a.m. on *Plaintiff Hunter Mountain Investment Trust's Emergency Motion for*

*Expedited Discovery* (the "Discovery Hearing").

**THE DEFENDANTS' WITNESS LIST**

The Defendants may call the following persons to testify as witnesses at the Hearing:

    1.    Any witness called by any other party; and

    2.    Rebuttal witnesses as necessary.

The Defendants reserve the right to cross-examine any witness called by any other party.

## THE DEFENDANTS' EXHIBIT LIST

| No. | Exhibit | Offered | Admitted |
|-----|---------|---------|----------|
| A | All exhibits admitted in relation to *Hunter Mountain Investment Trust's Emergency Verified Motion for Temporary Restraining Order, Preliminary Injunction, and Appointment of Receiver* [Doc. 379] | | |
| B | Any exhibits designated by any other party; and | | |
| C | Any exhibits necessary as rebuttal evidence. | | |

The Defendants reserve the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated: October 14, 2025                    Respectfully submitted,

**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Defendants NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.*

*/s/Amy L. Rughland*
Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600
*Attorneys for James Dondero, The Dugaboy
Investment Trust, Get Good Trust, and The
Strand Advisors, Inc.*

*/s/ Michelle Hartmann*
Michelle Hartmann
State Bar No. 24032402
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Michelle.hartmann@bakermckenzie.com


Debra A. Dandeneau
Blaire Cahn
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Debra.dandeneau@bakermckenzie.com
Blaire.cahn@bakermckenzie.com
(Admitted pro hac vice)
*Counsel for Scott Ellington and Isaac
Leventon*

CORE/3528166.0004/232704525.2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 14, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this case.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez