Deborah Deitsch-Perez
Michael P. Aigen
**STINSON LLP**
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
deborah,deitschperez@stinson.com
michael.aigen@stinson.com

*Counsel for Defendant NexPoint Advisors, L.P.*
*and NexPoint Asset Management, L.P.*
*f/k/a Highland Capital Management Fund*
*Advisors, L.P.*

Debra A. Dandeneau (Admitted pro hac vice)
Blaire Cahn (Admitted pro hac vice)
**BAKER & MCKENZIE LLP**
452 Fifth Ave New York, NY 10018
Telephone: 212-626-4100
debra.dandeneau@bakermckenzie.com
blaire.cahn@bakermckenzie.com

*Counsel for Scott Ellington and Isaac Leventon*

Amy L. Ruhland
Ryan J. Sullivan
**PILLSBURY WINTHROP SHAW**
**PITTMAN LLP**
401 W 4th Street, Suite 3200
Telephone: (512) 580-9600
amy.ruhland@pillsburylaw.com
ryan.sullivan@pillsburylaw.com

*Counsel for Defendant James Dondero, The*
*Dugaboy Investment Trust, Get Good Trust,*
*and Strand Advisors, Inc.*

Michelle Hartmann
State Bar No. 24032402
**BAKER & MCKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
michelle.hartmann@bakermckenzie.com

*Counsel for Scott Ellington and Isaac*
*Leventon*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>Reorganized Debtor. | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY** | **Adv. Pro. No. 21-03076-sgj** |

**INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,**

       **Defendants.**

## DEFENDANTS' WITNESS AND EXHIBIT LIST FOR OCTOBER 17, 2025 AT 9:30 A.M. (CENTRAL TIME)

Defendants NexPoint Advisors, L.P., NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P., James Dondero, The Dugaboy Investment Trust, Get Good Trust, Strand Advisors, Inc., Scott Ellington, and Isaac Leventon (collectively, the "Defendants") submit this Witness and Exhibit List for the hearing scheduled on Friday, October 17, 2025 at 9:30 a.m. on the Motion for a Temporary Restraining Order brought by Plaintiff Hunter Mountain Investment Trust (the "TRO Hearing").

### THE DEFENDANTS' WITNESS LIST

The Defendants may call the following persons to testify as witnesses at the Hearing:

    1.    Any witness called by any other party; and

    2.    Rebuttal witnesses as necessary.

The Defendants reserve the right to cross-examine any witness called by any other party.

## THE DEFENDANTS' EXHIBIT LIST

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| A | Hearing Transcript from September 3, 2025 hearing on the Motion to Substitute pp.27-33 | | |
| B | *Motion to Dismiss of Defendants James D. Dondero, The Dugaboy Investment Trust, Get Good Trust, Hunter Mountain Investment Trust, Rand PE Fund I, LP, and Strand Advisors, Inc.and Memorandum in Support* filed July 12, 2022 [Dkts. 189, 190] | | |
| C | The Grand Court Of The Cayman Islands Financial Services Division's Consent Order issued on July 31, 2025 | | |
| D | Hearing Transcript excerpts from the June 25, 2025 hearing in Bankruptcy Case No. 19-34054 pp.173-74 | | |
| E | Letter dated July 11, 2025 regarding Rule 11 Agreement | | |
| F | Get Good Trust's Disclosures in Response to Order Requiring Disclosures in Bankruptcy Case No. 19-43054, Dkt. 2546 | | |
| G | CLO HoldCo, Ltd, Charitable DAF Fund, LP, Highland Dallas Foundation, Inc.'s Disclosures in Response to Order Requiring Disclosures in Bankruptcy Case No. 19-43054, Dkt. 2547 | | |
| H | NexPoint Real Estate Partners, et al, and Highland Capital Management Services' Disclosures in Response to Order Requiring Disclosures in Bankruptcy Case No. 19-43054, Dkt. 2544 | | |
| I | Highland Funds I, et al., Disclosures in Response to Order Requiring Disclosures in Bankruptcy Case No. 19-43054, Dkt. 2539 | | |
| J | NexPoint Advisors, L.P. and Highland Capital Fund Advisors, L.P.'s Disclosures in Response to Order Requiring Disclosures in Bankruptcy Case No. 19-43054, Dkt. 2543 | | |
| K | Dugaboy Investment Trust's Disclosures in Response to Order Requiring Disclosures in Bankruptcy Case No. 19-43054, Dkt. 2548 | | |
| L | *Exhibit 1 to Petitioners': (I) Omnibus Reply in Support of Motion of Petitioners for Entry of An Order Granting Provisional Relief Compelling Turnover Of The Debtor's Books And Records Pursuant To Bankruptcy Code Sections 105(A), 542, 1519 And 1521; And (II) Objection To The Patrick Entities' Emergency Cross Motion For Adjournment Of Motion* filed in *In re: Charitable Daf Holdco, Ltd. (In Official Liquidation)* (Del. Bankr. Case. No. 25-11376) at ¶¶ 9 and 11.3; | | |
| M | Resignation Letter of Mark Patrick dated October 2, 2024; | | |
| N | Appearance Detail for Index No. 650744/2023 *UBS Securities LLC v. Dondero* in the New York State Supreme Court | | |

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| O | Cancellation Notice for September 29, 2025 Hearing for Index No. 650744/2023 *UBS Securities LLC v. Dondero* in the New York State Supreme Court | | |
| P | Notice of Appeal of Denial of Motion to Dismiss for Index No. 650744/2023 *UBS Securities LLC v. Dondero* in the New York State Supreme Court | | |
| Q | The JOLs Petition in the Grand Court Of The Cayman Islands Financial Services Division dated July 15, 2025 | | |
| R | Atreyu Logistics LLC Articles of Incorporation Filing | | |
| S | Evidence of Cayman Court Approving Crossvine Funding | | |
| T | Any exhibits designated by any other party; and | | |
| U | Any exhibits necessary as rebuttal evidence. | | |

The Defendants reserve the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated: October 14, 2025                    Respectfully submitted,


**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Email:  deborah.deitschperez@stinson.com
Email:  michael.aigen@stinson.com

*Counsel for Defendants NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.*

*/s/ Amy L. Rughland*
Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600


*Attorneys for James Dondero, The Dugaboy*
*Investment Trust, Get Good Trust, and The*
*Strand Advisors, Inc.*

*/s/ Michelle Hartman*
Michelle Hartmann
State Bar No. 24032402
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Michelle.hartmann@bakermckenzie.com


Debra A. Dandeneau
Blaire Cahn
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Debra.dandeneau@bakermckenzie.com
Blaire.cahn@bakermckenzie.com
(Admitted pro hac vice)
*Counsel for Scott Ellington and Isaac*
*Leventon*

## CERTIFICATE OF SERVICE

I certify that on October 14, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this case.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez