Jason M. Rudd
Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Lauren K. Drawhorn
Texas State Bar No. 24074528
lauren.drawhorn@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

**COUNSEL FOR NREP, HCMS, NREC,**
**THE REAL ESTATE ADVISORS, NMCT,**
**NREF, NXRT, NHT, AND VB** (AS DEFINED BELOW)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | **Case No.: 19-34054-sgj11** |
| | § | |
| Debtor. | § | |

## NOTICE AND DISCLOSURE OF NEXPOINT RE
## ENTITIES AND HIGHLAND CAPITAL MANAGEMENT SERVICES INC.
## IN RESPONSE TO COURT'S SUA SPONTE ORDER REQUIRING DISCLOSURES

NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC ("NREP"), NexPoint Real Estate Capital, LLC ("NREC"), NexPoint Real Estate Advisors, L.P., NexPoint Real Estate Advisors II, L.P., NexPoint Real Estate Advisors III, L.P., NexPoint Real Estate Advisors IV, L.P., NexPoint Real Estate Advisors V, L.P., NexPoint Real Estate Advisors VI, L.P., NexPoint Real Estate Advisors VII, L.P., NexPoint Real Estate Advisors VIII, L.P. (collectively, the "Real Estate Advisors"), NexPoint Real Estate Finance Inc. ("NREF"), NexPoint Residential Trust, Inc. ("NXRT"), NexPoint Hospitality Trust ("NHT"), NexPoint Multifamily Capital Trust, Inc. ("NMCT"), VineBrook Homes, Trust, Inc. ("VB"), and Highland Capital Management Services, Inc. ("HCMS"), by and through their undersigned counsel, make the following disclosures (the

EXHIBIT
**H**

"Disclosures") as required by this Court's June 18, 2021 *Order Requiring Disclosures* [Dkt. No.

2460] (the "Order").

## I. DISCLOSURES

**A.     NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC.**

**1.     NREP ownership, officers, directors, managers, and/or trustees.**

| Owners | Type | % | Manager | Officers |
|---|---|---|---|---|
| The Dugaboy Investment Trust | Member | 70 | | |
| Highland Capital Management Real Estate Holdings I, LLC | Member | 25 | James Dondero | Matt McGraner – Vice President Scott Ellington – Secretary |
| Highland Capital Management Real Estate Holdings II, LLC | Member | 5 | | |

**2.     NREP ownership interest (direct or indirect) held by Mr. Dondero and/or his family trusts and percentage of such ownership.**

The Dugaboy Investment Trust owns a 70% interest in NREP.

**3.     NREP's status as creditor of the Debtor.**

NREP timely filed a proof of claim against the Debtor's estate on April 8, 2020. [Proof of

Claim No. 146]. The Debtor objected to the NREP Proof of Claim through its First Omnibus

Objection [Dkt. No. 906]. On October 19, 2020, NREP filed its Response, asserting a claim against

the Debtor because the SE Multifamily Holdings LLC company agreement improperly allocates

the ownership percentages of the members due to mutual mistake, lack of consideration, and/or

failure of consideration and seeking to reform, rescind, and/or modify the company agreements

(the "Contested Matter"). [Dkt. No. 1212]. The Contested Matter is not yet resolved; however, the

result of a finding in favor of NREP will result in the modification of the SE Multifamily Holdings,

LLC company agreement, not a setoff against the Debtor's estate. [1]

---

[1]   The Debtor filed a Motion to Compel Disqualify Wick Phillips Gould & Martin ("WPGM") from representing
NREP in the contested matter only. [Dkt. No. 2196]. Wick Phillips disputes the Debtor's allegations in the Motion for
the reasons set forth in Wick Phillips' Response and Brief in Opposition [Dkt. Nos. 2278, 2279]. The hearing on the
Debtor's Motion is currently set for October 25, 2021. [Dkt. No. 2361].

---

Case 23-03037-sgj Doc 25-8 Filed 07/09/24 Entered 07/09/24 12:42:49 Page 3 of 7
Case 19-34054-sgj11 Doc 2546-1 Filed 07/09/21 Entered 07/09/21 15:41:02 Page 3 of 7
Exhibit H    Page 3 of 7

The Debtor also initiated an adversary proceeding, Adversary No. 21-03007, against NREP based on certain demand and promissory notes. NREP filed its First Amended Answer to the Debtor's Complaint on June 11, 2021. [Dkt. No. 34]. In addition, NREP filed a Motion to Withdraw the Reference and Brief in Support on June 3, 2021. [Dkt. Nos. 20, 21]. A status conference on the Motion to Withdraw the Reference was held on July 8, 2021. [Dkt. No. 30].

**B.    Highland Capital Management Services, Inc.**

**1.    HCMS ownership, officers, directors, managers, and/or trustees.**

| Owners | Type | % | Director | Officers |
|--------|------|---|----------|----------|
| James Dondero | Shareholder | 75 | James Dondero | James Dondero – President |
| Mark Okada | Shareholder | 25 | | Scott Ellington – Secretary<br>Frank Waterhouse – Treasurer |

**2.    HCMS ownership interest (direct or indirect) held by Mr. Dondero and/or his family trusts and percentage of such ownership.**

Mr. Dondero owns 75% of the direct ownership interest in HCMS.

**3.    HCMS' Status as creditor of the Debtor.**

HCMS timely filed two proofs of claim against the Debtor's estate on April 23, 2020 [Proofs of Claim Nos. 175, 176]; however, such claims were expunged on October 20, 2020. [Dkt. No. 1233].

The Debtor initiated an adversary proceeding, Adversary No. 21-03006, against HCMS based on certain demand and promissory notes. HCMS filed its First Amended Answer to the Debtor's Complaint on June 11, 2021. [Dkt. No. 34]. In addition, NREP filed a Motion to Withdraw the Reference and Brief in Support on June 3, 2021. [Dkt. Nos. 19, 20]. A status conference on the Motion to Withdraw the Reference was held on July 8, 2021. [Dkt. No. 29].

C.    **NexPoint Real Estate Capital, LLC.**

1.    **NREC ownership, directors, officers, managers, and/or trustees.**

| Owner | Type | % | Manager |
|-------|------|---|---------|
| NexPoint Strategic Opportunities Fund | Member | 100 | NexPoint Strategic Opportunities Fund |

2.    **HCMS ownership interest (direct or indirect) held by Mr. Dondero and/or his family trusts and percentage of such ownership.**

Mr. Dondero and/or his family trusts have an indirect ownership interest in NREC through their ownership of 7.43% of shares of NREC's sole member, NexPoint Strategic Opportunities Fund.

D.    **NexPoint Real Estate Advisors, LP; NexPoint Real Estate Advisors II, LP; NexPoint Real Estate Advisors III, LP; NexPoint Real Estate Advisors IV, LP; NexPoint Real Estate Advisors V, LP; NexPoint Real Estate Advisors VI, LP; NexPoint Real Estate Advisors VII, LP; and NexPoint Real Estate Advisors VIII, LP.**

1.    **The Real Estate Advisors' ownership, directors, officers, managers, and/or trustees.[2]**

| Owners | Type | % | Manager | Officers |
|--------|------|---|---------|----------|
| NexPoint Real Estate Advisors GP, LLC | General Partner | 0.1 | NexPoint Real Estate Advisors GP, LLC, the General Partner | James Dondero – President Scott Ellington – GC/Secretary Brian Mitts – EVP |
| NexPoint Advisors, LP | Limited Partner | 99.9 | | Matt McGraner – EVP Frank Waterhouse – Treasurer Dustin Norris – Asst. Treasurer |

2.    **The Real Estate Advisors ownership interest (direct or indirect) held by Mr. Dondero and/or his family trusts and percentage of such ownership.**

Mr. Dondero has a .01% indirect ownership interest in the Real Estate Advisors through their General Partner, NexPoint Advisors GP, LLC, of which Mr. Dondero is the sole member (100%). Mr. Dondero's family trusts have a 99.9% indirect ownership interest in the Real Estate Advisors through their Limited Partner, NexPoint Advisors, LP.

---

[2]    The ownership, directors, and officers are the same for each of the Real Estate Advisors entities.

### E.    NexPoint Multifamily Capital Trust Inc.

#### 1.    NMCT ownership, directors, officers, managers, and/or trustees.

| Owner | Type | % | Manager | Officers |
|---|---|---|---|---|
| NHT Operating Partnership, LLC | Member | 100 | N/A | James Dondero – President<br>Scott Ellington – GC/Secretary<br>Brian Mitts – CFO/EVP-Finance/Treasurer<br>Matt McGraner – CIO/EVP<br>Matt Goetz – VP-Investment & Asset Mgmt. |

#### 2.    NMCT ownership interest (direct or indirect) held by Mr. Dondero and/or his family trusts and percentage of such ownership.

NMCT is wholly owned by NHT Operating Partnership, LLC, the operating partnership of NHT (defined below). Any indirect ownership of Mr. Dondero and his family trusts are set forth in Exhibit A next to NHT.

### F.    NexPoint Real Estate Finance Inc, NexPoint Residential Trust Inc., NexPoint Hospitality Trust, and VineBrook Homes Trust, Inc.

NexPoint Real Estate Finance, Inc. ("NREF"), NexPoint Residential Trust Inc. ("NXRT"), NexPoint Hospitality Trust ("NHT"), and VineBrook Homes Trust, Inc. ("VB" and together with NREF, NXRT, and NHT, the "Public Entities") are all governed by a Board of Trustees or Directors (depending on its form of organization). Shares of NXRT and NREF are publicly held by investors and are traded on the New York Stock Exchange. Shares of NHT are publicly held by investors and are traded on the TSX Venture Exchange. As such, each of NREF, NXRT, and NHT are owned by "retail" investors, meaning public shareholders that trade interests daily on the public markets. Because many of the shares of NREF, NXRT, and NHT are held in omnibus accounts or "street names," the actual number of shareholders is greater than the total number of account holders. Accordingly, it is not possible to list all the owners of the Public Entities publicly or by name. Shares of VB are not publicly traded but are owned by over 2,000 individual shareholders. Additionally, VB is conducting a continuous placement of its Class A common stock and, as a

result, the number of shareholders continues to increase on an ongoing basis. As such, while possible, it is not practicable to list the owners of VB publicly or by name.

The directors/trustee, officers, directors, and Mr. Dondero's and/or his family trusts' interest in the Public Entities are set forth in the chart attached to these Disclosures as **Exhibit A**.

**G.    The Public Entities, NREC, NMCT, and the Real Estate Advisors' status as creditors of the Debtor.**

The Public Entities, NREC, NMCT and the Real Estate Advisors are not creditors of the Debtor.[3] Other than the filing an Objection to Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor and Request for Protective Order [Dkt. 847] and a Joinder to Highland Capital Management Fund Advisors, LP, NexPoint Advisors, LP, and Related Funds' Objection to Confirmation of the Debtor's Fifth Amended Plan of Reorganization [Dkt. No. 1677], the Public Entities, NREC, NMCT, and the Real Estate Advisors have not otherwise been involved in the Bankruptcy Case.

---

[3]    The Public Entities, NREC, NMCT, and the Real Estate Advisors objected to the Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor [Dkt. No. 808] based on the fact that it required disclosure of data and information belonging to the Public Entities, NREC, NMCT and the Real Estate Advisors were housed on the Debtor's servers pursuant to various shared services agreements.

Respectfully submitted,

*/s/ Lauren K. Drawhorn*

Jason M. Rudd
Texas Bar No. 24028786
Lauren K. Drawhorn
Texas Bar No. 24074528
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255
Email:  jason.rudd@wickphillips.com
        lauren.drawhorn@wickphillips.com

**COUNSEL FOR NREP, HCMS, NREC, THE REAL
ESTATE ADVISORS, NMCT, NREF, NXRT, NHT,
AND VB**

## CERTIFICATE OF SERVICE

     I hereby certify that on July 9, 2021, a true and correct copy of the foregoing Joinder was served via the Court's CM/ECF system upon counsel for the Debtor and all other parties requesting or consenting to such service in this bankruptcy case.

*/s/ Lauren K. Drawhorn*

Lauren K. Drawhorn