K&L GATES LLP
Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5659
artoush.varshosaz@klgates.com

A. Lee Hogewood, III (*pro hac vice*)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Tel: (919) 743-7306
Lee.hogewood@klgates.com

*Counsel for the Funds (as defined below)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) ) ) | Case No. 19-34054 (SGJ11) |
| Debtor. | ) ) ) ) | |

## NOTICE AND DISCLOSURES OF FUNDS PURSUANT TO COURT'S SUA SPONTE ORDER REQUIRING DISCLOSURES

Highland Funds I and its series Highland Healthcare Opportunities Fund, Highland/iBoxx Senior Loan ETF, Highland Opportunistic Credit Fund, and Highland Merger Arbitrage Fund, Highland Funds II and its series Highland Small-Cap Equity Fund, Highland Socially Responsible Equity Fund, Highland Fixed Income Fund, and Highland Total Return Fund, NexPoint Capital, Inc., NexPoint Strategic Opportunities Fund, Highland Income Fund, Highland Global Allocation Fund, and NexPoint Real Estate Strategies Fund (each, a "Fund," and together, the "Funds"), by and through their undersigned counsel, make the following disclosures (the "Disclosures") pursuant to the Court's June 18, 2021 *Order Requiring Disclosures* [Dkt. No. 2460] (the "Order").

EXHIBIT
I

1

APP 00153

I-1

## Introduction and Background

Each of Highland Funds I (which has three series: Highland Healthcare Opportunities Fund, Highland/iBoxx Senior Loan ETF and NexPoint Merger Arbitrage Fund),[1] Highland Funds II (which has a single series, Highland Small-Cap Equity Fund),[2] NexPoint Capital, Inc.,[3] NexPoint Strategic Opportunities Fund, Highland Income Fund, Highland Global Allocation Fund, and NexPoint Real Estate Strategies Fund[4] is an investment company or a business development company registered under the Investment Company Act of 1940, as amended (the "1940 Act"). As registered funds, the Funds are regulated under the 1940 Act. As briefly discussed below, each of the Funds is governed by its Board of Trustees or Directors (depending on its form of organization), as required by the 1940 Act. As also briefly discussed below, each Fund's board has engaged, subject to 1940 Act requirements, a registered investment adviser (either NexPoint Advisors, L.P. or Highland Capital Management Fund Advisors, L.P.) to manage the day-to-day investment operations of the Fund. In addition, each Fund's shares are publicly held by investors, and each Fund either currently offers its securities to the public or has issued shares that are publicly traded on the New York Stock Exchange.

As 1940 Act registrants, each Fund is governed by a Board of Trustees or Directors (the

---

[1] Highland Funds I is a Delaware statutory trust currently consisting of three series. As is typical for open-end investment companies (referred to commonly as "mutual funds"), each series of the trust is a separate and distinct fund. Highland Funds I series Highland Merger Arbitrage Fund changed its name to NexPoint Merger Arbitrage Fund on August 13, 2020. Former series Highland Opportunistic Credit Fund completed a liquidation on March 30, 2021 and no longer exists.

[2] Highland Funds II is also a Delaware statutory trust, currently consisting of one series. Former series Highland Socially Responsible Equity Fund merged, following shareholder approval, into NexPoint Merger Arbitrage Fund on March 4, 2021. Former series Highland Fixed Income Fund and Highland Total Return Fund, following shareholder approval, each reorganized into other funds sponsored by an unaffiliated fund group on January 11, 2021 and no longer exist as series of Highland Funds II.

[3] NexPoint Capital, Inc. has elected to be treated as a business development company ("BDC") registered under the 1940 Act. A BDC is regulated similarly to an investment company under the 1940 Act.

[4] Each of NexPoint Strategic Opportunities Fund, Highland Income Fund, Highland Global Allocation Fund, and NexPoint Real Estate Strategies Fund is a closed-end investment company under the 1940 Act.

2

"Board"). Rules under the 1940 Act on which the Funds rely require that a majority of each Board consist of members (the "independent trustees") who are not "interested persons," as the term is defined in section 2(a)(19) of the 1940 Act, of the Fund, the adviser or the adviser's affiliates. The members of each Fund's Board (referred to collectively as the "Trustees") are identified in the chart attached to these Disclosures as **Exhibit A**. As required by the 1940 Act, the Trustees evaluate, hire, oversee, and review the activities of each Fund's service providers, including its investment adviser. Trustees meet routinely in this regard, as well as in overseeing the Funds generally.[5] The 1940 Act also specifically requires the Board to review and approve each Fund's investment advisory agreement annually, and such contracts may not continue without Board approval.

In addition to the requirements of federal law, all Trustees must abide by standards of care prescribed by state statutory and common law. Specifically, the Trustees are subject to state law duties of care and loyalty. The duty of care generally requires that Trustees act in good faith and with that degree of diligence, care and skill that a person of ordinary prudence would exercise under similar circumstances in a like position. The duty of loyalty generally requires that Trustees exercise their powers in the interests of the Fund and not in the Trustees' own interests or in the interests of another person or organization.

In addition, the 1940 Act prescribes numerous restrictions on the Funds, such as prohibitions on affiliated transactions, which the Boards oversee though their oversight of the Funds' chief compliance officers (each, a "CCO"). A Fund CCO reports to the Independent Trustees and may only be terminated with approval of the Independent Trustees. All of the Funds

---

[5]     In ordinary times, the Board meets quarterly for a number of day long meetings. During 2021, because of the numerous proceedings, the Board has not only held its regular meetings, but has held a number of special meetings as well as executive session conferences to evaluate options in connection with pending litigation and the bankruptcy case.

3

are also required to file audited annual reports and to make quarterly, semi-annual and other reports with the Securities and Exchange Commission (SEC), the most recent of which may be found at the website designated in **Exhibit A** attached to these Disclosures.

### Disclosures Pursuant to Court's Order

Pursuant to the Court's Order, the Funds hereby make the following Disclosures:

1. Ownership:

Each Fund is owned by many thousands of "retail" investors, meaning public shareholders that may, on a daily basis, either trade interests (for those funds listed on an exchange) or purchase and redeem shares (for mutual funds). Because many of the Funds' shares are owned in omnibus accounts held in "street name" by intermediaries, such as brokerage firms, the actual number of shareholders (being, for example, customers of a broker) is greater than the total number of account holders and unknowable to the Funds. Accordingly, it is not possible for the Funds to list the total number of owners of the Funds publicly or by name.

2. Ownership interests (direct or indirect) held by Mr. Dondero and/or his family trusts and percentage of such ownership:

Please refer to the chart attached to these Disclosures as **Exhibit A**.

3. Officers, directors, managers, and/or trustees:

Please refer to the chart attached to these Disclosures as **Exhibit A**.

4. Status as creditor of the Debtor:

Each Fund timely filed a proof of claim against the Debtor, as indicated in **Exhibit A**, but each claim was expunged. *See* Dkt. No. 1233.

Additionally, certain of the Funds own equity interests, and, in some cases, a majority of equity interests in certain collateralized loan obligations ("CLOs") managed by the Debtor

4

pursuant to a portfolio management agreement or servicing agreement (each, a "<u>Servicing Agreement</u>"). The aggregate dollar value of these Funds' investment in the CLOs managed by the Debtor was, as of February 2021, approximately $138 million. The Debtor assumed all of the Servicing Agreements with the CLOs pursuant to the terms of its confirmed Chapter 11 Plan. In the event that the Debtor were to breach any Servicing Agreement or otherwise mismanage any of the CLOs' assets, and a Fund suffered a loss as a result of such post-confirmation breach or mismanagement, then such Fund may have a claim against the Debtor for damages as a consequence of the Debtor's post-confirmation breach or mismanagement. Moreover, as the Funds have asserted elsewhere, the exculpation and gatekeeper injunction provisions of the Chapter 11 Plan limit post-petition contractual rights of the Funds pursuant to the assumed Servicing Agreements.

<b><u>Proceedings Involving the Funds</u></b>

The Funds further disclose that the Funds jointly filed the *Objection to Confirmation of Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.* [Dkt. No. 1670] and the *Limited Objection to (A) Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor and (B) Debtor's Motion for Entry of (I) A Protective Order, or, in the Alternative, (II) An Order Directing the Debtor to Comply with Certain Discovery Demands Tendered by the Official Committee of Unsecured Creditors, Pursuant to Federal Rule of Bankruptcy Procedure 7026 and 7034* [Dkt. No. 841]. Certain of the Funds have filed the following additional pleadings with the Court: (a) the *Motion for Order Imposing Temporary Restrictions on Debtor's Ability, as Portfolio Manager, to Initiate Sales by Non-Debtor CLO Vehicles* [Dkt. No. 1522],[6] and (b) the *Motion for Stay Pending Appeal of the Court's Order*

---

[6] Filed only by Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc.

5

*Confirming the Debtor's Fifth Amended Plan* [Dkt. No. 1967].[7] In addition, three of the Funds are defendants in Adversary Proceeding No. 21-03000 (the "<u>Adversary</u>").[8] The Defendant Funds have filed responsive pleadings in the Adversary. A stipulation regarding the settlement of the Adversary was filed on June 29, 2021 [Dkt. No. 101].

|  |  |
|---|---|
| Dated: July 9, 2021 | **K&L GATES LLP** |
| | By: /s/ A. Lee Hogewood, III |
| | A. Lee Hogewood, III (*pro hac vice*) |
| | 4350 Lassiter at North Hills Ave., Suite 300 |
| | Raleigh, NC 27609 |
| | Tel: (919) 743-7306 |
| | Lee.hogewood@klgates.com |
| | |
| | Artoush Varshosaz (TX Bar No. 24066234) |
| | 1717 Main Street, Suite 2800 |
| | Dallas, TX 75201 |
| | Tel: (214) 939-5659 |
| | artoush.varshosaz@klgates.com |
| | |
| | *Counsel for the Funds (as defined above)* |

---

[7] Filed only by Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation fund, and NexPoint Capital, Inc., which are also the only Funds that are parties to the corresponding appeal of the confirmation order, which is presently pending at the U.S. Court of Appeals for the Fifth Circuit.

[8] Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc. are defendants in Adv. Pro. No. 21-03000.

6

**Exhibit A to Notice and Disclosures of Funds Pursuant to
Court's Sua Sponte Order Requiring Disclosures**

| Fund | Ticker | Combined Dondero or Family Trust Ownership % (Direct and Indirect) | Officers | Directors or Managers | Trustees | Number of Accounts[1] | Link to Most Recent SEC Filing | POC No. |
|---|---|---|---|---|---|---|---|---|
| **Highland Funds I** | N/A | None | Dustin Norris- EVP<br><br>Frank Waterhouse- PEO/PFO/PAO/ Treasurer<br><br>Will Mabry- Asst. Treasurer<br><br>Stephanie Vitiello- Secretary<br><br>Jason Post- CCO/AMLO | N/A | Independent Trustees<br>Dr. Bob Froehlich<br>Bryan A. Ward<br>Ethan Powell<br><br>Interested Trustees<br>John Honis | N/A | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0001354917&owner=include&count=40 | 106 |
| **Highland Healthcare Opportunities Fund** | HHCAX (Class A)<br>HHCCX (Class C)<br>HHCZX (Class Z) | None | Same as Highland Funds I | N/A | Same as Highland Funds I | 193 | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S000021242&owner=include&scd=filin | 116 |

---

[1] As noted in the Disclosures, many of the Funds' shares are owned in omnibus accounts held in "street name" by intermediaries, such as brokerage firms, and therefore, the actual number of shareholders (being, for example, customers of a broker) is greater than the total number of account holders and unknowable to the Funds.

| Fund | Ticker | Combined Dondero or Family Trust Ownership % (Direct and Indirect) | Officers | Directors or Managers | Trustees | Number of Accounts[1] | Link to Most Recent SEC Filing | POC No. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | gs&count=40 | |
| **Highland/iBoxx Senior Loan ETF** | SNLN | None | Same as Highland Funds I | N/A | Same as Highland Funds I | 48 | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S000038289&owner=include&scd=filings&count=40 | 122 |
| **Highland Opportunistic Credit Fund** (liquidated as of 3/30/2021) | N/A - Liquidated 3/30/2021  Formerly:  HNRAX (Class A) HNRCX (Class C) HNRZX (Class Z) | None | N/A - Liquidated 3/30/2021 | N/A | N/A - Liquidated 3/30/2021 | N/A - Liquidated 3/30/2021 | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S000045651&owner=include&scd=filings&count=40 | 100 |

Exhibit A - Page 2

| **Fund** | **Ticker** | **Combined Dondero or Family Trust Ownership % (Direct and Indirect)** | **Officers** | **Directors or Managers** | **Trustees** | **Number of Accounts**[1] | **Link to Most Recent SEC Filing** | **POC No.** |
|---|---|---|---|---|---|---|---|---|
| **Highland Merger Arbitrage Fund** (name changed to NexPoint Merger Arbitrage Fund as of 8/13/2020) | HMEAX (Class A) HMECX (Class C) HMEZX (Class Z) | 0.07% | Same as Highland Funds I | N/A | Same as Highland Funds I | 3,680 | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S000054634&owner=include&scd=filings&count=40 | 132 |
| **Highland Funds II** | N/A | None | Dustin Norris- EVP<br><br>Frank Waterhouse- PEO/PFO/PAO/Treasurer<br><br>Will Mabry- Asst. Treasurer<br><br>Stephanie Vitiello- Secretary<br><br>Jason Post- CCO/AMLO | N/A | Independent Trustees<br>Dr. Bob Froehlich<br>Bryan A. Ward<br>Ethan Powell<br><br>Interested Trustees<br>John Honis | N/A | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000891079&owner=include&count=40 | 114 |

Exhibit A - Page 3

I-9

APP 00161

Case 19-34054-sgj11 Doc 2539 Filed 07/09/21    Entered 07/09/21 10:40:00    Page 10 of 16

| **Fund** | **Ticker** | **Combined Dondero or Family Trust Ownership % (Direct and Indirect)** | **Officers** | **Directors or Managers** | **Trustees** | **Number of Accounts[1]** | **Link to Most Recent SEC Filing** | **POC No.** |
|---|---|---|---|---|---|---|---|---|
| **Highland Small-Cap Equity Fund** | HSZAX (Class A) HSZCX (Class C) HSZYX (Class Y) | None | Same as Highland Funds II | N/A | Same as Highland Funds II | 638 | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S0000001623&owner=include&scd=filings&count=40 | 127 |
| **Highland Socially Responsible Equity Fund** (merged into NexPoint Merger Arbitrage Fund as of 3/3/2021) | N/A - Merged away 3/3/2021 Formerly: HPEAX (Class A) HPECX (Class C) HPEYX (Class Y) | None | N/A - Merged into NexPoint Merger Arbitrage Fund as of 3/3/2021 | N/A | N/A - Merged into NexPoint Merger Arbitrage Fund as of 3/3/2021 | N/A - Merged into NexPoint Merger Arbitrage Fund as of 3/3/2021 | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S00005463 4&owner=include&scd=filings&count=40 | 115 |

Exhibit A - Page 4

I-10

APP 00162

| **Fund** | **Ticker** | **Combined Dondero or Family Trust Ownership % (Direct and Indirect)** | **Officers** | **Directors or Managers** | **Trustees** | **Number of Accounts**[1] | **Link to Most Recent SEC Filing** | **POC No.** |
|---|---|---|---|---|---|---|---|---|
| **Highland Fixed Income Fund** (reorganized into fund sponsored by unaffiliated fund group as of 1/11/2021; no longer a series of Highland Funds II) | N/A - Merged away 1/11/2021 Formerly: HFBAX (Class A) HFBCX (Class C) HFBYX (Class Y) | None | N/A - Reorganized into other funds sponsored by unaffiliated fund group on 1/11/2021; no longer exists as a series of Highland Funds II | N/A | N/A - Reorganized into other funds sponsored by unaffiliated fund group on 1/11/2021; no longer exists as a series of Highland Funds II | N/A - Reorganized into other funds sponsored by unaffiliated fund group on 1/11/2021; no longer exists as a series of Highland Funds II | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S000001613&owner=include&scd=filings&count=40 | 109 |
| **Highland Total Return Fund** (reorganized into fund sponsored by unaffiliated fund group as of 1/11/2021; no longer a series of Highland Funds II) | N/A - Merged away 1/11/2021 Formerly: HTAAX (Class A) HTACX (Class C) HTAYX (Class Y) | None | N/A - Reorganized into other funds sponsored by unaffiliated fund group on 1/11/2021; no longer exists as a series of Highland Funds II | N/A | N/A - Reorganized into other funds sponsored by unaffiliated fund group on 1/11/2021; no longer exists as a series of Highland Funds II | N/A - Reorganized into other funds sponsored by unaffiliated fund group on 1/11/2021; no longer exists as a series of Highland Funds II | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S000001624&owner=include&scd=filings&count=40 | 126 |

Exhibit A - Page 5

I-11

APP 00163

| **Fund** | **Ticker** | **Combined Dondero or Family Trust Ownership % (Direct and Indirect)** | **Officers** | **Directors or Managers** | **Trustees** | **Number of Accounts**[1] | **Link to Most Recent SEC Filing** | **POC No.** |
|---|---|---|---|---|---|---|---|---|
| **NexPoint Capital, Inc.** | N/A | 24.6967% | James Dondero- PEO/President<br><br>Frank Waterhouse- PFO/PAO/Treasurer<br><br>Dustin Norris- EVP<br><br>Will Mabry- Asst. Treasurer<br><br>Stephanie Vitiello- Secretary<br><br>Jason Post- CCO/AMLO | Directors:<br>Class I: Ethan Powell, Bryan Ward<br>Class II: Bob Froehlich,<br>Class III: John Honis | N/A | 1,774 | https://www.sec.gov/edgar/browse/?CIK=1588272 | 107, 140 |

Exhibit A - Page 6

Case 19-34054-sgj11 Doc 2539 Filed 07/09/21    Entered 07/09/21 10:40:00    Page 13 of 16

| **Fund** | **Ticker** | **Combined Dondero or Family Trust Ownership % (Direct and Indirect)** | **Officers** | **Directors or Managers** | **Trustees** | **Number of Accounts**[1] | **Link to Most Recent SEC Filing** | **POC No.** |
|---|---|---|---|---|---|---|---|---|
| **NexPoint Strategic Opportunities Fund** | NHF | 7.43% | James Dondero- PEO/President<br><br>Frank Waterhouse- PFO/PAO/Treasurer<br><br>Dustin Norris- EVP<br><br>Will Mabry- Asst. Treasurer<br><br>Stephanie Vitiello- Secretary<br><br>Jason Post- CCO/AMLO | N/A | Independent Trustees<br>Dr. Bob Froehlich<br>Bryan A. Ward<br>Ethan Powell<br>Ed Constantino<br><br>Interested Trustees<br>John Honis | 89 | https://www.sec.gov/edgar/browse/?CIK=1356115&owner=exclude | 103 |

Exhibit A - Page 7

APP 00165

| Fund | Ticker | Combined Dondero or Family Trust Ownership % (Direct and Indirect) | Officers | Directors or Managers | Trustees | Number of Accounts[1] | Link to Most Recent SEC Filing | POC No. |
|---|---|---|---|---|---|---|---|---|
| **Highland Income Fund** | HFRO | 0.23113% | Dustin Norris- EVP<br><br>Frank Waterhouse- PEO/PFO/PAO/ Treasurer<br><br>Will Mabry- Asst. Treasurer<br><br>Stephanie Vitiello- Secretary<br><br>Jason Post- CCO/AMLO | N/A | Independent Trustees<br>Dr. Bob Froehlich<br>Bryan A. Ward<br>Ethan Powell<br><br>Interested Trustees<br>John Honis | 91 | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S000015818&owner=include&scd=filings&count=40 | 105 |
| **Highland Global Allocation Fund** | HGLB | 0.229% | Dustin Norris- EVP<br><br>Frank Waterhouse- PEO/PFO/PAO/ Treasurer<br><br>Will Mabry- Asst. Treasurer<br><br>Stephanie Vitiello- Secretary<br><br>Jason Post- CCO/AMLO | N/A | Independent Trustees<br>Dr. Bob Froehlich<br>Bryan A. Ward<br>Ethan Powell<br><br>Interested Trustees<br>John Honis | 71 | https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=S000001616&owner=include&scd=filings&count=40 | 98 |

Exhibit A - Page 8

Case 19-34054-sgj11 Doc 2539 Filed 07/09/21    Entered 07/09/21 10:40:00    Page 15 of 16

| **Fund** | **Ticker** | **Combined Dondero or Family Trust Ownership % (Direct and Indirect)** | **Officers** | **Directors or Managers** | **Trustees** | **Number of Accounts**[1] | **Link to Most Recent SEC Filing** | **POC No.** |
|---|---|---|---|---|---|---|---|---|
| **NexPoint Real Estate Strategies Fund** | NRESF | 21.6146% | James Dondero- PEO/President

Frank Waterhouse- PFO/PAO/Treasurer

Dustin Norris- EVP

Will Mabry- Asst. Treasurer

Stephanie Vitiello- Secretary

Jason Post- CCO/AMLO | N/A | Independent Trustees
Dr. Bob Froehlich
Bryan A. Ward
Ethan Powell

Interested Trustees
John Honis | 307 | https://www.sec.gov/edgar/browse/?CIK=1663712&owner=exclude | 118 |

Exhibit A - Page 9

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2021, I caused the foregoing document to be served via electronic email through the Court's CM/ECF system to the parties that have requested or consented to such service.


                                          */s/ A. Lee Hogewood, III*
                                          A. Lee Hogewood, III