# Resignation Letter

October 2, 2024

**Via Email (sellington@skyviewgroup.com) and FedEx**

Skyview Group
c/o Scott Ellington
2101 Cedar Springs Road
Suite 1200
Dallas, Texas 75201

Dear Scott:

Please accept this letter as my formal notice of resignation as an employee from Skyview Group, effective immediately. The associations I've made during my employment here will truly be memorable for years to come.

Thank you very much for the opportunity to work here.

Sincerely,

_[signature]_
Mark Patrick, Managing Director

Cc: legal@skyviewgroup.com
Jsevilla@skyviewgroup.com
fwaterhouse@skyviewgroup.com

APP 00210

**EXHIBIT M**

M - 1