| | |
|---|---|
| **Subject:** | Canceled: 650744/2023 - UBS Securities LLC et al v. James Dondero et al |
| **Location:** | OA MS 02 |
| **Start:** | Mon 9/29/2025 9:30 AM |
| **End:** | Mon 9/29/2025 10:30 AM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Organizer:** | SFC PART 60 |
| **Importance:** | High |

**External Email – Use Caution**

The court is taking this motion in on submission.

1

**APP 00213**

EXHIBIT
**O**

O - 1