

Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
United States

**D:** +1 345 815 1857

**E:** christopher.levers@ogier.com

Ref: CVS/NKQ/513915.00001

**Attention: Debra A Dandeneau**                14 October 2025

Dear Colleagues

**Funding of Liquidation of Charitable DAF Holdco, Ltd (In Official Liquidation) (the Company) – FSD 201 Of 2025 (RPJ)**

We act for Crossvine Litigation Funding, LLC.

We confirm that, pursuant to the terms of an Order of the Grand Court of the Cayman Islands dated 15 July 2025 (the **Order**), the joint official liquidators of the Company were authorised to enter into a funding agreement with Crossvine Litigation Funding, LLC dated 11 July 2025.

As a result of the Order, Crossvine Litigation Funding, LLC's funding of the Company's liquidation has received sanction of the Grand Court of the Cayman Islands.

Please note that, in accordance with a further direction of the Grand Court of the Cayman Islands, the Order has been sealed pursuant to Order 24, rule 6 of the Companies Winding Up Rules and must be kept confidential. As a result, a copy of the Order is not enclosed herewith.

Yours faithfully

*[signature]*

Ogier (Cayman) LLP

**Ogier (Cayman) LLP**
89 Nexus Way
Camana Bay
Grand Cayman, KY1-9009
Cayman Islands

T +1 345 949 9876
F +1 345 949 9877
ogier.com

As from 11 October 2022 Ogier, which was constituted as a general partnership under the laws of the Cayman Islands, converted to a limited liability partnership registered in the Cayman Islands as Ogier (Cayman) LLP.

A list of Partners may be inspected on our website

LRA/858403/000002/83891446

**EXHIBIT S**

APP 00406