| | |
|---|---|
| Deborah Deitsch-Perez<br>Michael P. Aigen<br>**STINSON LLP**<br>2200 Ross Avenue, Suite 2900<br>Dallas, Texas 75201<br>Telephone: (214) 560-2201<br>deborah,deitschperez@stinson.com<br>michael.aigen@stinson.com | Amy L. Ruhland<br>Ryan J. Sullivan<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>401 W 4th Street, Suite 3200<br>Telephone: (512) 580-9600<br>amy.ruhland@pillsburylaw.com<br>ryan.sullivan@pillsburylaw.com |
| *Counsel for Defendant NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.* | *Counsel for Defendant James Dondero, The Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.* |
| Debra A. Dandeneau (Admitted pro hac vice)<br>Blaire Cahn (Admitted pro hac vice)<br>**BAKER & MCKENZIE LLP**<br>452 Fifth Ave New York, NY 10018<br>Telephone: 212-626-4100<br>debra.dandeneau@bakermckenzie.com<br>blaire.cahn@bakermckenzie.com | Michelle Hartmann<br>State Bar No. 24032402<br>**BAKER & MCKENZIE LLP**<br>1900 North Pearl, Suite 1500<br>Dallas, Texas 75201<br>Telephone: 214-978-3000<br>michelle.hartmann@bakermckenzie.com |
| *Counsel for Scott Ellington and Isaac Leventon* | *Counsel for Scott Ellington and Isaac Leventon* |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>Reorganized Debtor. | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY** | **Adv. Pro. No. 21-03076-sgj** |

|  |
|---|
| **INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,**<br><br>                **Defendants.** |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING AND STATUS CONFERENCE ON OCTOBER 17, 2025 at 9:30 a.m.

Defendants NexPoint Advisors, L.P., NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P., James Dondero, The Dugaboy Investment Trust, Get Good Trust, Strand Advisors, Inc., Scott Ellington, and Isaac Leventon (collectively, the "Defendants") submit this Notice of Agenda for matters before the court at the October 17, 2025, 9:30 a.m. (central time) status conference and hearing.

1. **Status Conference on Pending Motions and Supplemental Briefing**

At the hearing on September 3, 2025, the parties and the court discussed the Motions to Withdraw the Reference[1] still pending before the District Court and the Motions to Dismiss[2] still pending in this proceeding. Specifically, the parties discussed the change in posture in this case

---

[1] The Motions to Withdraw the Reference and supporting materials filed by the parties include the following Docket Numbers: 27, 28, 39, 40, 45, 46, 71, 95, 103, 106, 180, and 151.

[2] The Motions to Dismiss and supporting materials filed by the parties include the following Docket Numbers: 172, 173, 175, 176, 182, 183, 188, 189, 210, 223, 225, 226, and 227.

and its potential impact on the Court's subject matter jurisdiction. *See* Dkt. 373.[3] Defendants note that subject matter jurisdiction is one of numerous additional legal issues raised by the substitution of Hunter Mountain Investment Trust ("Hunter Mountain") as the new Plaintiff. Indeed, the court already contemplated that the Defendants would have an opportunity to make further submissions on the pending Motions to Withdraw the Reference and the pending Motions to Dismiss. *Id.* Counsel for Hunter Mountain has indicated they disagree, but did not suggest alternative dates or object to the specific dates proposed below, despite being asked. Accordingly, the Defendants propose the following schedule for supplemental briefing on the Motions to Withdraw the Reference and Motions to Dismiss:

| Briefing | Filing Deadline |
| --- | --- |
| Supplemental Briefing by Defendants | November 18, 2025 |
| Responses by Hunter Mountain Investment Trust | December 18, 2025 |
| Replies by Defendants | January 9, 2025 |

**2. Hearing on Contested Motions**. The following contested motions will also be heard, if the Court deems appropriate,[4] subsequent to the Status Conference:

Contested Motion for Temporary Restraining Order[5]

- *Hunter Mountain Investment Trust's Emergency Verified Motion for Temporary Restraining Order, Preliminary Injunction, and Appointment of Receiver* filed on September 15, 2025 [Dkt. 379].

- *Defendants' Opposition to Hunter Mountain Investment Trust's Emergency Motion for Temporary Restraining Order* filed on October 6, 2025 [Dkt. 389].

- *Plaintiff's Reply in Support of Emergency Verified Motion for Temporary Restraining Order* filed on October 10, 2025 [Dkt. 391].

---

[3] The transcript of the September 3, 2025 hearing was submitted as Exhibit A at Docket 389-1.
[4] Counsel for HMIT's position is that the Court must hear the scheduled motions.
[5] While HMIT included in this motion a request for a preliminary injunction and a receiver, based on the parties' joint discussions with the Court and the Amended Notice of Hearing (Dkt. 385), the requests for a preliminary injunction and for appointment of a receiver will not be considered at the October 17, 2025, 9:30 a.m. hearing. The parties also corresponded with the court to set a status conference to take place on the same date and time in light of the change in plaintiff and lifting of the stay in this adversary proceeding.

Contested Emergency Motion for Expedited Discovery

- *Hunter Mountain Investment Trust's Emergency Motion for Expedited Discovery* filed on September 15, 2025 [Dkt. 380].

- *Defendants' Opposition to Plaintiff Hunter Mountain Investment Trust's Emergency Motion for Expedited Discovery* filed on October 6, 2025 [Dkt. 386].

- *Plaintiff's Reply in Support of Emergency Motion for Expedited Discovery* filed on October 10, 2025 [Dkt. 392].

Dated: October 15, 2025      Respectfully submitted,

**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Defendants NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.*

/s/ Amy L. Ruhland
Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600

*Attorneys for James Dondero, The Dugaboy Investment Trust, Get Good Trust, and The Strand Advisors, Inc.*

/s/Debra A. Dandeneau
Michelle Hartmann
State Bar No. 24032402
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Michelle.hartmann@bakermckenzie.com

and

Debra A. Dandeneau
Blaire Cahn
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Debra.dandeneau@bakermckenzie.com
Blaire.cahn@bakermckenzie.com
(Admitted pro hac vice)

*Counsel for Scott Ellington and Isaac Leventon*

**CERTIFICATE OF SERVICE**

   I certify that on October 15, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this case.

                     */s/ Deborah Deitsch-Perez*
                     Deborah Deitsch-Perez