Sawnie A. McEntire
Ian B. Salzer
**PARSONS MCENTIRE MCCLEARY PLLC**
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Tel. (214) 237-4300
smcentire@pmmlaw.com
isalzer@pmmlaw.com
*Counsel for Plaintiff Hunter Mountain Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| **MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES D. DONDERO; MARK A. OKADA; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; FRANK WATERHOUSE; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1 AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 AND LAWRENCE TONOMURA IN HIS CAPACITY AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION;** | Adv. Pro. No. 21-03076-sgj |

- 1 -

**RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; SAS ASSET RECOVERY, LTD.; AND CPCM, LLC,**

    **Defendants.**

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING AND STATUS CONFERENCE ON OCTOBER 17, 2025 at 9:30 a.m.**

Plaintiff Hunter Mountain Investment Trust ("HMIT") submits this Notice of Agenda for matters before the court at the October 17, 2025, 9:30 a.m. (central time) status conference and hearing.

1. **Status Conference**

The Court will conduct a Status Conference beginning at 9:30 a.m. Scheduling issues will be discussed at that time. The parties disagree concerning what matters remain pending and may be properly scheduled.

2. **Hearing on Contested Motions**.

The following contested motions will be heard following the Status Conference:

Contested Motion for Temporary Restraining Order

- *Hunter Mountain Investment Trust's Emergency Verified Motion for Temporary Restraining Order, Preliminary Injunction, and Appointment of Receiver* filed on September 15, 2025 [Dkt. 379].[1]

- *Defendants' Opposition to Hunter Mountain Investment Trust's Emergency Motion for Temporary Restraining Order* filed on October 6, 2025 [Dkt. 389].

- *Plaintiff's Reply in Support of Emergency Verified Motion for Temporary Restraining* Order filed on October 10, 2025 [Dkt. 391].

Contested Emergency Motion for Expedited Discovery

---

[1] While HMIT included in this motion a request for a preliminary injunction and a receiver, based on the parties' joint discussions with the Court and the Amended Notice of Hearing [Doc. 385], the requests for a preliminary injunction and for appointment of a receiver will not be considered at the October 17, 2025, 9:30 a.m. hearing and are deferred until a later date.

- *Hunter Mountain Investment Trust's Emergency Motion for Expedited Discovery* filed on September 15, 2025 [Dkt. 380].

- *Defendants' Opposition to Plaintiff Hunter Mountain Investment Trust's Emergency Motion for Expedited Discovery* filed on October 6, 2025 [Dkt. 386].

- *Plaintiff's Reply in Support of Emergency Motion for Expedited Discovery* filed on October 10, 2025 [Dkt. 392].

Dated: October 15, 2025

Respectfully submitted,

*/s/ Sawnie A. McEntire*
Sawnie A. McEntire
Texas Bar No. 13590100
smcentire@pmmlaw.com
Ian B. Salzer
Texas Bar No. 24110325
isalzer@pmmlaw.com
**PARSONS MCENTIRE MCCLEARY PLLC**
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Tel. (214) 237-4300
Fax (214) 237-4340

**ATTORNEYS FOR HUNTER MOUNTAIN INVESTMENT TRUST**

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, a true and correct copy of the foregoing document was served on all parties of record via the Court's ECF system.

*/s/ Ian B. Salzer*
Ian B. Salzer