Sawnie A. McEntire
Ian B. Salzer
**PARSONS MCENTIRE MCCLEARY PLLC**
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Tel. (214) 237-4300
smcentire@pmmlaw.com
isalzer@pmmlaw.com
*Counsel for Plaintiff Hunter Mountain Investment Trust*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>   Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| **MARK S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST**<br><br>  **Plaintiff,**<br><br> v.<br><br>**JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD.** | Adv. Pro. No. 21-03076-sgj |

|  | **Defendants.** |  |
|---|---|---|

# PLAINTIFF'S SECOND SUPPLEMENTAL WITNESS AND EXHIBIT LISTS

Plaintiff Hunter Mountain Investment Trust ("HMIT") submits the following supplemental witness and exhibit lists with respect to HMIT's *Motion for Temporary Restraining Order* [Doc. 379], which is set for hearing at 9:30 a.m. (Central Time) on Friday, October 17, 2025:[1]

**A.     Witnesses**

1. Any witness identified or called by any other party; and

2. Any witness necessary for rebuttal.

**B.     Exhibits**

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Special Turnover Petition filed by UBS Securities LLC and UBS London Branch AG in the Supreme Court of New York County, New York [Index No. 650744/2023] | | |
| 2. | Exhibit 40 to Special Turnover Petition filed by UBS Securities LLC and UBS London Branch AG in the Supreme Court of New York County, New York [Index No. 650744/2023] | | |
| 3. | Exhibit 71 to Special Turnover Petition filed by UBS Securities LLC and UBS London Branch AG in the Supreme Court of New York County, New York [Index No. 650744/2023] | | |
| 4. | Index No. 650744/2023 Docket Sheet | | |
| 5. | 2024 Texas Franchise Tax Public Information Report for Skyview Group, Inc. | | |
| 6. | Funding Agreement of Joint Official Liquidators dated 11 July 2025 | | |
| 7. | Certificate of Formation for Crossvine Holdings, LLC | | |
| 8. | Certificate of Formation for Crossvine Foundation | | |
| 9. | Plaintiff Hunter Mountain Investment Trust's Emergency Verified Motion for Temporary Restraining Order [Doc. 379] | | |

---

[1] These witness and exhibit lists are being filed only with respect to the request for temporary restraining order in HMIT's Emergency Verified Motion for Temporary Restraining Order, Preliminary Injunction, and Appointment of Receiver [Doc. 379]. HMIT reserves the right to submit additional witness and exhibit lists in connection with its requests for preliminary injunction and appointment of receiver(s). HMIT further reserves the right to amend or supplement these lists in advance of the hearing, or to withdraw exhibits, as necessary. By disclosing exhibits containing statements or testimony of third-parties or adverse parties, HMIT makes no representations as to the accuracy of such statements or testimony.

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 10. | Plaintiff Hunter Mountain Investment Trust's Memorandum of Law in Support of its Emergency Verified Motion for Temporary Restraining Order [Doc. 379-1] | | |
| 11. | Proposed Order Granting Temporary Restraining Order and Setting Hearing on Plaintiff's Motion for Temporary Injunction and Appointment of Receiver [Doc. 379-3] | | |
| 12. | Report and Recommendation to the District Court Proposing that it: (A) Grant Defendants' Motions to Withdraw the Reference at such time as the Bankruptcy Court Certifies that Action is Trial Ready; but (B) Defer Pre-Trial matters to the Bankruptcy Court [Doc. 151] | | |
| 13. | Stipulation and Proposed Fourth Amended Scheduling Order [Doc. 337] | | |
| 14. | Transcript of June 25, 2025 Hearing on Motion to Approve HMIT Settlement | | |
| 15. | February 12, 2025 email from Andrew Johnstone to Paul Murphy | | |
| 16. | July 1, 2025 Declaration of James David Dondero | | |
| 17. | June 4, 2025 Affidavit of Mark Patrick | | |
| 18. | August 19, 2025 Summons for Removal of Joint Official Liquidators | | |
| 19. | August 19, 2025 Affidavit of Mark Patrick | | |
| 20. | Any document exchanged during discovery. | | |
| 21. | Any document entered or filed in this adversary proceeding. | | |
| 22. | Any document entered or filed in the main bankruptcy case. | | |
| 23. | All exhibits identified or offered by any other party at the Hearing. | | |

Respectfully submitted,

/s/ *Sawnie A. McEntire*
Sawnie A. McEntire
Texas Bar No. 13590100
smcentire@pmmlaw.com
Ian B. Salzer
Texas Bar No. 24110325
isalzer@pmmlaw.com
**PARSONS MCENTIRE MCCLEARY PLLC**
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Tel. (214) 237-4300
Fax (214) 237-4340

**ATTORNEYS FOR HUNTER MOUNTAIN INVESTMENT TRUST**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2025, a true and correct copy of the foregoing document was served on all parties of record via the Court's ECF system.

                                                       /s/ *Ian B. Salzer*
                                                       Ian B. Salzer

3207642