BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: | | 2. DATE OF ORDER: | |
|---|---|---|---|
| [ ] AUDIO    [X] TRANSCRIPT | | 10/17/2025 | |

| 3. NAME: Deborah Deitsch-Perez | 4. PHONE NUMBER: 214-560-2201 | 5. EMAIL ADDRESS: dal.lssteam2@stinson.com |
|---|---|---|

| 6. MAILING ADDRESS: 2200 Ross Avenue, Suite 2900 | 7. CITY: Dallas | 8. STATE: TX | 9. ZIP CODE: 75201 |
|---|---|---|---|

| 10. CASE NUMBER: 21-03076 | 11. CASE NAME: Kirschner, et al. v Dondero, et al. | 12. JUDICIAL OFFICIAL: Judge Stacey G.C. Jernigan | 13. DATE OF PROCEEDING: FROM: 10/17/2025 |
|---|---|---|---|

**14. ORDER:**

| ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] |

| 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|
| [ ] | [X] |

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| [X] Entire Hearing | |
| [ ] Court Ruling | |
| [ ] Witness Testimony | |
| [ ] Other: (Specify) | |

| CERTIFICATION | 16. SIGNATURE: /s/ Deborah Deitsch-Perez |
|---|---|
| By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 17. DATE: 10/17/2025 |