BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: [ ] AUDIO  [x] TRANSCRIPT | 2. DATE OF ORDER: 10/17/25 | |
|---|---|---|
| 3. NAME: Jamie Vargo | 4. PHONE NUMBER: 214-453-6490 | 5. EMAIL ADDRESS: jvargo@winston.com |
| 6. MAILING ADDRESS: 2121 N. Pearl St | 7. CITY: Dallas | 8. STATE: TX   9. ZIP CODE: 75201 |
| 10. CASE NUMBER: 21-03076 | 11. CASE NAME: Kirshner v Dondero, et al | 12. JUDICIAL OFFICIAL: Judge Stacey Jernigan | 13. DATE OF PROCEEDING: FROM: / / 10/17/25 |

14. ORDER:
A. [ ] ORDINARY   [ ] 7 DAY EXPEDITED   [ ] DAILY   [ ] HOURLY
[ ] 14 DAY EXPEDITED   [x] 3 DAY EXPEDITED

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| [x] Entire Hearing | |
| [ ] Court Ruling | |
| [ ] Witness Testimony | |
| [ ] Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: /s/ Jamie R. Vargo

17. DATE: 10/17/2025