BTXN 191 (rev. 10/24)

**GENERAL:** Use this form to order audio or transcript of proceedings. Complete a separate order form for each case number and/or date. Payment and delivery of transcripts is between the ordering party and the assigned transcriber. There is a $34 fee for the reproduction of an audio recording of a court proceeding which must be paid in advance to Clerk, US Bankruptcy Court.

**SUBMIT ORDER FORM:** Audio/Transcript order forms should be submitted electronically using the "Request for Transcript" event in ECF. When filing the request, e-filers should attach a completed Form BTXN-191 in pdf. Non-electronic filers may submit order forms by email to the appropriate address below.

Dallas & Wichita Falls: dal_transcript@txnb.uscourts.gov
Fort Worth          ftw_transcript@txnb.uscourts.gov
West Texas:         lub_transcript@txnb.uscourts.gov

**ITEM 1:** Specifies whether the order is for a copy of the audio from the proceeding or an official order of the transcript. Denote order with an "X" in the correct field.

**ITEM 2:** Input the date you are submitting the request to the Clerk's office.

**ITEM 3-13:** These items should always be complete. Only one case number, case name, and date of proceeding may be listed per order.

**ITEM 14:**

| | |
|---|---|
| 30-Day Transcript (Ordinary) ($4.40 per page) | A transcript to be delivered within thirty (30) calendar days after the receipt of an order request. |
| 14-Day Transcript (Expedited) ($5.10 per page) | A transcript to be delivered within fourteen (14) calendar days after receipt of an order request. |
| 7-Day Transcript (Expedited) ($5.85 per page) | A transcript to be delivered within seven (7) calendar days after receipt of an order request. |
| 3-Day Transcript (Expedited) ($6.55 per page) | A transcript to be delivered within three (3) calendar days after receipt of an order request. |
| Next Day Transcript (Daily) ($7.30 per page) | A transcript to be delivered following the adjournment and prior to the normal opening hour of the court on the following day whether nor not it actually is a court day. |
| 2-Hour Transcript (Hourly) ($8.70 per page) | A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours of receiving an order request. |

**ITEM 15:** Select whether the request is for the entire hearing, court ruling, witness testimony, or other.

**ITEM 16-17:** Sign and date in this space to certify that you will pay all charges for the order.

BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO  ☐ TRANSCRIPT | 2. DATE OF ORDER: 10/17/2025 | |
|---|---|---|
| 3. NAME: | 4. PHONE NUMBER: 214.237.4300 | 5. EMAIL ADDRESS: mpittmon@pmmlaw.com |
| 6. MAILING ADDRESS: | 7. CITY: | 8. STATE:   9. ZIP CODE: |
| 10. CASE NUMBER: | 11. CASE NAME: Kirschner, et al v. Dondero, et al | 12. JUDICIAL OFFICIAL: Judge Stacey G.C. Jernigan | 13. DATE OF PROCEEDING: FROM:    /   / |

14. ORDER:

A.  ☐ ORDINARY    ☐ 7 DAY EXPEDITED    ☐ DAILY    ☐ HOURLY
    ☐ 14 DAY EXPEDITED    ☐ 3 DAY EXPEDITED

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| Entire Hearing | |
| Court Ruling | |
| Witness Testimony | |
| Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE:

17. DATE: