

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 16, 2025**

_____
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| **MARK S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST**<br><br>    Plaintiff,<br><br>v.<br><br>**JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST** | Adv. Pro. No. 21-03076-sgj |

| |
|---|
| **AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD.,**<br><br>    **Defendants.** |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT

Having considered Plaintiff Hunter Mountain Investment Trust's ("HMIT") Unopposed Motion for Leave to File Reply Brief in Excess of Page Limit ("Motion"), the Court finds that good cause exists, and therefore the Motion is **GRANTED**.

### ### END OF ORDER ###

United States Bankruptcy Court

Northern District of Texas

Highland Capital Management, L.P.,
    Plaintiff

Dondero,
    Defendant

Adv. Proc. No. 21-03076-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 3
Date Rcvd: Oct 20, 2025      Form ID: pdf001      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Amy L. Ruhland, DLA Piper LLP (US), 303 Colorado Street, Ste. 300, Austin, TX 78701-4654 |
| aty | + | Amy L. Ruhland, 303 Colorado Street, Ste. 300, Austin, TX 78701-4653 |
| aty | + | Jeremy A. Root, Stinson LLP, 230 W. McCarty Street, Jefferson City, MO 65101-1553 |
| dft | + | Highland Capital Management Fund Advisors, L.P., K&LGates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 20 2025 21:48:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 20 2025 21:48:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Oct 20 2025 21:48:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 20 2025 21:48:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Lynne Ruhland | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com |
| Amy Lynne Ruhland | on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com |
| Amy Lynne Ruhland | on behalf of Defendant James D. Dondero amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com |
| Amy Lynne Ruhland | on behalf of Defendant STRAND ADVISORS INC amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com |
| Amy Lynne Ruhland | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com |
| Christopher J. Akin | on behalf of Defendant Isaac Leventon cakin@lynnllp.com vkropp@lynnllp.com |
| Christopher J. Akin | on behalf of Defendant Scott Ellington cakin@lynnllp.com vkropp@lynnllp.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Highland Capital Management Fund Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Scott Ellington deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant NexPoint Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Isaac Leventon deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant STRAND ADVISORS INC deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant James D. Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Debra A Dandeneau | on behalf of Defendant CPCM LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Debra A Dandeneau | on behalf of Defendant Frank Waterhouse debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com |
| Ian Salzer | |

District/off: 0539-3 　User: admin　Page 3 of 3
Date Rcvd: Oct 20, 2025　Form ID: pdf001　Total Noticed: 8

| | |
|---|---|
| | on behalf of Interested Party Hunter Mountain Investment Trust isalzer@pmmlaw.com |
| Ian Salzer | |
| | on behalf of Plaintiff Hunter Mountain Investment Trust isalzer@pmmlaw.com |
| John J. Kane | |
| | on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com |
| Kevin Perkins | |
| | on behalf of Defendant MASSAND CAPITAL INC. kperkins@vanacourperkins.com |
| Kevin Perkins | |
| | on behalf of Defendant MASSAND CAPITAL LLC kperkins@vanacourperkins.com |
| Margaret Michelle Hartmann | |
| | on behalf of Defendant Frank Waterhouse michelle.hartmann@bakermckenzie.com |
| Margaret Michelle Hartmann | |
| | on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com |
| Margaret Michelle Hartmann | |
| | on behalf of Defendant CPCM LLC michelle.hartmann@bakermckenzie.com |
| Margaret Michelle Hartmann | |
| | on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com |
| Melissa S. Hayward | |
| | on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael P. Aigen | |
| | on behalf of Defendant Highland Capital Management Fund Advisors L.P. michael.aigen@stinson.com |
| Michael P. Aigen | |
| | on behalf of Defendant NexPoint Advisors L.P. michael.aigen@stinson.com |
| Ryan J Sullivan, I | |
| | on behalf of Defendant James D. Dondero ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | |
| | on behalf of Defendant STRAND ADVISORS INC ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | |
| | on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | |
| | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | |
| | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST ryan.sullivan@pillsburylaw.com |
| Sawnie A. McEntire | |
| | on behalf of Plaintiff Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | |
| | on behalf of Interested Party Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Zachery Z. Annable | |
| | on behalf of Debtor Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |

TOTAL: 39