BTXN 191 (rev. 10/24)

**GENERAL:** Use this form to order audio or transcript of proceedings. Complete a separate order form for each case number and/or date. Payment and delivery of transcripts is between the ordering party and the assigned transcriber. There is a $34 fee for the reproduction of an audio recording of a court proceeding which must be paid in advance to Clerk, US Bankruptcy Court.

**SUBMIT ORDER FORM:** Audio/Transcript order forms should be submitted electronically using the "Request for Transcript" event in ECF. When filing the request, e-filers should attach a completed Form BTXN-191 in pdf. Non-electronic filers may submit order forms by email to the appropriate address below.

Dallas & Wichita Falls: dal_transcript@txnb.uscourts.gov
Fort Worth         ftw_transcript@txnb.uscourts.gov
West Texas:        lub_transcript@txnb.uscourts.gov

**ITEM 1:** Specifies whether the order is for a copy of the audio from the proceeding or an official order of the transcript. Denote order with an "X" in the correct field.

**ITEM 2:** Input the date you are submitting the request to the Clerk's office.

**ITEM 3-13:** These items should always be complete. Only one case number, case name, and date of proceeding may be listed per order.

**ITEM 14:**

| | |
|---|---|
| 30-Day Transcript (Ordinary) ($4.40 per page) | A transcript to be delivered within thirty (30) calendar days after the receipt of an order request. |
| 14-Day Transcript (Expedited) ($5.10 per page) | A transcript to be delivered within fourteen (14) calendar days after receipt of an order request. |
| 7-Day Transcript (Expedited) ($5.85 per page) | A transcript to be delivered within seven (7) calendar days after receipt of an order request. |
| 3-Day Transcript (Expedited) ($6.55 per page) | A transcript to be delivered within three (3) calendar days after receipt of an order request. |
| Next Day Transcript (Daily) ($7.30 per page) | A transcript to be delivered following the adjournment and prior to the normal opening hour of the court on the following day whether nor not it actually is a court day. |
| 2-Hour Transcript (Hourly) ($8.70 per page) | A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours of receiving an order request. |

**ITEM 15:** Select whether the request is for the entire hearing, court ruling, witness testimony, or other.

**ITEM 16-17:** Sign and date in this space to certify that you will pay all charges for the order.

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: | | 2. DATE OF ORDER: | |
|---|---|---|---|
| ☐ AUDIO    ☒ TRANSCRIPT | | February 17, 2026 | |
| 3. NAME: Michael Aigen | | 4. PHONE NUMBER: 214-560-2207 | 5. EMAIL ADDRESS: michael.aigen@stinson.com |
| 6. MAILING ADDRESS: 2200 Ross Avenue, 29th Floor | | 7. CITY: Dallas | 8. STATE: Tx    9. ZIP CODE: 75201 |
| 10. CASE NUMBER: 21-03076-bwo | 11. CASE NAME: Highland Capital Managem | 12. JUDICIAL OFFICIAL: Judge Brad Wesley Odell | 13. DATE OF PROCEEDING: FROM:  /  / 1/27/2026 |

**14. ORDER:**

| ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

| 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|
| ☐ | ☒ |

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

| CERTIFICATION | 16. SIGNATURE: /s/Michael Aigen    17. DATE: February 18, 2026 |
|---|---|
| By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | |